1                    UNITED STATES OF AMERICA

2                   EASTERN DISTRICT OF MICHIGAN

3                        SOUTHERN DIVISION

4    UNITED STATES OF AMERICA

5          V                        Case No. 16-20062

6    MARTEL STRONG - D-5,

7    WILLIAM STEELE - D-12,

8               Defendants.

9    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _/

10                        JURY TRIAL

11          BEFORE CHIEF JUDGE DENISE PAGE HOOD

12                    U.S. DISTRICT COURT

13          231 W. LAFAYETTE STREET, COURTROOM 730

14                      DETROIT, MICHIGAN

15                   MONDAY, JULY 17, 2017

16   APPEARANCES:

17   FOR THE GOVERNMENT:          SHANE CRALLE,

18                                MICHAEL HEESTERS,

19                                U.S. DEPARTMENT OF JUSTICE

20                                211 W. FORT ST., STE. 2001

21                                DETROIT, MI 48226

22

23

24

25

```
 1                    (APPEARANCES CONTINUED)
 2   FOR THE DEFENDANT STRONG:        JOSEPH A. NISKAR,
 3                                     1 NORTH SAGINAW ST.,
 4                                        SUITE 201
 5                                     PONTIAC, MI 48342
 6   FOR THE DEFENDANT STEELE:        SEYMOUR BERGER,
 7                                     24901 NORTHWESTERN
 8                                        SUITE 411
 9                                     SOUTHFIELD, MI 48075
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1                    I N D E X                    PAGE

2  GOVERNMENT'S CASE IN CHIEF (CONTINUED)

3      WITNESS

4      JOSEPH NETHER

5      DIRECT EXAMINATION BY MR. CRALLE          10

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        E X H I B I T S                          PAGE

 2     GOVERNMENT'S

 3      4, 4-A, 4-B      PHOTOS                      13

 4      3                PHOTOS                      19

 5     5, 5-A            PHOTOS                      27

 6     6, 6-A            PHOTOS                      30

 7     8- 18            FB SEARCH WARRANTS           51

 8     58 A-E           CERTS OF AUTHORITY           53

 9     60, 61           CERTS OF AUTHORITY           57

10     8 STRONG         FB 1, 11, 13, 20, 25, 26

11                      30, 43, 4                    59

12     8 STEELE         FB 1, 13, 15, 16, 22, 23, 25  65

13     9 COLEMAN        FB 1, 27, 19, 21, 22, 23, 39,

14                      42, 44                       63

15     11 PERRY         FB1, 2, 4, 6, 10, 18         73

16     12 WOODLEY       FB 1, 2, 3, 6                75

17     13 SMITH         FB 3, 5, 17                  78

18     15 JOHNS         FB 1, 5, 7, 13, 15           80

19     16 MILLS         FB 1, 6, 12, 13, 15          83

20     17 FOSTER        FB 1, 3, 4, 6, 9             86

21     18 WEAVER        FB 1, 19, 21, 22             88

22     62 HAMILTON      FB 1, 2, 3                   92

23     59               SPREADSHEET                  96

24     15 JOHNS         FB 26                        99

25     10 STEELE        FB 6                         102
```

```
 1                    E X H I B I T S (CONTINUED)        PAGE

 2    GOVERNMENT'S

 3    10 STEELE    FB 8                                  104

 4                 FB 8.5                                106

 5                 FB 9, 9.2                             109

 6                 FB 18, 19                             113

 7                 FB 27                                 115

 8                 FB 29, 29.2                           119

 9                 FB 30.2, 30.3                         122

10                 FB 32, 32.2                           124

11                 FB 14                                 128

12    15 JOHNS     FB 10                                 130

13    10-A         VIDEO                                 135

14    16 MILLS     FB 9                                  138

15    8   STRONG   FB 4, 5, 6(AS TO STRONG ONLY)         139

16    8   STRONG   FB 7, 8, 55(AS TO STRONG ONLY)        141

17    8 STRONG     FB 21, 39, 40(AS TO STRONG ONLY)   145

18    8 STRONG     FB 56, 56.3, 56.4, 56.5 (AS TO STRONG ONLY)

19                 56.6 (AS TO STEELE ONLY)

20                 56.7                                  152

21    8 STRONG     FB 24, 24.2 (STRONG ONLY)             157

22    10 STEELE    FB 33, 33.2, 33.3                     159

23    8 STRONG     FB 35, 35.2, 35.3                     162

24    8 STRONG     FB 36, 36.2, 36.3                     164

25    8 STRONG     FB 41, 41.2, 41.3                     167
```

1                E X H I B I T (CONTINUED)          PAGE

2    GOVERNMENT'S

3    15 JOHNS    FB 24                              174

4    18 WEAVER   FB 23                              175

5    18 WEAVER   FB 24, 24.2                        176

6    17 FOSTER   FB 15                              179

7    17 FOSTER   FB 21                              180

8    63          YOUTUBE VIDEO                      185

9    14 BARBER   FB 54                              186

10   16 MILLS    FB 10                              188

11   62 HAMILTON FB 4                               189

12   17 FOSTER   FB 19                              192

13   15 JOHNS    FB 9                               194

14   18 WEAVER   FB 10                              196

15   14 BARBER   FB 52, 52.2                        199

16   10 STEELE   FB 8.4                             204

17   10 STEELE   FB 8.3                             206

18   18 WEAVER   FB 9                               209

19   15-A        DVD                                211

20

21

22

23

24

25

1                    Monday, July 17, 2017

2                    Detroit, Michigan

3                    At approximately 9:10 a.m.

4                    THE CLERK:  The court calls case number

5     16-2006, United States of America versus Martel Strong

6     and William Steele.

7                    Put your appearances on, please.

8                    MR. CRALLE:  Good morning, Your Honor.

9     Shane Cralle on behalf of the United States.

10                   MR. HEESTERS:  Good morning, Your Honor.

11    Michael Heesters on behalf of the United States.

12                   MR. CRALLE:  And with me at counsel table is

13    Special Agent Joe Nether and Sharita Gentry from our

14    office.

15                   MR. NISKAR:  Good morning, Your Honor.

16    Joseph Niskar on behalf of and with Mr. Martel Strong.

17                   MR. BERGER:  Good morning, Your Honor.

18    Seymour Berger on behalf of and with Mr. William Steele.

19                   THE COURT:  Good morning.  I'm ready to

20    proceed.  I have some exhibits here that you want me to

21    have.  It has a lot of redacted stuff on it; should it

22    have that?

23                   MR. CRALLE:  That's right, Your Honor.  You

24    have a binder of all the exhibits in front of you so you

25    don't have to flip back and forth.  We tried to put them

1   in order of what we planned to go through today.

2            THE COURT:  Thank you.  And then apparently

3   some jurors are having trouble seeing the screens, and

4   so probably when they come in, we need to figure out who

5   they are and what we need to do.  Probably we need to

6   close the curtains, but when we do, it will be really

7   dark in here, just so you know.

8            MR. CRALLE:  That's fine.  Your Honor, just

9   so you know, we're going to be spending a lot of the day

10  with using the screen.

11           THE COURT:  Okay.  So that's why I thought

12  we'd take it up first, Mr. Cralle.

13           MR. CRALLE:  Thank you.

14           MR. NISKAR:  Maybe just closing the one

15  might help with that.

16           THE COURT:  It might.  It makes it really

17  dark.

18           (Whereupon the Jury was brought in the

19  courtroom at 9:10 a.m.)

20           THE COURT:  Are you satisfied the Jury is

21  present and in their proper seats?

22           MR. CRALLE:  Yes, Your Honor.

23           MR. NISKAR:  Yes, Your Honor.

24           MR. BERGER:  Yes.

25           THE COURT:  People have some -- how are you

1    all today?

2                 Some people have some items other than your

3    notes, some book with them; is that right?  What have

4    you got, sir?  Okay, then handouts.

5                 Does anybody else have anything other than

6    their notes?

7                 So the books need to go back to the jury

8    room, if you don't mind, okay.

9                 Mr. Carroll, would you mind doing that for

10   them?  Just set them on the table.  No one can get back

11   there.  So if you have anything other than your pads, I

12   don't mind if the ladies have their purse, but I don't

13   usually let jurors do anything in the jury box but pay

14   attention to the trial.  So I hope you'll be patient,

15   okay.

16                We also heard that their was a juror that

17   couldn't see the screen.  And who is that?

18                JUROR NO. 9:  It was me, Your Honor.  It

19   wasn't the screen, it was light coming from there and it

20   was hitting the lamp or something and hitting me in the

21   eye and I could not see the witness.

22                THE COURT:  Can you see the witness today?

23                JUROR NO. 9:  When the light was out, but I

24   can see it now.

25                THE COURT:  Is it better to close that door?

1            JUROR NO. 9:  Only if it was really, really

2     a problem.  I just kept turning my head, but otherwise

3     I'm fine.

4            THE COURT:  So we know that having been

5     built long before they expected they would have such

6     technological things, that we have some challenges

7     sometimes with the sound and with people seeing in the

8     courtroom.  So I've closed this so maybe you can see it

9     a little bit better that screen.  But if we need to

10    close that door, we can.  Just raise your hand and tell

11    me you're having trouble seeing, okay.

12           I sometimes close it because too many people

13    are walking in the hall, but we're not that far yet and

14    I think my court officer will take care of that.  But if

15    it gets too bright, just raise your hand.

16           Anything else we need to take up ahead?

17           MR. CRALLE:  No, thank you.

18           THE COURT:  Special Agent Nether, you're

19    still under oath.

20           J O S E P H   N E T H E R, after being

21    previously sworn, testified further under his oath as

22    follows:

23           D I R E C T   E X A M I N A T I O N

24    BY MR. CRALLE, CONTINUING:

25    Q.  Good morning.

1    A.   Good morning.

2    Q.   On Friday, we were talking about your

3    investigation of the Rollin 60s, and this morning I'd

4    like to talk about some of the other tools that you used

5    in the course of your investigation.

6              At some point in your investigation did you,

7    after you made an effort to identify members and

8    determine, for example, locations where they might

9    reside, did you conduct surveillance?

10   A.   Yes.

11   Q.   Now, first, what sort of surveillance techniques

12   did you use?

13   A.   We used physical surveillance where we would

14   actually go out in vehicles and actually have our eyes

15   on the residences to do the surveillance.  At times we

16   would use pole cameras which would be cameras that would

17   be affixed typically to some type of pole, just an

18   electrical poll or something, to where it is facing the

19   residence so we could actually view the residence

20   remotely.

21   Q.   Anything else?

22   A.   As far as surveillance, we took photographs.

23   That's all I can remember at this time.

24   Q.   Generally speaking, how does physical

25   surveillance work; what is that process?

1      A.   We obtain maybe an address where we believe the

2   subject is living and then we'll actually just get in

3   cars and go sit on the house for, at times, maybe a

4   couple hours to see if we actually see that person at

5   that location.  And that would be mainly what physical

6   surveillance would be.

7               MR. CRALLE:  Your Honor, may I approach?

8               THE COURT:  Yes, you may.

9   BY MR. CRALLE, CONTINUING:

10     Q.   You have been handed what has been marked as

11   Government's proposed Exhibit 4, 4-A and 4-B. Do you

12   recognize these items?

13     A.   Yes, I do.

14     Q.   Without describing them first, or perhaps without

15   discussing the contents, what are they generally?

16     A.   Two out of the three of the photographs are

17   photos that I was able to take from a pole camera, and

18   one of the photographs is a picture I actually took

19   while I was driving in my vehicle.

20     Q.   And did those pictures fairly and accurately

21   depict the locations as you saw them?

22     A.   Yes.

23               MR. CRALLE:  Your Honor, at this time we

24   would move to admit Government's Exhibits 4, 4-A and

25   4-B.

1              THE COURT:  Any objection?

2              MR. NISKAR:  No objection.

3              MR. BERGER:  No, Your Honor.

4              THE COURT:  Very well.  4, 4-A and 4-B are

5     admitted.

6              MR. CRALLE:  Thank you, Your Honor.

7     BY MR. CRALLE, CONTINUING:

8      Q.  If we can pull up Exhibit 4, please.

9          Agent Nether, if you could describe what is

10    depicted in Exhibit 4, please.

11     A.  This is a photograph from a pole camera that I

12    had at I believe the address is 18475 Littlefield, which

13    was the address of Rollin 60s member Tre Tigner.  It's

14    near Seven Mile and Littlefield.  This was taken, I

15    believe, November 8, 2013.

16     Q.  Now, you've touched on this briefly, but a pole

17    camera is what again?

18     A.  It's a camera that's actually affixed to some

19    type of pole, in this instance that's taking a live-feed

20    video 24 hours a day, seven days a week, and then

21    something I can actually get on my computer or on my

22    phone on a specific app and I can actually view that

23    camera.

24     Q.  Let's pull up Exhibit 4-A, please.

25          And what's depicted here?

1      A.   This is a photograph at the same location.  This

2   was taken, I believe, November 15th, 2013, and this is

3   showing the person to the right wearing the dark

4   clothing; that's Jerome Hamilton, a member of the Rollin

5   60s, and he appears to be leaving the residence.

6      Q.   And so these are examples of the type of

7   surveillance in using that pole camera that you were

8   describing?

9      A.   That's correct.

10     Q.   And what was the purpose of that pole camera in

11  that surveillance?

12     A.   It would make surveillance a little easier,

13  especially for, you know, trying to do surveillance in

14  the Rollin 60s' territory.  If I'm sitting there for too

15  long, somebody could notice that my vehicle doesn't

16  belong and could come up to my vehicle, which has

17  happened in the past.  So that's one of the reasons why

18  I would use a pole camera for this area.

19          Another reason was there were several different

20  locations I was trying to do surveillance on, and it

21  would just be impossible to try to do surveillance in

22  all these locations without using an extra tool, which

23  would have been the pole camera in this instance.

24     Q.   Let's turn to Exhibit 4-B, please.

25          And what's depicted in this picture?

1    A.   This, I believe, was taken October 28th, 2014,

2   and this is Luger Park, which is referred to sometimes

3   as Tracey Park over off of Seven Mile and Tracey area.

4        This is a photograph I took based on seeing a

5   couple Rollin 60s members huddled around Jerome Hamilton

6   and Tre Tigner, and it's just a group of guys huddled

7   around.  I believe they may have been playing some type

8   --

9             MR. NISKAR:  Objection.  Speculation, Your

10  Honor.

11            THE COURT:  Calls for speculation.  Go to a

12  new question.

13            MR. CRALLE:  Certainly.

14  BY MR. CRALLE, CONTINUING:

15    Q.   From your perspective, this was -- you saw a

16  group of people that you thought were suspected Rollin

17  60s?

18    A.   Correct.

19    Q.   Together?

20    A.   Correct.

21    Q.   And regardless of what they were doing, you

22  thought it was relevant that they were together?

23    A.   Yes.

24    Q.   So are these examples of the type of physical --

25  is this an example of the type of physical surveillance

1   that you conducted?

2      A.  Yes.

3      Q.  And in general was that used to show

4   relationships and locations and things of that nature?

5      A.  Yes, it was.

6      Q.  Now I'd like to turn to another topic.

7          In the course of your investigation, did you

8   learn that Rollin 60s Crips were not located just in

9   California and Detroit, but also elsewhere in the United

10  States?

11     A.  Yes, I did.

12     Q.  And did you learn that members here in Detroit

13  had contact with other Rollin 60s in other states?

14     A.  Yes, I did.

15     Q.  And where specifically?

16     A.  Several different states to include Maryland,

17  Baltimore, Maryland; New York; the Houston, Texas area;

18  Denver, Colorado; Atlanta, Georgia; Minnesota.  Several

19  different states.

20     Q.  And in the course of your investigation, did you

21  also go undercover as a Rollin 60s Crip?

22     A.  Yes, I did.

23     Q.  And I'm going to focus specifically on your time

24  undercover as a physical undercover.  Is there a

25  distinction there versus perhaps as a virtual undercover

1    member?

2        A.   Yes.

3        Q.   So I want to talk specifically when you were

4    physically undercover, okay?

5        A.   Okay.

6        Q.   Where did you do this?

7        A.   In Baltimore, Maryland.

8        Q.   And approximately when?

9        A.   This was 2015, I believe.

10       Q.   So let's start with --

11       A.   And this would have been during their Hood Day,

12   their national holiday, which was June 10th of 2015.

13       Q.   And we'll talk a little bit more about Hood Day

14   later, but just as a backdrop, what is the significance

15   of the day?

16       A.   That's the national holiday that that Rollin 60s

17   celebrate every year.  The reason it's on June 10th is

18   because six times ten equals 60.

19       Q.   Six being June?

20       A.   June, yes.  And it was the 10th day of the month.

21       Q.   Thank you.

22            How did it come about that you went to Baltimore?

23       A.   I had a conversation, a telephone conversation

24   with one of the main leaders of the Rollin 60s in

25   Baltimore, Maryland, and based on that conversation, you

1   know, that individual invited me to come out to

2   Baltimore.

3      Q.   And what was the purpose of the conversation and

4   about you travelling to Baltimore?

5      A.   Well, during that conversation, he was advising

6   me what the Rollin 60s were into out in Baltimore, you

7   know, and the fact that he was trying to form

8   relationships with the other Rollin 60s in different

9   areas because we were all in the same gang.

10         So he invited me out to Baltimore, Maryland just

11  to have those contacts with additional people outside of

12  the state.

13              MR. CRALLE:  Your Honor, may I approach?

14              THE COURT:  Yes.

15  BY MR. CRALLE, CONTINUING:

16     Q.   Special Agent Nether, you have just been handed

17  what has been marked as Government's Exhibit 3.  Do you

18  recognize this item?

19     A.   Yes, I do.

20     Q.   What is it?

21     A.   It's a photograph of myself along with Rollin 60

22  members Anthony Weaver and Carlos Woodley.

23     Q.   And when was this taken?

24     A.   This would have been taken the day prior --

25  either a day or two prior to the Hood Day, which was

1   June 10th, 2015.

2            MR. CRALLE:  Your Honor, at this time we

3   would move to admit Government's Exhibit 3.

4            THE COURT:  Any objection?

5            MR. NISKAR:  No objection.

6            THE COURT:  Mr. Berger, any objection?

7            MR. BERGER:  No, Your Honor.

8            THE COURT:  It's admitted as 3.

9            MR. CRALLE:  Do you want to pull up 3,

10  please.

11  BY MR. CRALLE, CONTINUING:

12   Q.  Agent Nether, please describe what's depicted in

13  Government's Exhibit 3.

14   A.  This is an actual staged photograph that we took

15  where Anthony Weaver and Carlos Woodley are holding

16  firearms, and the purpose of this was so we could

17  actually show the Rollin 60s in Baltimore the fact that

18  we had connections to guns.

19   Q.  And was it also staged to establish that you were

20  a Rollin 60?

21   A.  Yes.

22   Q.  And what in this picture would identify you as a

23  Rollin 60s member?

24   A.  The fact that I'm wearing a Seattle Mariner's hat

25  and the fact that I'm holding up the neighborhood gang

1    sign, the two fingers and a thumb.

2       Q.  And anything with -- first of all, which one is

3    Mr. Weaver and which one is Mr. Woodley?

4       A.  Mr. Weaver is the one on the left, and Mr.

5    Woodley is the one on the right with the baseball cap

6    that says RSC and he's also wearing a blue bandana over

7    his face.

8       Q.  So all of that was done to identify you as a

9    Rollin 60s in advance of you travelling there?

10      A.  Well, we were already there, but it in advance of

11   the meeting with the Rollin 60s, correct.

12      Q.  Did you have to do any other sort of prep work in

13   order to do this?

14      A.  I did have to learn the way the Rollin 60s speak

15   to each other, the way they write to each other.  So I

16   had to learn some of the gang signs.  So I had to learn

17   different things to actually portray myself as a Rollin

18   60s.

19      Q.  What do you mean by that?

20      A.  Well, with the Crips, you can't use language that

21   Bloods would use.  They do replace the Bs with Cs.  They

22   don't like to say anything dealing with the right, so

23   instead of saying right, you have to say left.  So if

24   somebody was saying is that right, you would have to say

25   is that left, because everything dealing with Crips is

1   to the left.

2      Q.   When you say everything dealing with the Crips is

3   to the left, can you explain?

4      A.   Their bandanas would be worn to the left and

5   that's because Bloods' bandanas are worn to the right.

6   So they do everything that is opposite of Bloods.

7      Q.   And so you needed to know this before you could

8   appear undercover physically?

9      A.   Correct.

10      Q.   Because if you wore your bandana to the right, it

11   would be obvious you weren't really a Crip?

12      A.   Correct.  I had to know this even before having

13   the phone conversation with one of the leaders out in

14   Baltimore.

15      Q.   Did you have to learn anything else in order to

16   go undercover as a Rollin 60s Crip?

17      A.   Other than the language and how they dressed and

18   how they wrote, that was typically what I had to learn.

19      Q.   Did -- when you were introduced to the Rollin 60s

20   -- first let me take a step back.

21           You go to Baltimore with Mr. Weaver and Woodley?

22      A.   Yes.

23      Q.   And did you end up meeting people?

24      A.   Yes, I did.

25      Q.   They were Rollin 60s?

1    A.   Yes.

2    Q.   And how many did you meet?

3    A.   Approximately three.

4    Q.   And they were the leaders of that set?

5    A.   They were the highest ranking members at that

6    time at that day.  The original person I spoke to

7    actually got arrested for drug trafficking.

8    Q.   And so when you met them, did you have to do

9    anything, any secret handshakes, something like that to

10   indicate you were a member?

11   A.   There was a specific handshake where the shake

12   was with two fingers and a thumb so they knew I was a

13   Rollin 60s.  There were certain obviously words that we

14   had to utilize that were different so they would also

15   know I'm a Rollin 60s.

16   Q.   And you had to be able to speak as if it was your

17   native tongue?

18   A.   Yes.

19   Q.   Now, earlier we talked a little bit about social

20   media, and is social media significant in your

21   investigation of a street gang?

22   A.   Yes.

23   Q.   How so?

24   A.   I noticed through my investigation of this one

25   and in prior investigations, social media is an easy way

1    for an individual to display what gang they're

2    affiliated with, their allegiance.  It's an easy way to

3    identify themselves with that gang.

4         In prior investigations, you would do search

5    warrants and you would have to physically obtain

6    photographs that people took with cameras, and now it's

7    just easy for them to put it up online so everybody can

8    see who they are.

9    Q.  And in your investigation of social media, how do

10   you know who to look for and how do you know what to do?

11   A.  It's learning what they would wear, how they're

12   wearing it.  Like an instance to find a Rollin 60s Crip,

13   I mean it would be first to identify them as a Crip

14   based on them maybe wearing blue bandana or a lot of

15   blue clothing.

16        Certain gang signs are specific to certain sets

17   in the Crips which the neighborhood, the two fingers and

18   a thumb as specific to the Rollin 60s.  So that's how I

19   would identify them as a Rollin 60.

20        Some of the words they would write they would

21   have six-zero inside of the word.

22        So those would be ways that I would identify what

23   gang they were affiliated with.

24   Q.  And in the course of your investigation of the

25   Bounty Hunter Bloods, does that give you the first

1   people to start your investigation on?

2      A.   Yes.   When I was investigating the Bounty Hunter

3   Bloods and I did search warrants on their social media

4   accounts, I would be able to see their private

5   conversations that they were having with Rollin 60s

6   members.

7         So that was the first time I was able to see and

8   identify members of the Rollin 60s.

9      Q.   Now, before we start talking about specific

10  social media services as well as specific accounts,

11  let's talk a little bit about how that works.   And I'd

12  like to focus specifically on IP addresses.

13        Are you familiar with what an IP address is?

14     A.   Yes, I am.

15     Q.   And what is it?

16     A.   An IP address is a set of numbers that identifies

17  the user.   So if you're making certain posts or you're

18  on the internet on your computer, your computer has an

19  identified IP address.   So if you're putting something

20  on the worldwide web, there is some type of number that

21  associates that device to the post that was made.

22     Q.   So it's akin to a phone number identifying a

23  specific phone?

24     A.   Yes.

25     Q.   And how do you identify an IP address?

1     A.   In this case, I did search warrants and to a

2   limited extent some subpoenas to Facebook and Facebook,

3   when they provided you with the results of the search

4   warrant or the subpoena, they would actually give you a

5   copy of all the log-in and log-out IP addresses that

6   were used to, I guess, get on Facebook.

7     Q.   And does that IP address information help you

8   when you're then later trying to do the surveillance

9   that we were talking about earlier?

10     A.   Yes, because once you get that IP address, you

11   can then put that IP address and the time stamp code

12   into a search engine and it will tell you what company

13   that IP address belongs to.

14         In this case, most of the IP addresses belonged

15   to either Comcast or AT&T.  And then once you determine

16   that, you can then issue a subpoena to AT&T or Comcast

17   and they can actually tell you who the user is of that

18   IP address.

19     Q.   Including their address?

20     A.   It would give you their address and who pays the

21   bill.

22     Q.   Let's start with CrushSpot.  Are you familiar

23   with CrushSpot?

24     A.   Yes, I am.

25     Q.   What is CrushSpot?

1     A.   It's an older social media page that individuals

2   when I first learned of it, it was a lot of individuals

3   that were mostly gang members that were on CrushSpot and

4   it was you would see pictures on an open page of them

5   throwing up gang signs or wearing bandanas.

6          It was just an older social media website for a

7   lot of younger people that would communicate with each

8   other.

9     Q.   So did it predate Facebook?

10    A.   I don't know if it predates Facebook, but it was

11  popular at the time of Facebook.

12    Q.   Like when Facebook was just starting?

13    A.   Well, actually I take that back.  I believe it

14  definitely predates Facebook.  It was popular, I meant

15  to say, it was popular at the same time as MySpace, but

16  Facebook was what everybody started going to.  So you

17  don't see as many people using CrushSpot any more.

18    Q.   So CrushSpot is like the old MySpace?

19    A.   Correct.  It went from CrushSpot to MySpace to

20  Facebook.

21          MR. CRALLE:  Your Honor, may I approach?

22          THE COURT:  You may.

23  BY MR. CRALLE, CONTINUING:

24    Q.   You've just been handed what has been marked as

25  Government's Exhibits 5 and 5-A. Do you recognize these

1    items?

2        A.   Yes, I do.

3        Q.   What are they?

4        A.   These are two photographs that came from Jerome

5    Hamilton's CrushSpot page.

6        Q.   And when you say it came from, how did they come

7    from there?

8        A.   They were just downloaded off the Internet.

9        Q.   By who?

10       A.   I had downloaded them at one point, but multiple

11   people have downloaded them, but I specifically have

12   downloaded these, yes.

13             MR. CRALLE:   Your Honor, at this time I

14   would move to admit Government's Exhibit 5 and 5-A.

15             MR. NISKAR:   No objection.

16             MR. BERGER:   No objection.

17             THE COURT:   They're admitted, 5 and 5-A.

18             MR. CRALLE:   Would you pull up Exhibit 5,

19   please.

20   BY MR. CRALLE, CONTINUING:

21       Q.   And what's depicted in Government's Exhibit 5?

22       A.   That is Jerome Hamilton, a Rollin 60s member, who

23   is utilizing his hand to make a "C" for the Crips gang

24   sign.

25             He's also next to what appears to be a handgun

1   with ammunition.

2      Q.   Anything else?

3      A.   There's a -- it's on top of a blue bandana.

4      Q.   And this technically was from some time ago?

5      A.   Yes.

6      Q.   So this would have been in the early days of the

7   formation of this gang?

8      A.   Yes, that's correct.  I believe I downloaded it

9   in maybe 2008.

10      Q.   And let's turn to Exhibit 5-A, please.

11          What is this picture?

12      A.   This is another photograph where it appears it's

13   also the same hand, it appears it's Jerome Hamilton also

14   throwing up a "C", which would be the Crips' gang sign

15   next to what appears to be the same suspected firearm

16   with the ammunition on a blue bandana.

17      Q.   So this is some of the early examples of things

18   that's on social media and how it's used with the Rollin

19   60s here in Detroit?

20      A.   Yes.

21      Q.   Did you also look at Instagram?

22      A.   Yes, I did.

23          THE COURT:  I'm sorry, I didn't hear you.

24          MR. CRALLE:  I asked him if he also looked

25   at Instagram.

1                    THE WITNESS:  Yes, I did.

2    BY MR. CRALLE, CONTINUING:

3        Q.  And what is Instagram?

4        A.  Instagram is another social media website where

5    it's -- when it started, it was mainly for people to

6    upload just photographs and then you could make comments

7    on those photographs.  It has since actually been

8    purchased by Facebook, and they also have a function

9    where you can speak back and forth with individuals

10   privately.  So it kind of operates similar to Facebook.

11       Q.  It's a photo sharing app?

12       A.  Yes, it is.

13       Q.  And did you use Instagram in your investigation

14   of the Rollin 60s here in Detroit?

15       A.  Yes, I did.

16                   MR. CRALLE:  Your Honor, may I approach?

17                   THE COURT:  Yes, you may.

18   BY MR. CRALLE, CONTINUING:

19       Q.  Agent Nether, you've just been handed what's been

20   marked as Government's Exhibit 6 and 6-A.  Do you

21   recognize these items?

22       A.  Yes, I do.

23       Q.  What are they?

24       A.  These are photographs that I was able to save

25   from Jerome Hamilton's Instagram account.

1    Q.  Just to make clear, these were public pictures?

2    A.  Yes.

3    Q.  Pictures on Instagram can be either public or

4    private?

5    A.  That's correct.

6    Q.  And private meaning that they're shared with just

7    people that you're friends with or people you want to

8    see those pictures?

9    A.  That's correct.

10    Q.  But these were publicly seen?

11    A.  These were public.

12           MR. CRALLE:  Your Honor, I move to admit 6

13    and 6-A, please.

14           MR. NISKAR:  No objection.

15           MR. BERGER:  No objection.

16           THE COURT:  It's admitted, 6 and 6-A.

17           MR. CRALLE:  Thank you.  Can we pull up 6,

18    please.

19    BY MR. CRALLE, CONTINUING:

20    Q.  Agent Nether, what's depicted in Government's

21    Exhibit 6?

22    A.  This is a photograph on Jerome Hamilton's

23    Instagram account, and it is a photograph that is of

24    Bounty Hunter Blood members as well as Rollin 60s

25    members together.

1     Q.   And we talked earlier about the 7654 alliance;

2   that was the Bounty Hunter Bloods and the Rollin 60s?

3     A.   That is correct.

4     Q.   And so this was an example of the type of things

5   that you found significant in your view of Instagram?

6     A.   Correct.  It showed the close relationship to

7   both gangs.

8     Q.   And did you find this picture on anyone's

9   individual social media account or Facebook account,

10   things of that nature?

11     A.   Sure, it was found in multiple locations.

12     Q.   And can we also pull up Exhibit 6-A, please.

13          And again, is this an example of the type of

14   things you found on Instagram?

15     A.   Yes, it is.

16     Q.   Why was this picture significant?

17     A.   This was Jerome Hamilton, also Rollin 60s member,

18   throwing up the neighborhood gang sign, the person on

19   the left, and he's with what appears to be a Rollin 60s

20   member, but this photograph is actually taken in

21   Atlanta.  So this is showing that Jerome Hamilton is

22   also associating with Rollin 60s in other states.

23     Q.   Now just to be clear, the person on the left is

24   Jerome Hamilton?

25     A.   Correct.

1     Q.  Now, you used both Facebook, or I'm sorry, you

2   used both CrushSpot and Instagram in your investigation,

3   but was Facebook the bulk of your investigation of the

4   Rollin 60s?

5     A.  Yes, it was.

6     Q.  Let's talk a little bit about the basics of

7   Facebook.

8         First of all, what is Facebook?

9     A.  Facebook is a social media website where

10  individuals can create an account and, I guess, make

11  connections with friends, family, or other people that

12  they choose to make connections with, and based on doing

13  that, individuals can post photographs, can post

14  statements on Facebook, and when you log in, you'd be

15  able to see what the individuals you're friends with,

16  you'd be able to see what they're doing, what their day

17  is like, what photos they're uploading, what statements

18  they're making.

19    Q.  Do you use Facebook regularly?

20    A.  Yes.

21    Q.  In your personal life?

22    A.  Not regularly, but, yes, I do use it.

23    Q.  In your investigations?

24    A.  All the time.

25    Q.  Are you familiar with how Facebook works?

1     A.  Yes, I am.

2     Q.  Both the -- from the user perspective but also

3   kind of behind the scenes, if you will?

4     A.  Correct.

5     Q.  And did you come to learn that members of the

6   Rollin 60s had Facebook pages?

7     A.  Yes, I did.

8     Q.  How does someone create an account, a Facebook

9   account?

10     A.  It's pretty simple.  All you need is an email

11   address and you need to create a password, and then you

12   can just log-in and create an account.  That's all you

13   need to create an account.

14     Q.  What type of information is entered when an

15   account is created?

16     A.  You have an option of you have to create a screen

17   name, you have to put in your name, and then you have

18   the option of putting in, you know, your date of birth,

19   your hometown, where you currently live, your job.  You

20   can put in certain types of books that you like, maybe

21   movies that you like.  You can make statements about

22   yourself or notes about yourself.

23         So that's the kind of information Facebook will

24   ask you when you first create an account.

25     Q.  Once a person creates an account, is that

1   permanent, is that screen name permanent?

2      A.   No, you can change it.

3      Q.   Now, if the screen name is changed, is it still

4   the same Facebook account?

5      A.   Yes.   The actual ID, the set of numbers that is

6   associated with the Facebook account when it's created

7   always -- I haven't seen that change, so that would stay

8   constant even if the name or -- your screen name

9   actually changes.

10      Q.   So there's some sort of number that's used as an

11   ID that's sort of the ultimate tracker for an account?

12      A.   That's correct.

13      Q.   And no matter how the screen name changes, that

14   account ID is still the same?

15      A.   Yes.

16      Q.   What are the different ways that a person can

17   access Facebook?

18      A.   You can access it through any type of electronic

19   device; through a computer, a tablet, your cellphone.

20      Q.   Web browser?

21      A.   Yes.

22      Q.   But also through apps?

23      A.   Correct.

24      Q.   Once an account is created, how does a person

25   connect with other people on Facebook?

1    A.  Well, there's actually an option that Facebook

2    gives you where, based on the context you already have

3    in your cellphone or through your e-mail addresses, they

4    can automatically, Facebook can automatically make

5    suggestions of who your friends should be of who you

6    should request to be your friends.

7    Q.  Now, you keep using the term "friend."  Is there

8    a Facebook term friend also?

9    A.  Yes.

10   Q.  And what does that mean in the context of

11   Facebook?

12   A.  That just means somebody that you have sent a

13   request to and somebody has accepted you to be able to

14   see the contents on their page if it is set to private

15   and you would be listed as their friend.

16       Now you can go into that friend tab and there's

17   different things that you can put as far as like what

18   type of friend where you can even mark the person as a

19   family member, an acquaintance.  So there's different

20   categories, but ultimately it's called a friend.

21   Q.  Can a person be friends with more than one person

22   on Facebook?

23   A.  As far as I know, you can be friends with as many

24   people as you want to.

25   Q.  Are you also familiar with the concept of the

1  Facebook wall?

2      A.  Yes.

3      Q.  Can you explain what that is, please?

4      A.  The wall would be when you -- if you have several

5  friends and you log-in to your Facebook account, the

6  thing that you'll see is a wall which is basically all

7  the content that your friends have actually uploaded

8  within the last few days, and it will tell you when it

9  was uploaded, but you'll automatically see anything that

10  your friends posted.

11         And if you decide to post something, it will also

12  go to your wall, and then all your friends will be able

13  to see that.

14         The only way that your friends would not see it

15  is if you go into your privacy settings and you make a

16  certain type of custom posting that only goes to

17  specific people.

18      Q.  Are you familiar with the term "status update"

19  with respect to Facebook?

20      A.  Yes.

21      Q.  Can you explain what that is, please?

22      A.  You can go on Facebook and let's say you wanted

23  to just type out you're coming to work today.  You can

24  just literally just write "I'm going to work today" and

25  then hit "post," and now that's your status update for

1    the day.  But you can make as many status updates as you

2    want for the day.

3       Q.  It's effectively anything you want someone to

4    know about what's going on with you?

5       A.  Correct.

6       Q.  And it may or may not have to do with what you're

7    actually doing?

8       A.  Correct.

9       Q.  Do people also use Facebook to share photographs?

10      A.  Yes, they do.

11      Q.  And if a photo is uploaded to Facebook, who can

12   see it?

13      A.  Depending on your settings, everybody that's your

14   friend would be able to see the photograph.

15      Q.  When a photograph is uploaded to Facebook, can

16   people comment on it?

17      A.  Yes.

18      Q.  And what does that entail?

19      A.  Below the photograph that you post, there is a

20   comment section so somebody can actually comment

21   directly on the photograph that was just unloaded, so

22   all your friends would have an opportunity to do that.

23   And it's just a way to speak back and forth with the

24   individuals that you're friends with.

25      Q.  And are you familiar with the concept of tagging

1    in Facebook?

2        A.   Yes.

3        Q.   What does tagging mean?

4        A.   An example of that would be if you were to upload

5    a photograph of, let's say, all your family members or a

6    group photo, you can actually specifically tag or make

7    some type of gesture and put in the name of all the

8    individuals that are in the photograph so your friend

9    that may be in the photograph, when he logs into his

10   account, he may have a notification, he or she may have

11   a notification that shows them that a posting was made

12   that is directly related to them.

13       Q.   Okay.  So actually on the other person's account

14   it says you've been tagged in a photo?

15       A.   Correct.

16       Q.   And is there any sort of control to make sure

17   that someone's not inadvertently tagged in a photo?  For

18   example, if you upload a photo of your family, I could

19   be tagged in it even though I'm not part of that

20   picture?

21       A.   You could be.

22       Q.   Is there a way for someone that's inadvertently

23   tagged to remove himself, untag themselves?

24       A.   Yes.  You can untag the person or that person can

25   untag the person.

1    Q.   Does Facebook also have a messaging system where

2    members can send messages back and forth to one another?

3    A.   Yes, they do.

4    Q.   And is that akin to a text message?

5    A.   It is almost exactly like a text message.

6    Q.   So that can be to a specific individual or to a

7    group of individuals?

8    A.   It could be, yes.

9    Q.   And who can see those messages?

10   A.   Only the people directly on that text message

11   thread.

12   Q.   And you've mentioned a couple times about privacy

13   settings.  Facebook has security settings for its user

14   accounts?

15   A.   Yes, they do.

16   Q.   Can you describe those briefly?

17   A.   You can create a Facebook account where no one

18   can actually search for you.  You can have the option of

19   only your friends being able to see what you post.  You

20   can have the option of having your friends' friends so

21   people that know your friends can actually see what

22   you're posting.  You can have an option of letting

23   everybody in the world see what you're posting.

24        So you have the option to create your Facebook

25   settings any way you'd like, so you have the ability to,

1    I guess, maintain who can and cannot see your -- the

2    things that you post.

3       Q.   So effectively it divides your posts into a

4    public and a private realm almost?

5       A.   That's correct.

6       Q.   And so when you're doing an investigation, you

7    look and see if there are any public posts?

8       A.   Correct.

9       Q.   But that would not allow you to see the

10   behind-the-scenes private posts?

11      A.   That would not.

12      Q.   Now that we've talked about Facebook generally,

13   let's discuss how Facebook is used by members of a

14   street gang.

15           What is the purpose of that and how does it

16   inform your investigation?

17      A.   Well, from my investigations in the street gangs

18   on Facebook, I have observed that, you know, by putting

19   photographs up of your gang showing allegiance to your

20   gang, that it has actually helped in the recruitment.

21   So I have seen Facebook be used as a recruitment tool

22   for members to the Rollin 60s.

23           I've also seen it used as a way for the

24   individuals in the gang to communicate back and forth.

25   It's been my experience that individuals in gangs

1   actually change phones quite often, so your phone

2   numbers change all the time, but because they're

3   utilizing the same Facebook page it would be a way to

4   immediately be able to speak with that person again

5   without having to figure out what their phone number was

6   or how to get in contact with them.

7       Q.   Is it used to also conduct criminal activity?

8       A.   Yes.  Facebook I've noticed that they sell guns

9   through Facebook, they sell narcotics through Facebook.

10  I've seen them set up robberies through Facebook,

11  talking about going out to do hits which are homicides

12  through Facebook.  I've seen specific hits put out on

13  specific gangs on Facebook to where if you see this

14  gang, there's a -- you're supposed to go after that

15  gang.  So I've seen all the criminal activity you can

16  imagine on Facebook.

17      Q.   This is probably a silly question, but why would

18  gang members use Facebook for these purposes?  I mean,

19  doesn't that make your job a lot easier?

20      A.   It does make my job a lot easier, but the reason

21  they would do that is, just from my experience, like I

22  said, the phones may change all the time, people are

23  dropping phones or getting new phone numbers, the

24  service may be cut off, so you can still use Facebook

25  even if you don't have cellular service.  I mean, if you

1   can find Wi-Fi or you can actually, as long as you can

2   still get on the internet, you can still text back and

3   forth.

4         So if you can't have a phone call with the

5   person, at least you can still get in contact with them

6   so you can always communicate.

7         There's even an option on Facebook where you can

8   actually make a call through Facebook.

9   Q.  Did you attempt to identify Facebook screen names

10  for members of the Rollin 60s here in Detroit?

11  A.  Yes.

12  Q.  And, in fact, did you actually start with their

13  screen names and then have to track back to their real

14  name?

15  A.  Yes.

16  Q.  So how did you identify a screen name and then

17  what did you do once you got it?

18  A.  Well, the first time I was able to do that just

19  based on the Bounty Hunter investigation because I could

20  see them actually speaking with members of the Rollin

21  60s and I was able to determine the membership, the fact

22  that they were Rollin 60s based on the way they were

23  actually writing and based sometimes on the screen

24  names.  Sometimes there would be something in the screen

25  name that would be specific to Rollin 60s and how they

1  write the name out.

2     Q.  Did you also look for things like public status

3  updates?

4     A.  Yes.

5     Q.  And then did you also do things like look through

6  their friend's lists?

7     A.  Yes.  Once I identified a member, I would then

8  look through their friend list and find out everybody

9  that looked like could be associated or members of the

10  Rollin 60s.

11     Q.  Did you also attempt to friend members of the

12  Rollin 60s here in Detroit?

13     A.  Yes, several of them.

14     Q.  I'm assuming that was not from your personal

15  account?

16     A.  Correct, it was my undercover account.

17     Q.  So you had some sort of undercover account that

18  you tried to friend anyone that you think was a Rollin

19  60s?

20     A.  Yes.  When I do an investigation, I'll create an

21  undercover account.  I have multiple undercover accounts

22  and I will try to friend request those members.  And the

23  reason that would be is because sometimes, you know,

24  like we discussed earlier, there would be settings that

25  anybody in the public could be able to view if they put

1    something on their wall.  Sometimes they would have

2    their account set to private to where only their friends

3    could see the stuff they put on their wall.

4         So if I was to request them and they would accept

5    me, then I could at least see what was on their wall.  I

6    might not see their private messages back and forth, but

7    I could see their status updates and photographs that

8    they've uploaded.

9    Q.  Is there anyone in particular that you remember

10   becoming Facebook friends with?

11   A.  I do remember becoming -- I mean, a lot of the

12   members.  I do remember becoming Facebook friends with

13   William Steele, Tre Tigner at one point, Darriyon Mills,

14   Carlos Woodley, Anthony Weaver, Sadeisha Johns, and

15   several other members.

16   Q.  And so that gave you some initial insight into

17   the Rollin 60s?

18   A.  Correct.

19   Q.  But it didn't tell you everything?

20   A.  No.  It would just be something that they would

21   want you to see.  There were still private messages back

22   and forth that you could not see.  There were still some

23   members that would not accept my friend request.  Some

24   people would actually question who I was and just would

25   not openly just say, yeah, you can be my friend.

1     Q.  At some point did you obtain search warrants for

2     the Facebook accounts of suspected Rollin 60s Crips here

3     in Detroit?

4     A.  Yes, I did.

5     Q.  Can you describe briefly what the process is for

6     obtaining a search warrant?

7     A.  Yes.  So to obtain a search warrant what I had to

8     do was I had to fill out an affidavit that would contain

9     information about the gang to show what the gang was all

10    about, where it was connected to from LA to Detroit,

11    would show certain postings, photographs showing that

12    the members account that I'm trying to get is related to

13    this gang.  So I may even put a statement about the

14    types of photographs I saw wearing bandanas, utilizing

15    gang signs.

16        If I was able to see private messages based on

17    the search warrants I had done prior from the Bounty

18    Hunters, which I did in this case, I was able to see the

19    private messages.  So if there was certain criminal

20    activity such as selling drugs, other things about the

21    gang, I would put that in the affidavit as well.  Then I

22    would then send it to a prosecutor, have them review it.

23    Once they agreed to what I wrote and they felt that I

24    had the probable cause, I would then present it to a

25    judge and let them determine whether or not I had the

1    probable cause to get the search warrant.

2       Q.   Now in the traditional sense when you do a search

3    warrant on a house, you just go physically to that

4    house, right?

5       A.   Correct.

6       Q.   Facebook obviously doesn't have a physical

7    location where you know that there's records?

8       A.   Correct.

9       Q.   So how do you serve a Facebook warrant?

10      A.   Through an online portal.  Facebook actually has

11   a portal for law enforcement to where I would scan the

12   approved search warrant into my computer and then I

13   would go to the law enforcement portal and then I would

14   unload that search warrant to Facebook.

15      Q.   And that sends it to the right people at Facebook

16   headquarters in California?

17      A.   Correct.

18      Q.   For whom did you do search warrants?  For whom

19   did you execute search warrants that were suspected

20   Rollin 60s members here in Detroit?

21      A.   It was a lot of them to include:  Martel Strong,

22   William Steele, Jerome Hamilton, Darriyon Mills, Timothy

23   Price, Carlos Woodley, Anthony Weaver, Sadeisha Johns,

24   Brandon Kennedy, Sumo Kennedy.  I know it was others.

25   Jermel Coleman, Christopher Coleman.

1    Q.   It is fair to say you did a lot?

2    A.   A lot, yes.

3    Q.   And did you - when you do a search warrant with

4    Facebook, do you have to satisfy a date range for the

5    information that you want?

6    A.   Yes, you do.

7    Q.   And does the information stop at the day that you

8    send in the warrant?

9    A.   Yes.

10   Q.   In other words, you don't get future stuff?

11   A.   Correct, everything is historical.

12   Q.   So did you ever do more than one search warrant

13   on a particular account?

14   A.   Yes, I did.

15   Q.   Is it fair to say that once you obtained one

16   round of search warrants that would lead to others?

17   A.   Yes.  Once I would do one round of search

18   warrants, I would analyze all of the information I

19   received, and that would give me the information I

20   needed to do an additional search warrant.  So if I did

21   a search warrant sometime in 2015 and it took me six

22   months to go through it or a year to go through all of

23   the pages that I did, well, at that point I type up an

24   additional search warrant covering the dates that I have

25   not seen.

1    Q.  Now, we talked about when you execute a warrant

2    to Facebook you have to send that information to

3    Facebook in California.

4         How does Facebook send you the information that

5    you're requesting?

6    A.  They actually send you a link via email, and once

7    you click on the link, it takes you back to the portal,

8    and the information is in the portal for you to

9    download.

10        So you download it to your hard drive on your

11   computer, and then from there you can download it to a

12   CD or DVD disc.

13   Q.  Now, when Facebook supplies the records for those

14   accounts, does the result look the same way that it

15   would as if you were logging in and were friends with

16   the person?

17   A.  No.

18   Q.  How is it different?

19   A.  It's actually set up into sections.  It's not as

20   colorful as your regular Facebook would be, and it's in

21   sections.  So they have sections of your status updates

22   that are order.  It has a section of photos that you've

23   posted.  I'm going to have a section of wall posts.  It

24   has a section of private messages back and forth.

25        So everything is broken down into specific

1    sections.  And it also has a section for, like you said

2    earlier, your log-in IP and log-out IP addresses.

3        Q.  For a person that has changed their account many,

4    many times, when you get that search warrant, does it

5    show you each and every -- does it show you the

6    respective screen name at a particular time?

7        A.  It does show you the screen name, but next to it

8    it also shows you the Facebook ID, which is the number

9    that we discussed does not change.

10       Q.  And if someone's in a private message string,

11   does the search warrant return show just the most recent

12   Facebook screen name?

13       A.  Yes, it does.

14              MR. CRALLE:  Your Honor, may I approach?

15              THE COURT:  Yes, you may.

16   BY MR. CRALLE, CONTINUING:

17       Q.  Agent Nether, I have handed you what I've marked

18   as Government's Exhibits 8 through 18.  Would you take a

19   moment to look through those, please.

20              Agent Nether, do you recognize Exhibits 8 through

21   18?

22       A.  Yes, these are some of the Facebook search

23   warrants, some of the results that I received back from

24   Facebook.

25       Q.  Specifically those are CD or DVD each one?

1    A.   Correct, the CDs that would contain the results

2    from Facebook.

3    Q.   And is there a different person's account per CD?

4    A.   Yes.

5    Q.   Can you identify which account goes with which

6    exhibit number, please?

7    A.   Martel Strong goes with Government Exhibit 8.

8    Jermel Coleman, Government Exhibit 9.  William Steele,

9    Government Exhibit 10.  Roderek Perry, Government

10   Exhibit 11.  Carlos Woodley, Government Exhibit 12.

11   Charles Smith, Government Exhibit 13.  Jonathan Barber,

12   Government Exhibit 14.  Sadeisha Johns, Government

13   Exhibit 15.  Darriyon Mills, Government Exhibit 16.

14   Deaires Foster, Government Exhibit 17.  Anthony Weaver,

15   Government Exhibit 18.

16   Q.   And these are the Facebook returns as you

17   received them from Facebook; these are the returns?

18   A.   These would be the returns, yes.

19   Q.   And are they basically in the same condition as

20   you received them from Facebook?

21   A.   Yes.

22   Q.   And just for identification purposes, were they

23   essentially given to you in an Adobe .pdf format?

24   A.   Correct, it's in a -- correct, a .pdf format.

25            MR. CRALLE:  Your Honor, at this time we

1     would move to admit Government's Exhibits 8 through 18.

2                    THE COURT:  Any objection?

3                    MR. NISKAR:  I do.  I just don't want to be

4     viewed as having waiving my motion in limine and the

5     objection I made in those.  So subject to the condition

6     that the Government lay a further foundation, I don't

7     have an objection.

8                    THE COURT:  So noted for the record.

9                    Mr. Berger.

10                   MR. BERGER:  No objection, Your Honor.

11                   THE COURT:  So they're provisionally

12    admitted.  And that's 8 through 18?

13                   MR. CRALLE:  That's correct, Your Honor.

14                   THE COURT:  Now the ones I have don't have

15    anything on them.  They just have the person's name and

16    then FB, which I understand stands for Facebook, and

17    then dash 1.

18                   MR. CRALLE:  That's right, Your Honor.

19    Those are the specific pages we're going to identify

20    that deal with Mr. Niskar's objections as we narrowed

21    the scope to those that are within the hearsay

22    provisions.

23                   THE COURT:  Are these 8 through 18?

24                   MR. CRALLE:  No, Your Honor.  8 through 18

25    are simply CDs.

1                    THE COURT:  All right.

2                    MR. CRALLE:  Thank you, Your Honor.  May I

3    proceed?

4                    THE COURT:  Yes.

5                    MR. CRALLE:  And may I approach the witness?

6                    THE COURT:  And they're admitted

7    provisionally.  And, yes, you may approach the witness.

8    BY MR. CRALLE, CONTINUING:

9      Q.  Agent Nether, you have also been handed

10   Government's Exhibits 58-A through E.  What are those

11   items?

12     A.  These are the certificate of authenticity for the

13   Facebook accounts.

14     Q.  Basically after you do a series of search

15   warrants with Facebook, do you ask them to give you any

16   sort of information?

17     A.  Correct.  So after, like in this case, after I

18   did all of the Facebook search warrants, which may have

19   been seven different sets of search warrants that I did

20   on this case, I then did request Facebook to send me a

21   certificate of authenticity for all of the accounts to

22   show that these accounts are -- the results that I

23   received are their business records.

24                   MR. CRALLE:  Your Honor, at this time we

25   would move to admit 58-A through E.

1          THE COURT:  Any objection?

2          MR. NISKAR:  No objection.

3          MR. BERGER:  No objection.

4          THE COURT:  Very well, they're admitted as

5    58-A through E.

6    BY MR. CRALLE, CONTINUING:

7      Q.  Basically they say these are the records of

8    Facebook?

9      A.  Yes.

10     Q.  Now let's talk about some of the specifics.

11   After you received the records from Facebook, did you

12   attempt to confirm that the accounts belonged to the

13   people you suspected they belonged to?

14     A.  Yes, I did.

15     Q.  Why?

16     A.  To -- I mean, to make sure that the information

17   and account was actually accurate to that person.  I

18   wanted to make sure that somebody wasn't posing as

19   somebody else, that somebody wasn't pretending to be a

20   certain person.

21         I didn't want to just because I saw a picture of

22   a certain person as a profile picture, I didn't want to

23   just assume that that was the people whose account I was

24   looking at.

25     Q.  Sort of like how you had an undercover account?

1      A.   Correct.

2      Q.   You wanted to make sure that if you saw an

3   account was mine that it really was mine?

4      A.   Correct.

5      Q.   And what sort of things did you do to confirm

6   that the accounts belonged to the identified Rollin 60s

7   members?

8      A.   Well, one of the first things I would do, which

9   is what we discussed earlier, would be to actually

10   investigate the IP address.  So I would try to make sure

11   that IP address would actually link back to an address

12   that was associated with the person whose account I

13   believed it was.  So that would be one of the first

14   things that I would do.

15          One of the other things that I would do is I

16   would try to find somewhere in the Facebook account

17   where again they have an address in there that links

18   back to that person's account where they may provide a

19   phone number that I know links back to that person's

20   account.

21          Sometimes, you know, they'll actually -- you

22   know, for guys, they'll try to talk to girls and at some

23   point they may actually tell that girl their real name.

24   So there's several different ways I'll try to make sure

25   it is actually their account.

1          And then once we, you know, arrest the

2     individual, we'll get their cellphones, if we can, and

3     then we'll try to do a search warrant of that phone, try

4     to make sure that phone actually links to that Facebook

5     account as well.

6          So there's several different ways that we'll try

7     to make sure that account belongs to the person we

8     believe it belongs to.

9     Q.   And focusing specifically on Mr. Strong, were you

10    able to confirm the Facebook account you suspected was

11    his, was in fact his?

12    A.   Yes.

13    Q.   How did you do that?

14    A.   I did do an IP address.  I did look up his IP

15    address, which came back to an address in Warren,

16    Michigan, and that was an address in the past that he

17    has utilized.  So that was one of the ways.

18         When I interviewed Mr. Strong under Miranda and I

19    said a few things that I saw on his Facebook account, he

20    was making indications that he understood that that was

21    his Facebook account as well by certain things he would

22    say.

23         I also when we had his phone, there was a message

24    on his phone where he did tell another person that his

25    Facebook ID -- or that his Facebook page was Bang Em Tel

1   which was the screen name for his Facebook page.

2          His email address that was attached to his phone

3   was the same email address that was attached to the

4   Facebook account.

5          So there were several different ways that

6   verified that that was Mr. Strong's account.

7                MR. CRALLE:  Your Honor, may I approach?

8                THE COURT:  Yes, you may.

9   BY MR. CRALLE, CONTINUING:

10     Q.  Agent Nether, I have handed you what's been

11  marked as Government's Exhibits 60 and 61.  What are

12  these items?

13     A.  These are the certificates of authenticity.  One

14  is from Comcast Cable, and the other one is from AT&T

15  Uverse.

16     Q.  Let's focus on the -- was it Number 60, I believe

17  it's AT&T?

18     A.  Yes, it is.

19     Q.  And who does that relate to?

20     A.  The AT&T relates to William Steele.

21     Q.  And then 61 relates to Martel Strong?

22     A.  Yes.

23                MR. CRALLE:  Your Honor, at this time we

24  move to admit Government's Exhibits 60 and 61, please.

25                THE COURT:  And do I have those?

1          MR. CRALLE:  It appears no, but I will hand

2     them up to you.

3          MR. NISKAR:  No objection.

4          MR. BERGER:  No objection.

5          THE COURT:  Very well, they're admitted, and

6     I'll take mine now.

7     BY MR. CRALLE, CONTINUING:

8     Q.   So let's start with Mr. Strong.

9          You mentioned that there was an IP address that

10    tracked back to an address?

11    A.   Yes, I did.

12    Q.   And that was an address in Warren?

13    A.   Yes, specifically --

14    Q.   Just there was an address in Warren?

15    A.   An address in Warren, yes.

16    Q.   Thank you.  And that was an address to which you

17    had also -- you had linked Mr. Strong to?

18    A.   Yes.

19    Q.   He had lived there at some time?

20    A.   Yes.

21    Q.   So based on that address as well as the phone,

22    that led you to believe that was his Facebook account;

23    is that true?

24    A.   Yes.

25    Q.   And I believe you said 60 was for William Steele?

1    A.   Yes.

2    Q.   And what about Exhibit 60 led you -- or what

3  about Exhibit 60 was significant to you?

4    A.   The address that AT&T provided in Charlotte,

5  North Carolina was an address known to be utilized by

6  William Steele.

7    Q.   You knew William Steele to live in Charlotte

8  during that time?

9    A.   Yes.

10   Q.   So based on that, that led you to conclude that

11  the Facebook account you suspected was, in fact, William

12  Steele's?

13   A.   Yes.

14   Q.   Let's focus specifically on Martel Strong for a

15  moment.

16       There are a series of pages in front of you.  So

17  if you can flip -- there's a packet in front of you, and

18  if you could flip through just the first few pages that

19  are marked "Strong-Facebook."

20   A.   Yes.

21   Q.   Do you recognize all of these items?

22   A.   Yes, I do.

23   Q.   And --

24            THE COURT:  What exhibit numbers are these?

25            MR. CRALLE:  These would all be subsets of

1   Exhibit 8, Your Honor.

2   BY MR. CRALLE; CONTINUING:

3     Q.  Do you recognize all of these items?

4     A.  Yes, I do.

5     Q.  What are they?

6     A.  They are pages that were part of the results from

7   the search warrant I received for Martel Strong's

8   Facebook account.

9     Q.  So focusing specifically on Martel Strong, you

10  recognize those as all coming from his Facebook account?

11    A.  Yes, I do.

12          MR. CRALLE:  Your Honor, I move to admit

13  Government's Exhibits Facebook -- Martel Strong Facebook

14  1, 11, 13, 20, 25, 26, 30, 43 and 4.

15          MR. NISKAR:  No objection.

16          THE COURT:  Very well, they're admitted.

17  BY MR. CRALLE, CONTINUING:

18    Q.  Let's start with the first page, if we could.

19  This would be Martel Strong's Facebook 1, and if now, we

20  could zoom in on the top.

21          Well, first of all, before we zoom in, Agent

22  Nether, this is just generally what a Facebook account

23  looks like when it comes back to you?

24    A.  Yes, it is.

25    Q.  And there are portions of this that have been

1    redacted?

2        A.   Correct.

3        Q.   And if we could zoom in on the text at the top,

4    please.

5             So let's start with the screen name.   What is the

6    screen name for this account?

7        A.   It's Bang em Tel.

8        Q.   So that's the account that someone would see if

9    they were to friend Mr. Strong?

10       A.   Correct.

11       Q.   And what is the email address associated with

12   this account?

13       A.   Bangem.tel@facebook.com, and there was also a

14   bang_em_tel07@yahoo.com.

15       Q.   Now, you mentioned earlier there was a unique

16   numerical ID that's associated with every Facebook

17   account.

18       A.   Correct.

19       Q.   What is that user ID for Mr. Strong's account?

20       A.   That would be under the heading that says

21   "target" and that would be 500285417.

22       Q.   And what was the date range for this return?

23       A.   The date range was January 1st, 2009, to May 9th,

24   2015.

25       Q.   So basically Facebook gave you everything it had

1    between those two dates?

2       A.   That's correct.

3       Q.   And if we could turn to page 11, please.  And if

4    we could zoom in a little bit more on the picture.

5            What is this?

6       A.   This is a photograph of -- on the left of Martel

7    Strong utilizing the neighborhood gang sign of two

8    fingers and a thumb, and the person on the right is also

9    Rollin 60s member Tre Tigner.

10      Q.   If we can move to Exhibit 13, please, and again

11   zooming in on the picture.

12      A.   This is a photograph of Martel Strong, who's the

13   second from the left, utilizing gang signs to include

14   the neighborhood Rollin 60s Crips gang sign of two

15   fingers and a thumb.

16           To the right of him in the blue shirt is Darriyon

17   Mills a/k/a Fatal, who's also utilizing the two fingers

18   and a thumb gang sign for the neighborhood Crips.

19      Q.   Just to be clear, Martel Strong is the individual

20   with the white T-shirt?

21      A.   Yes, he's got the white T-shirt on.

22      Q.   If we could move to Facebook page 20, please, and

23   again if we could zoom in a little bit.

24           What is this picture?

25      A.   This is a photograph again of Rollin 60s members

1    from the left to the right.  On the left we have Anthony

2    Weaver, then we have -- Anthony Weaver goes by Cane.  We

3    have Timothy Price, who goes by Tizzy.  You have Martel

4    Strong, which is Bang em Tel.  And to the far right you

5    have Darriyon Mills, Fatal.  And Darriyon Mills is

6    utilizing -- on the far right is utilizing the "C" for

7    the Crip gang sign, appears to be holding a blue bandana

8    with blue beads around his neck.  And he's also with his

9    right hand utilizing the neighborhood gang sign of two

10   fingers and a thumb.

11        And then you also have Martel Strong with a white

12   shirt with the words "They see me Rollin," and he's

13   utilizing two fingers and the thumb which is the

14   neighborhood Crip gang sign.

15   Q.  If we could go to page 26, please, and if we can

16   zoom in on the picture.

17        What is this?

18   A.  This is a photograph of Martel Strong

19   utilizing -- having his hands basically saying west, and

20   that's a gang sign for west side.

21   Q.  And if we could go to page 30.

22        And again what is depicted here?

23   A.  That again is Martel Strong with utilizing a gang

24   sign.

25   Q.  So in addition to the information at the

1   beginning, you look through for a variety of pictures to

2   see if that's the person you think it is?

3       A.   Correct.

4       Q.   If we could go to page 43.

5            What is in Facebook 43?

6       A.   This is a message between two individuals.   One

7   is Martel Strong with the Facebook ID, the last of 5417.

8   He is providing his phone number to this other Facebook

9   ID person of 313 463-3415.

10      Q.   And the message "hit me up" meaning call me?

11      A.   That means call me.

12      Q.   And is this a phone number that you associate

13  with Martel Strong?

14      A.   Yes, it is.

15      Q.   And then finally if we could go to page Facebook

16  4.   And again what is here; what is depicted in Facebook

17  4?

18      A.   This is screen name WiFi, the New Commer, which

19  is the account for Rollin 60s member Timothy Price.

20  He's sending a message to Martel Strong, the Bang em Tel

21  screen name that says "happy C-day loc.   Dis maniac and

22  Tizzy said the same.   Hit me up asap," and then he

23  provided a phone number of 313-949-0659.

24      Q.   And at the beginning there "happy C-day"?

25      A.   Yes.   Happy C-day, that means happy birthday, but

1    for Crips you would have to say happy C-day instead of

2    B-day.

3        Q.   Because you can't use a B?

4        A.   Because you can't use a B.

5        Q.   And the date of this message is what?

6        A.   August 3rd, 2011.

7        Q.   And during the course of your investigation did

8    you learn what Martel Strong's birthday is?

9        A.   Yes, it was August 3rd.

10       Q.   So based on all of these things, the IP address,

11   the phone, the pictures, the birthday and phone number,

12   you concluded this was Martel Strong's email address?

13       A.   That's correct.

14       Q.   If I could ask you to flip through the next set

15   for William Steele; just look at them for yourself.

16       A.   I've looked at them all.

17       Q.   For purposes of the record, you've been handed

18   what's been marked as Government's Exhibits Facebook 1,

19   13, 16, 22, and 25.

20            What are these items?

21       A.   These are all pages from William Steele's

22   Facebook results that I received through the search

23   warrant.

24            MR. CRALLE:  Your Honor, at this time we

25   would move to admit those exhibits.

 1                THE COURT:  Any objection?

 2                MR. NISKAR:  I don't think it's my

 3    objection, but I have none.

 4                THE COURT:  Mr. Berger, do you have any

 5    objection?

 6                MR. BERGER:  No, Your Honor.

 7                THE COURT:  They're admitted as 8 Steele

 8    Facebook 1 and following which are 13, 15, 16, 22, 25,

 9    and did you say 23?

10                MR. CRALLE:  I did all of those, Your Honor.

11                THE COURT:  Okay.

12                MR. CRALLE:  Thank you.

13    BY MR. CRALLE, CONTINUING:

14        Q.  Let's start with Facebook 1.  And again, is this

15    what the return looks like when you get it back from

16    Facebook?

17        A.  Yes, it does.

18        Q.  But a significant portion has been redacted?

19        A.  That's correct.

20        Q.  If we can zoom in on the unredacted portion,

21    please.

22            What is the screen name for this account?

23        A.  The screen name is "Shotti GotIt HandzDown."

24        Q.  And the email address?

25        A.  The email address is

1    shooter.on.decc@facebook.com, and also

2    shotti_steele@yahoo.com.

3       Q.   And we talked earlier about how you can change

4    your name on Facebook, right?

5       A.   Correct.

6       Q.   So the name at the time that you got this return

7    was Shotti GotIt HandzDown?

8       A.   Correct.

9       Q.   What were some of the previous names?

10      A.   Some of the previous names were Shotti Iz DaShit,

11   William Steele Gonbegood, William Steele Gonbegood, and

12   William Steele.

13      Q.   So based on the fact that it says William Steele

14   there, that led you to conclude it was William Steele's

15   account?

16      A.   One of the factors, yes.

17      Q.   What was the user ID for this account?

18      A.   The user ID for this account was 1267290250.

19      Q.   And the date range for this return?

20      A.   January 1st, 2008 to November 19th, 2013.

21      Q.   If we could turn to page 13, please.

22           And what's depicted in Facebook 13?

23      A.   This is a photograph of William Steele with blue

24   beads around his neck.

25      Q.   And Exhibit 15.  If we could zoom in on the

1    picture, please.

2       A.   This is a photograph of William Steele utilizing

3    a "C" for the Crip gang sign.

4       Q.   Facebook 16?

5       A.   This is a photograph of William Steele wearing a

6    blue bandana over his shoulder.

7       Q.   Facebook 22?

8       A.   This is a photograph on the left that is William

9    Steele utilizing a Rollin 60s gang sign.

10      Q.   Facebook 23?

11      A.   This is a photograph of William Steele on the

12   left utilizing the two fingers and a thumb neighborhood

13   gang sign, and on the right it is Darriyon Mills in the

14   white shirt utilizing the two fingers and a thumb

15   neighborhood gang sign.

16      Q.   And finally Facebook 25?

17      A.   This is a photograph of William Steele with beads

18   around his neck.

19      Q.   So again, based on the pictures of William

20   Steele, the IP address that linked back to an address in

21   Charlotte that you had associated with William Steele,

22   as well as the fact that one of the previous usernames

23   was William Steele, did that lead you to conclude this

24   was William Steele's Facebook account?

25      A.   Yes, it did.

1      Q.   Agent Nether, in that packet in front of you

2    there's also a series of pages that have been culled

3    from another Facebook account.   Can you look at the ones

4    pertaining to Jermel Coleman.   Just look through them

5    for yourself.

6      A.   Yes, I did.

7      Q.   For purposes of the record, these are pages 1,

8    27, 19, 21, 22, 23, 39, 42, and 44.

9           What are these exhibits?

10     A.   These are pages from Jermel Coleman's Facebook

11   page that I received through the search warrant.

12           MR. CRALLE:   Your Honor, at this time we

13   would move to introduce -- these are subsets of Exhibit

14   9, which is Jermel Coleman's Facebook account.

15           THE COURT:   Any objection?

16           MR. NISKAR:   No objection.

17           MR. BERGER:   None.

18           THE COURT:   They're admitted.   And is this

19   Exhibit 9?

20           MR. CRALLE:   Exhibit 9, yes.   Thank you.

21   BY MR. CRALLE, CONTINUING:

22     Q.   And if we could pull up Exhibit 9, Page 1 of

23   Exhibit 9, please.

24           And again zooming in on the top, what is the

25   Facebook screen name for this account?

1      A.   Xaolin Inkmaster Coleman.

2      Q.   The email address?

3      A.   Is xaolincoleman@gmail.com, and

4   melmoskeet@facebook.com.

5      Q.   And the user ID?

6      A.   Is 761359125.

7      Q.   And the date range for this return?

8      A.   January 1st, 2008 until February 12th, 2016.

9      Q.   Now, in your review of Jermel Coleman's account,

10   did you find pictures of themselves filming, if you

11   will, as much as you did for other accounts?

12      A.   No, I did not.

13      Q.   If we could turn to page 27 now.

14           What was this?

15      A.   This is a photograph of Jermel Coleman on the far

16   left with other members that are suspected to be members

17   of the Satan Sidekicks Motorcycle Club.

18      Q.   So this is a picture of him back in the day, if

19   you will?

20      A.   Correct.  And it appears that he possibly has a

21   blue bandana around his neck.

22      Q.   If we could go to page 19.

23           Did you know -- in the course of your

24   investigation, did you learn that Jermel Coleman was a

25   tattoo artist?

1      A.   Yes, I did.

2      Q.   And instead of selfies did he post pictures of

3  his work?

4      A.   He posted a lot of pictures of the tattoos that

5  he had done.

6      Q.   And is this an example?

7      A.   Yes, it is.

8      Q.   Is there any significance to this tattoo?

9      A.   It is a Rollin 60s tattoo which would be

10  indicated by towards the top you have the B and the K

11  and towards the left you can see six-zero with the money

12  sign and inside the zero it says RSC.

13      Q.   If you could turn to -- and, in fact, do you know

14  whose tattoo this is?

15      A.   That is Darriyon Mills a/k/a Fatal's tattoo.

16      Q.   If we could turn to page 21, please.

17           What's depicted in this picture?

18      A.   This is a tattoo of the two fingers and a thumb,

19  the neighborhood gang sign, and above the hand it says

20  "hood" spelled H-6-0-D.   And this is a tattoo that I

21  believe that is on the chest of Carlos Woodley.

22      Q.   And page 22, please.

23      A.   This is a tattoo of the North Carolina, I

24  believe, Tarheels, that is on the beads of Charles Smith

25  where it says "NC."

1     Q.   And what's the significance of NC?

2     A.   It's the insignia for the North Carolina Tarheels

3   which because it has an NC it could stand for

4   neighborhood crip.

5     Q.   And page 23, please.  Can we zoom in on that

6   photo?

7     A.   This is a photograph of the letters RSC, which

8   would stand for Rollin 60s Crip.

9     Q.   And finally if we could turn to page 39, and zoom

10  specifically on the address there.

11        While Mr. Coleman didn't post pictures of himself

12  as regularly, did he include a picture of what purports

13  to be his address?

14    A.   Yes, he did.

15    Q.   Finally, did you ever look at Jermel Coleman's

16  public page during the course of your investigation?

17    A.   Yes, I did.

18    Q.   If you could turn to page 42.

19        What is depicted in Government's Exhibit 42 or

20  Facebook 42?

21    A.   This is Jermel Coleman holding what appears to be

22  some type of rifle in one hand, rifle or shotgun in one

23  hand and a revolver in the other hand.

24    Q.   And is this something that you said was on his

25  public page?

1    A.   Yes.

2    Q.   So you had to download this?

3    A.   Yes, I saved it right from his page.

4    Q.   And then if we could also go to Facebook 44.

5         What's depicted here?

6    A.   This is a photograph of Jermel Coleman utilizing

7    the two fingers and a thumb neighborhood Crip sign, gang

8    sign.

9    Q.   So again, these are all the reasons you concluded

10   this was Jermel Coleman's account?

11   A.   That's correct.

12   Q.   In the packet in front of you are a series of

13   pages related to Rodereck Perry's Facebook page.

14             THE COURT:  And it is exhibit what?

15             MR. CRALLE:  Eleven, Your Honor.

16   BY MR. CRALLE, CONTINUING:

17   Q.   Agent Nether, in front of you is Exhibits 1, 2,

18   4, 6, 10 and 18 from Mr. Perry's Facebook account.

19        Do you recognize these items?

20   A.   Yes, I do.  These are pages of Roderek Perry's

21   Facebook account that I received through the search

22   warrant from Facebook.

23             MR. CRALLE:  Your Honor, we move to admit

24   these exhibits, please.

25             THE COURT:  Any objection?

```
 1              MR. NISKAR:  No objection.

 2              MR. BERGER:  None, Your Honor.

 3              THE COURT:  Very well.  They're admitted.

 4   BY MR. CRALLE, CONTINUING:

 5      Q.  Let's just start with Exhibit Facebook 1 from

 6   Roderek Perry, and this is Exhibit 11.  Let's start at

 7   the top again.

 8              What is the screen name for this account?

 9      A.  The screen name is BTC Ineva Felloff.

10      Q.  Is there an alternate screen name?

11      A.  Yes, it is Six-Owe Hkoodlum.

12      Q.  And were there any previous usernames?

13      A.  Yes.  StackBoy Dre and Rwk ReDerek.

14      Q.  Facebook user ID?

15      A.  Facebook user ID is 519673260.

16      Q.  And the date range for this return?

17      A.  Is January 1st, 2008 to November 19, 2013.

18      Q.  Turn to page 2, please.

19              And is there an email address associated with

20   this account?

21      A.  Yes, king.roe8@facebook.com and

22   roderekp1@gmail.com.

23      Q.  If we could turn to Exhibit 4.

24              What is depicted in Perry Facebook 4?

25      A.  This is Roderek Perry utilizing a gang sign.
```

1      Q.   Perry Facebook 6?

2      A.   This is also Roderek Perry wearing a blue bandana

3   around his neck, blue beads around his neck, wearing a

4   blue shirt and utilizing the two fingers and a thumb

5   gang sign.

6      Q.   Facebook 10?

7      A.   This is also Roderek Perry wearing a blue bandana

8   around his neck, blue beads around his neck and

9   utilizing the two fingers and a thumb neighborhood Crip

10  gang sign.

11     Q.   And finally Perry Facebook 18?

12     A.   This is also Roderek Perry utilizing the

13  six-zero, 60s gang sign, blue beads around his neck, a

14  light blue bandana across his shoulder, and he's also

15  wearing the Seattle Mariner's baseball cap.

16     Q.   So based on these photographs as well as the user

17  name and e-mail address, that led you to conclude this

18  was Roderek Perry's account?

19     A.   Yes.

20     Q.   I'm showing you are a series of pages marked

21  Woodley-Facebook.

22              THE COURT:   What is the number on that?

23              MR. CRALLE:   These are all sub-exhibits of

24  Exhibit 12, Your Honor.

25              THE COURT:   Okay.

1   BY MR. CRALLE, CONTINUING:

2      Q.   Have you reviewed those items?

3      A.   Yes, I have.

4      Q.   I believe there are four pages here.

5           What are these exhibits?

6      A.   These are pages taken from Carlos Woodley's

7   Facebook page that I received through the Facebook

8   search warrant.

9                MR. CRALLE:   And, Your Honor, at this time I

10  would move to admit Woodley Facebook 1, 2, 3 and 6.

11               THE COURT:   Any objection?

12               MR. NISKAR:   No objection.

13               MR. BERGER:   None, Your Honor.

14               THE COURT:   Very well.   They're admitted.

15  BY MR. CRALLE, CONTINUING:

16     Q.   Let's start with Facebook 6 of Exhibit 11.   And

17  if we could zoom in, please, on the screen name of this

18  account.

19          What's the screen name here?

20     A.   The screen name is Alamin Mista-Mac Woodley.

21     Q.   And the alternate name?

22     A.   The alternate name is Lil Mac Sixty-Nhc,

23  neighborhood Crip.

24     Q.   And at the bottom part of the screen, are those a

25  series of name changes?

1      A.   Yes.

2      Q.   And are any of those significant to you?

3      A.   Yes.  I mean a few of the names say Carlos

4   Woodley.

5      Q.   And what is the user ID for this Facebook

6   account?

7      A.   That would be 1280244256.

8      Q.   And if we could zoom out, please, and go to the

9   bottom of the page or actually go to the email addresses

10   on the bottom half.

11          What are the email addresses associated with this

12   account?

13      A.   Ccwoodley@facebook.com, cwoodley6@hotmail.com,

14   and cwoodley6@yahoo.com.

15      Q.   And then finally at the bottom is there a

16   reference to the current city and hometown?

17      A.   His current city says Southfield, Michigan and

18   his hometown says Mount Vernon, New York.

19      Q.   And have you been able to verify the information;

20   is this accurate?

21      A.   Yes, at the time of the investigation Woodley did

22   live in Southfield and was from Mount Vernon, New York.

23      Q.   If we can turn to Woodley Facebook 3.

24          What's depicted in this picture?

25      A.   This is a photograph of Carlos Woodley wearing

1   blue beads around his neck and wearing a Seattle

2   Mariner's baseball cap.

3       Q.   And Woodley Facebook 1?

4       A.   This is a photograph of Carlos Woodley wearing

5   blue beads around his neck.

6       Q.   And Woodley Facebook 2, please.

7       A.   This is Carlos Woodley wearing a blue bandana

8   draped over his shoulder.

9       Q.   If we could take those down.

10          There are a series of pages in front of you

11  marked Smith Facebook.

12          Could you review this, please.

13      A.   Yes, I did.

14      Q.   What do you recognize these items to be?  First

15  let me note, we're talking about these are Exhibit 13,

16  Smith Facebook 3, 5 and 17; is that right?

17      A.   Yes.

18      Q.   That's how they're marked?

19      A.   Yes.

20      Q.   Do you recognize these items?

21      A.   Yes.  They are pages from Charles Smith's

22  Facebook search warrant that I received through -- I

23  mean through the Facebook search warrant.

24              MR. CRALLE:  Your Honor, I move to admit

25  Government's Exhibit 13, Smith Facebook 3, 5 and 17.

1              THE COURT:  Any objection?

2              MR. NISKAR:  No objection.

3              MR. BERGER:  None, Your Honor.

4              THE COURT:  Very well.  It's admitted.

5    BY MR. CRALLE, CONTINUING:

6    Q.  Let's start with page 5 starting at the top.

7         What is the screen name for this account?

8    A.  Screen name is Curt Cobain.

9    Q.  And any previous usernames that are relevant?

10   A.  Yes.  I mean there's actually a name where it

11   actually says his name was Charles Anthony Smith.

12   Q.  Look further down.

13   A.  Yes, it actually says his name is Charles Anthony

14   Smith, and I thought that was significant since that is

15   his name.

16   Q.  At the top what is the user ID for this Facebook

17   account?

18   A.  User ID is 718430366.

19   Q.  And if you go to 5.2, what are the email

20   addresses associated with this account?

21   A.  C.smith6065@hotmail.cac.

22   Q.  Hotmail.ca is that significant in some way?  Let

23   me ask it a different way.

24        Typically is Hotmail associated with a .com?

25   A.  Yes, it is.

1    Q.   And does .ca relate to Canada?

2    A.   Yes, it is.

3    Q.   And where did you know Charles Smith to reside

4    during a portion of the investigation?

5    A.   Mostly in Canada.

6    Q.   And so did that also help inform your decision

7    that this was Charles Smith's Facebook account?

8    A.   Yes.

9    Q.   If we can turn to Facebook 3 of Charles Smith.

10       What is depicted in this picture?

11   A.   This is Charles Smith utilizing the two fingers

12   and a thumb neighborhood gang sign, wearing a blue

13   bandana over his face with what appears to be blue beads

14   and the words Rich R60LLin.

15   Q.   And if could turn to Smith Facebook 17.

16   A.   This is Charles Smith utilizing the two fingers

17   and a thumb neighborhood Crip gang sign, wearing a blue

18   shirt with blue beads around his neck.

19   Q.   If you can take that down.

20       Next if you could look at the items marked as

21   Johns' Facebook; look at them yourself.

22   A.   I see them.

23   Q.   Agent Nether, before you is sub-exhibits from

24   Exhibit 15.  These are marked as Johns Facebook 1,

25   Facebook 5, Facebook 7, Facebook 13, and Facebook 15.

1          Do you recognize these items?

2     A.   Yes, I do.

3     Q.   And what are these items?

4     A.   These are pages from Sadeisha Johns's Facebook

5     page that I received through a search warrant.

6          MR. CRALLE:  Your Honor, at this time we

7     would move to admit Government's Exhibit 15, Johns

8     Facebook 1, 5, 7, 13 and 15.

9          THE COURT:  Any objection?

10         MR. NISKAR:  No objection, Your Honor.

11         MR. BERGER:  No objection.

12         THE COURT:  All right, very well.  Exhibit

13    15 is admitted, Facebook 1, 5, 7, 13 and 15.

14         MR. CRALLE:  Thank you.

15    BY MR. CRALLE, CONTINUING:

16    Q.   If we could pull up Number 1, please, and

17    starting at the top, what is the screen name for this

18    account?

19    A.   Dee Dee Johns.

20    Q.   And before we scroll down, we could also do the

21    user ID.

22         What's the user ID at the very top?

23    A.   The user ID is 100001833855705.

24    Q.   And the date range for this return?

25    A.   Is January 1st, 2008 until November 19th, 2013.

 1    Q.  Now, if we could scroll down a little bit,

 2  please.

 3         Were there any names that you found significant

 4  here?

 5    A.  I knew that Dee Dee was a nickname for Sadeisha

 6  Johns.  There are several names that have SixOwe Rich

 7  rollin Mayhem in it, and I knew that Sadeisha Johns'

 8  Rollin 60s name was Mayhem.

 9    Q.  And if we could go to the email address, please.

10  Just the Facebook one if there's anything there that's

11  relevant to your investigation.

12    A.  Richrollinladyampkedupkhkead@facebook.com.  That

13  would be her Rollin 60s name.

14    Q.  If you could go to Johns Facebook 5, and zoom in

15  on the picture a little bit, please.

16          What's depicted in Facebook 5?

17    A.  This is a photograph of Sadeisha Johns utilizing

18  gang signs, wearing or holding blue bandanas and also

19  wearing blue beads around her neck with a bandana around

20  her head as well.

21    Q.  If we can go to Johns Facebook 7.

22    A.  This is a photograph of Sadeisha Johns with the

23  words Neighborhood Mayhem at the top and Rollin at the

24  bottom.  She's utilizing the two fingers and a thumb

25  neighborhood Crip gang sign and wearing blue beads

1   around her neck.

2       Q.  If we could go to John Facebook 13.

3       A.  This is Sadeisha Johns as well holding a blue

4   bandana, wearing a blue shirt.  It appears she has a

5   blue bandana also draped around her shoulder, a blue

6   bandana on her head, and she's wearing a Seattle

7   Mariner's baseball cap.

8       Q.  And finally Johns Facebook 15.

9       A.  This is a photograph of -- well, at the bottom

10  that would be Anthony Weaver wearing a Cincinnati Red's

11  baseball cap but it's blue color; he's holding a blue

12  bandana with blue beads around his neck.

13      Above him is Sadeisha Johns wearing it appears to

14  be two sets of blue beads with a bandana over her head,

15  and the top person is another identified Rollin 60s

16  Crips member wearing a Seattle Mariner's baseball cap

17  and utilizing a Crip gang sign.

18      Q.  And so these photographs as well as the other

19  information led you to conclude this was Sadeisha Johns'

20  Facebook account?

21      A.  Yes.

22      Q.  Thank you.

23      Next in the packet in front of you are a series

24  of pages marked Mills Facebook.  Could you review this,

25  please.

1      A.   I see them.

2      Q.   Agent Nether, in front of you are sub-exhibits of

3    Exhibit 16, the CD for Darriyon Mills.   These are marked

4    as Exhibits Facebook 1, 6, 12, 13 and 15.

5           Do you recognize these items?

6      A.   Yes, I do.

7      Q.   What are they?

8      A.   These are pages from Darriyon Mill's Facebook

9    page that I received through a search warrant.

10           MR. CRALLE:   Your Honor, at this time we

11    would move to admit Exhibits 1, 6, 12, 13 and 15 from

12    Darriyon Mills' Facebook account.

13           MR. NISKAR:   No objection.

14           MR. BERGER:   None.

15           THE COURT:   All right.   What's the exhibit

16    numbers?   They're admitted.

17           MR. CRALLE:   Starting with sub-exhibit 1.

18    BY MR. CRALLE, CONTINUING:

19      Q.   What is the screen name for this account?

20      A.   Fatal Rxchrollxn.

21      Q.   And the alternate name?

22      A.   It's Lxl Bkmaniac.

23      Q.   The previous user name?

24      A.   We have a Rxchollxn Fatal, also a Fatal Mills.

25      Q.   The email addresses?

1     A.   Fatal.rxchrollxn@facebook.com and

2     7_milesfinest.com.

3     Q.   What's the user ID for this account?

4     A.   The user ID is 1218430711.

5     Q.   And the date range for this return?

6     A.   January 1st, 2008 until November 19th, 2013.

7     Q.   Now if we were to turn to Mills Facebook 6,

8     please.

9          What is depicted in this picture?

10    A.   This is a picture of Darriyon Mills wearing blue

11    beads around his neck utilizing a Rollin 60s gang sign

12    and he has a blue bandana around his head with a knit

13    cap that says "Seven Mile."

14    Q.   And if you turn to Mills Facebook 12.

15    A.   This is a photograph of Darriyon Mills with a

16    blue bandana around his head, blue beads around his neck

17    and utilizing the two fingers and a thumb neighborhood

18    Crip gang sign.

19    Q.   Please turn to Mills Facebook 13.

20    A.   This is a photograph of Darriyon Mills with what

21    appears to possibly be blue beads around his neck

22    wearing a blue knit cap and he holds in his hand what

23    appears to be a suspected shotgun in his pants, in his

24    waistband.

25    Q.   Finally if we could turn to Mills Facebook 15.

1    A.  This is a photograph on the right that would be
2    Darriyon Mills holding up a blue bandana, also utilizing
3    a Rollin 60s Crip gang sign.  He's wearing a blue shirt.
4    He's the individual on the right.
5    Q.  And so based on all the photographs of Darriyon
6    Mills, as well as the reference to his last name and
7    screen name, as well as the name "Fatal", this led you
8    to conclude this was Darriyon Mills' Facebook account?
9    A.  That is correct.
10    Q.  In front of you are a series of exhibits called
11    Foster Facebook, if you can review those, please.
12    A.  I have reviewed them.
13    Q.  Agent Nether, these are a sub-exhibit of Exhibit
14    17, which is previously identified as Deaires Foster
15    Facebook account.  Specifically we have 1, 3, 4, 6 and
16    9.  Do you recognize these items?
17    A.  Yes, I do.  They are pages from Deaires Foster's
18    Facebook pages that I received after obtaining a search
19    warrant.
20                 MR. NISKAR:  They were 1,3?
21                 THE COURT:  1, 3, 4, 6 and 9.
22                 MR. NISKAR:  No objection.
23                 MR. BERGER:  No objection.
24                 THE COURT: Very well, they're admitted.
25    BY MR. CRALLE, CONTINUING:

1     Q.  If you can pull up Exhibit 1, please.  So looking

2   at Facebook 1, starting at the top, what is the screen

3   name

4     A.  True blue Foster.

5     Q.  Previous username?

6     A.  A lot of the previous names have Foster in it as

7   well as Trigger, which is Deaires Foster, Rollin 60s

8   Crips name.

9     Q.  And at the bottom, is there a reference to

10  SixOwe?

11    A.  Neighborhood trigger blue. You have hoodsta a/k/a

12  tiny Cane head who he was aligned to at that time.

13    Q.  If you scroll down to specifically the other one.

14    A.  Deaires_Foster@yahoo.com.

15    Q.  And at the very top, what is the user ID?

16    A.  1294103854.

17    Q.  And the date range for this return was what?

18    A.  January 1st, 2010 to April 3rd, 2014.

19    Q.  Just to be clear, that is the date range for this

20  particular return?

21    A.  Yes.

22    Q.  Ultimately a series of search warrants came in

23  through the arresting period; is that correct?

24    A.  That's correct.  So if the date is ending in

25  2014, because that is probably the time I did the search

1    warrants.  So there would be possibly subsequent search

2    warrants after that as I continued the investigation.

3        Q.  If we can turn to Foster Facebook 3.

4        A.  That is a photograph of Deaires Foster wearing a

5    blue bandana around his neck.

6        Q.  Turn to Foster Facebook 4?

7        A.  That is a photograph of Deaires Foster utilizing

8    the Crip gang sign.

9        Q.  Foster Facebook 6?

10       A.  That is a photograph of Deaires Foster with a

11   blue bandana around his face and utilizing the two

12   fingers and the thumb neighborhood Crip gang sign.

13       Q.  And Foster Facebook 9?

14       A.  This is a photograph of Deaires Foster wearing a

15   blue bandana draped over this shoulder and utilizing

16   what appears to be a Rollin 60s Crips gang sign.

17       Q.  And again, based on the references to the name

18   that you would identify associated with Deaires Foster

19   as well as his email saying Deaires Foster, those were

20   some of the reasons that led you to conclude this was

21   his Facebook account?

22       A.  That's correct.

23       Q.  Next there are a series of items in the packet

24   marked Weaver Facebook.  Could you please review those.

25       A.  I have.

1    Q.   Agent Nether, in front of you are a sub-exhibit

2  of Exhibit 18, Weaver Facebook 1, 19, 21, and 22.  Do

3  you recognize these items?

4    A.   Yes, I do.  These are pages from Anthony Weaver's

5  Facebook page that I received obtaining the search

6  warrants.

7         MR. CRALLE:  Your Honor, we move for

8  admission at this time.

9         MR. NISKAR:  No objection.

10         MR. BERGER:  No objection.

11         THE COURT:  They're admitted.

12  BY MR. CRALLE, CONTINUING:

13    Q.   Pull up Weaver Exhibit 1.  What is on the screen?

14    A.   Fly Criping Cig Homey Cane.

15    Q.   And what are some of the previous names?

16    A.   Hoodsta, Big Homey, Cane and Tony Weaver.  Tony

17  could be short for Anthony.

18    Q.   And registered email addresses; specifically the

19  Yahoo?

20    A.   Cane60@yahoo.com.

21    Q.   And what about the Facebook one?

22    A.   That would be bigcanehead@Facebook.com.

23    Q.   What is the user ID for this account.

24    A.   That would be 100002214725722.

25    Q.   And again, at the time of this particular return,

1   what was the date range?

2      A.   January 1st, 2008 to August 9th, 2013.

3      Q.   If you can turn to Weaver Facebook 19, please.

4      A.   It is a photograph of Anthony Weaver utilizing a

5   gang sign with a blue bandana around his neck and blue

6   beads around his neck as well.

7      Q.   Weaver Facebook 20?

8      A.   This is Anthony Weaver utilizing gang signs with

9   blue beads around his neck.

10     Q.   Weaver Facebook 21?

11     A.   This is Anthony Weaver with blue beads around his

12  neck using the "C" for the Crip gang sign.

13     Q.   And Weaver Facebook 22?

14     A.   This is Anthony Weaver wearing a free tearz

15  T-shirt.   Tearz is a Rollin 60s Crips member as well.

16  And he is also utilizing the two fingers and a thumb

17  neighborhood gang sign, and he is standing in front of a

18  building..

19     Q.   And again, these are all the photographs that

20  reference Tony Weaver and the reference to the Big Homey

21  Cane and things of that nature is that what led you to

22  conclude this was Weaver's Facebook account?

23     A.   Yes, it is.

24           MR. CRALLE:   Your Honor, if I could have a

25  moment, please.

1                    THE COURT:  You may.

2                    Let's let the Jury step down.  Remember that

3       you're not permitted to talk about the case among

4       yourselves or with anyone else until the time you're in

5       the jury room.  And that you're not permitted to use the

6       notes that you have until the end of the case.  So keep

7       them to yourself, and you may step down, all right.

8                    Let's take about 10 minutes.

9                    (Whereupon the Jury was excused at 10:09

10      a.m.)

11                        *  *  *  *  *  *  *  *

12                   (Whereupon the Court was back in session at

13      11:25 a.m.)

14                   (Whereupon the Jury was brought into the

15      courtroom.)

16                   THE COURT:  Are you satisfied the Jury is

17      present and properly seated?

18                   MR. CRALLE:  Yes, Your Honor.

19                   MR. NISKAR:  Yes, Your Honor.

20                   MR. BERGER:  Yes, Your Honor.

21                   THE COURT:  You're still under oath, agent

22      Nether.

23                   THE WITNESS:  Yes, I understand.

24                   THE COURT:  You may continue.

25      BY MR. CRALLE, CONTINUING:

1    Q.   Agent Nether, we talked about a series of search

2   warrants that you did and one person that I neglected to

3   ask you about was Jerome Hamilton.  Did you do a search

4   warrant on Jerome Hamilton's Facebook accounts?

5    A.   Yes, I did.

6    Q.   Did he have multiple Facebook accounts?

7    A.   Yes, he did.

8    Q.   Agent Nether, you just have been handed what's

9   been marked as Government's exhibit 62.  Do you

10   recognize these items?

11    A.   Yes, I do.

12    Q.   And what are they?

13    A.   These are both of the search warrants, the actual

14   evidence that I downloaded from Facebook after I

15   received search warrants for two of Jerome Hamilton's

16   Facebook accounts.

17              MR. CRALLE:  Your Honor, at this time we

18   would move to admit Government's Exhibit 62

19   provisionally and then we'll introduce the sub-exhibits

20   as we're done with the other people.

21              THE COURT:  So this is Exhibit 62?

22              MR. CRALLE:  It is.  And I will have an

23   updated exhibit list for you as well.

24              MR. NISKAR:  No objection.

25              MR. BERGER:  No objection.

1           THE COURT:  Thank you.  It's admitted.

2   BY MR. CRALLE, CONTINUING:

3     Q.  Turning specifically to in your packet, there are

4   three items marked Hamilton Facebook 1, 2 and 3.  If you

5   can look through those items, please.

6           THE COURT:  Are those part of 62?

7           MR. CRALLE:  They would be, Your Honor.

8           THE WITNESS:  I see them?

9   BY MR. CRALLE, CONTINUING:

10    Q.  Agent Nether, do you recognize these items?

11    A.  Yes, I do.  They are pages taken from Jerome

12  Hamilton's Facebook page that I received after doing a

13  search warrant.

14          MR. CRALLE:  Your Honor, at this time we

15  would move to admit sub-exhibits 62.  There would be

16  Hamilton's Exhibits 1, 2 and 3?

17          THE COURT:  Any objection?

18          MR. NISKAR:  None, Your Honor.

19          MR. BERGER:  None, Your Honor.

20          THE COURT:  Very well, they're admitted

21  also.

22  BY MR. CRALLE, CONTINUING:

23    Q.  If you can pull up Hamilton Facebook 1, please.

24  What is the user name or the screen name for this

25  account, please?

1     A.  It is Mane Davis.

2     Q.  And the prior names?

3     A.  You have Mane, Staccz attack and Javon Davis.

4     Q.  And the registered email addresses?

5     A.  You have manedavis@facebook.com and you have

6  maniacmaniac@yahoo.com.

7     Q.  What is the user ID associated with this account?

8     A.  It is 100000848662762.

9     Q.  And if we could go to the bottom of the page.

10  What is the current city and hometown associated with

11  this account?

12     A.  Current city says Twin Cities and the hometown

13  says Detroit, Michigan.

14     Q.  Is this one of the Facebook accounts used by

15  Jerome Hamilton?

16     A.  Yes, it is.

17     Q.  If we can turn to Hamilton Facebook 2.

18     A.  Yes, it's a photograph of Jerome Hamilton

19  utilizing the two fingers and a thumb neighborhood Crips

20  sign while wearing a blue bandana around his neck.

21     Q.  And if we can go to Hamilton Facebook 3, starting

22  at the top, what is the Facebook screen name associated

23  with this account?

24     A.  Uskcoceostaccz.

25     Q.  And what is the user ID for this account?

1      A.   The user ID is 10005479680438.

2      Q.   And let's go down to the bottom.  Cities?

3      A.   Current city and hometown are both listed as

4   Detroit, Michigan.

5      Q.   And was this account also associated with Jerome

6   Hamilton?

7      A.   Yes, it was.

8      Q.   In addition to all of the accounts that we have

9   reviewed this morning, did you also do search warrants

10   for Jonathan Barber?

11      A.   Yes.

12      Q.   Did he go by the name Looni?

13      A.   Yes, he does.

14      Q.   And is his Facebook account Seven Mile Looni?

15      A.   Yes, it was.

16      Q.   And did you also do a search warrant for Timothy

17   Price?

18      A.   Yes, I did.

19      Q.   Did he go by the name Tizzy?

20      A.   Yes, he does.

21      Q.   Did you also do a warrant for Tre Tigner?

22      A.   Yes, I did.

23      Q.   And does he go by the name Cheez?

24      A.   Yes, he does.

25      Q.   In front of you is a summary of everything we

1   talked about; do you see that?

2       A.   Yes, I do.

3       Q.   It's been marked as Government's Exhibit 59.   Do

4   you recognize this item?

5       A.   Yes.

6       Q.   What is it?

7       A.   It is a spreadsheet that lists all of the or some

8   of the names associated with the members of the Rollin

9   60s Crips, their gang name, their Facebook screen name

10  and their Facebook user ID.

11               THE COURT:  I'm sorry, 59?

12               MR. CRALLE:  Yes, Your Honor.

13  BY MR. CRALLE, CONTINUING:

14      Q.   Did you go through and verify that all the

15  information in this is correct?

16      A.   Yes, I did.

17      Q.   So this is a summary of not everything we talked

18  about but certainly most of it and then a few additional

19  people?

20      A.   That's correct.

21      Q.   And these are some of the core people that you

22  reviewed search warrants for?

23      A.   That is correct.

24      Q.   Basically a cheat sheet?

25      A.   Yes.

1        MR. CRALLE:  Your Honor, we move to admit

2   Government's Exhibit 59.

3        MR. NISKAR:  No objection.

4        MR. BERGER:  No objection.

5        THE COURT:  Very well, 59 is admitted.

6   BY MR. CRALLE, CONTINUING:

7    Q.  Now agent Nether, based on your investigation as

8   well as your time undercover, both undercover using

9   Facebook as well as undercover physically, did you learn

10  of certain ways that people identified themselves as

11  members of the Rollin 60s Crips?

12   A.  Yes.

13   Q.  And what are some examples?

14   A.  They would identify themselves through the gang

15  signs, through the clothing.  Some of the members would

16  identify themselves through the way they write, the way

17  they speak.

18        Those would be the different ways they would

19  identify themselves.

20   Q.  So clothing, writing or language, signs, tattoos?

21   A.  Yes, tattoos definitely.

22   Q.  Sports teams?

23   A.  Sports teams.

24   Q.  And sort of referenced this throughout but did

25  you identify distinctive vernacular, and by that I mean,

1    distinctive words, phrases spellings that were commonly

2    used by the Rollin 60s Crips?

3         A.   Yes.   Instead of saying call me back, you could

4    say call me cack.   Instead of saying everybody, they

5    would say everycady.

6              So a lot of the time try to replace the Bs with

7    Cs which would be the same thing that other gang members

8    would do.   If it was Bloods, they would use Bs instead

9    of Cs.

10        Q.   What is an example of that?

11        A.   Like Crips could say chocolate chip cookies, but

12   Bloods would say bhocolate bip bookies.

13        Q.   In front of you is an item that has been marked

14   Johns Facebook 26.

15             THE COURT:   It is what number?

16             MR. CRALLE:   This would be Government's

17   Exhibit 15, Your Honor.

18   BY MR. CRALLE, CONTINUING:

19        Q.   Do you recognize this item?

20        A.   Yes.

21        Q.   And what is this item?

22        A.   This is -- what is the number again?

23        Q.   26, Johns Facebook 26.

24        A.   That is a page from Sadeisha John's Facebook page

25   that I received subsequent a search warrant.

1            MR. CRALLE:  Your Honor, at this time we

2    would move to admit Government's exhibit 26.

3            THE COURT:  Any objection?

4            MR. CRALLE:  Actually, before we admit this,

5    Your Honor.

6    BY MR. CRALLE, CONTINUING:

7       Q.  Looking at Government's exhibit 26, and without

8    talking about the substance of the message, can you

9    describe first what this is.  Just a highlight.  What is

10   Johns Facebook 26?

11      You're looking for it?

12      A.  Yes.

13           MR. CRALLE:  May I approach, Your Honor?

14           THE COURT:  Yes.

15           THE WITNESS:  It is something from her

16   Facebook page where she is speaking with another member

17   of the gang, Carl Wright, who is from Baltimore,

18   Maryland area and --

19   BY MR. CRALLE, CONTINUING:

20      Q.  Stop right there.

21           So this is a conversation between Johns and

22   another Rollin 60s Crips member?

23      A.  Yes, that is correct.

24           MR. CRALLE:  At this time we would move to

25   admit Johns's Facebook 26.

```
 1               MR. NISKAR:  No objection.

 2               MR. BERGER:  No, Your Honor.

 3               THE COURT:  Very well, it's admitted.

 4  BY MR. CRALLE, CONTINUING:

 5     Q.  If we can pull this up, please.

 6               THE COURT:  It's one page; is that right?

 7               MR. CRALLE:  I believe it is two, Your

 8  Honor.

 9               THE COURT:  I only have Facebook one.

10               MR. CRALLE:  I'll hand you the second page,

11  Your Honor.

12               THE COURT:  Thank you.

13  BY MR. CRALLE, CONTINUING:

14     Q.  Agent Nether, you were describing, first let's

15  start at the top.  You said this was a message between

16  Sadeisha Johns and who?

17     A.  Carl Wright.

18     Q.  And he is who again?

19     A.  He is one of the leaders from the Rollin 60s

20  Crips through the Baltimore, Maryland set of Rollin 60s

21  Crips.  He doesn't actually live in Baltimore, but he is

22  one of the leaders of the Baltimore, Maryland set of the

23  Rollin 60s Crips.

24     Q.  If you can read this message, please.

25     A.  This is Carl Wright sending a message to Sadeisha
```

1    Johns on her Facebook page, and it is a message

2    containing basically a code of how, you know, the

3    letters, what you're supposed to do with the letters and

4    what letters equal.  So instead of B, it would equal

5    "BK" or a 6.  Like that would be the way you would

6    utilize the letters to write out words.

7        Q.  Continue please?

8        A.  So there is also an F equals FK; G equals GK; H

9    equals HK; L equals X; P equals PK; S equals small s or

10   dollar sign.

11       Q.  And the text below that, what does that say?

12       A.  It says, any words that use a CK is CC like fucc,

13   checc or locc equals locc spelled L O C C.

14       Q.  And turning to page 2.  Zooming in on this.  Can

15   you read the rest of this message?

16       A.  Any words like link is spelled L I N C because NK

17   is neighborhood killas.  O K equals HK because 0 K is

18   owe killas.  Locc is not spelled L O capital C C, it's

19   just one C in it.  Men are called hoods or hoodsta.

20   Females are called hoodsta or headettes.  Our colors are

21   mainly royal play.  And it says, welcome to the NHC,

22   neighborhood crips.  Hats we wear are the S dome NY,

23   Orioles or North Carolina.  We're in the head line up.

24   Our Cig homey does not play.  All discipline that needs

25   to happen will be swift and hard.  Welcome to the

1   brinehurst and 10th ave hka dime block.  Our main Cig

2   homey is Cig N head.  My Cig homey is Cig Wacco head and

3   I'm baby wacco head hka Cig smoke head.

4       Q.  So this is effectively a cheat sheet on how to

5   understand Crip language?

6       A.  Yes, it is the Baltimore, Maryland Rollin 60s

7   teaching someone in Detroit how they're supposed to

8   speak, write and what to wear in order to be a Rollin

9   60s Crips.

10      Q.  And did you review members -- I'm sorry, let me

11  rephrase that.

12          Did you review pages of William Steele's Facebook

13  account for this type of language?

14      A.  Yes.

15      Q.  So let's start one-by-one within Government's 10

16  Exhibit 10, we're looking at what's been marked as

17  Steele Facebook 6.  Please review that to yourself and

18  tell me if you recognize this.

19              THE COURT:  This is from Government exhibit?

20              MR. CRALLE:  Ten.

21  BY MR. CRALLE, CONTINUING:

22      Q.  Do you recognize this item?

23      A.  Yes, I do.

24      Q.  With out reading the contents of it, please tell

25  me what this is.

1      A.   This is a page from William Steele's Facebook

2    page where he is having a conversation with someone

3    else.

4      Q.   So comments from his page?

5      A.   Yes.

6            MR. CRALLE:   Your Honor, at this time we

7    would move to admit Government's exhibit Steele Facebook

8    6 which is part of overall Government's Exhibit 10.

9            THE COURT:   Any objection?

10            MR. NISKAR:   No objection.

11            MR. BERGER:   None, Your Honor.

12            THE COURT:   It is admitted.

13   BY MR. CRALLE, CONTINUING:

14      Q.   If we can focus on the screen and start at the

15    top.  If you can read this, please?

16      A.   So this is William Steele writing a text that

17    says, and I'm a rich rollin grizzly we takin all the bee

18    hide honey.  You should up set the litte box because you

19    niccas pussy.

20      Q.   I want to make sure I understand.  He's saying

21    bee hive honey or bee hive money?

22      A.   Bee hive honey.

23      Q.   I misunderstood, I'm sorry.

24            Now you said this several times but I want to

25    make sure this is clear.  It says, user, Shotti got its

1    handz down?

2        A.   Correct.

3        Q.   Is that essentially the last user name he was

4    using at the time of the search warrant?

5        A.   Yes, it is.

6        Q.   And that number besides it, the one ending in

7    250, that is the use ID that you stays constant?

8        A.   Correct.

9        Q.   So when we're looking at it, we can always track

10   it based on that?

11       A.   Correct.

12       Q.   And the date and time of this post is when?

13       A.   April 20th, 2013.

14       Q.   And if we can move to the bottom of this page,

15   please.  Can you read this post?

16       A.    It is William Steele's on the account ending in

17   0250 stating, the crazy thing is my computer is even a

18   Crip.  I clicked on that shit without even lookin and my

19   CPU said hell naw dis shit aint crackin up and it

20   malfuntioned.  Rmao.  Even slobs get shit on the

21   computer get hoed, lol.

22            And this is April 20, 2013.

23       Q.   Agent Nether, is slob, is that a derogatory term

24   for a rival gang?

25       A.   It's a derogatory term for a Bloods gang member.

1     Q.   Next if we can turn to page -- this is

2     Government's Exhibit 10, Steele Facebook 8.  Do you

3     recognize this item?

4     A.   Yes.

5     Q.   Without reading the contents, what is it?

6     A.   This is a status update by William Steele on his

7     Facebook page.

8     Q.   And without reading the comments, there are a

9     number of people that respond to this status post; is

10    that right?

11    A.   That is correct.

12    Q.   Specifically looking through this list, are those

13    all members of the Rollin 60s Crips?

14    A.   Yes.

15              MR. CRALLE:  Your Honor, we move to

16    admit Steele Facebook 8 from Exhibit 10.

17              THE COURT:  Any objection?

18              MR. NISKAR:  No objection.

19              MR. BERGER:  No, Your Honor.

20              THE COURT:  Very well, 8 is admitted.

21    BY MR. CRALLE, CONTINUING:

22    Q.   If we can pull this up, please.

23              Starting at the top, could you read the

24    status post.

25    A.   It says, this is January 31st, 2013, it says,

1    20-20 rollin 60s Crips mmr roll call.

2       Q.   Ands does anyone respond to the roll call?

3       A.   Yes.  Carlos Woodley utilizing the Facebook with

4    the last four of 4256.  The screen name says Alamin Mr.

5    Mac Woodley.  He responds, Cig Thunder.

6            And then William Steele responds utilizing 0250,

7    where is the rest of the homees I sed roll call.

8            And then Woodley responds lol Cane at my crib.

9    Cane is Anthony Weaver.

10           Then William Steele responds, lol.  And then

11   responds, snoo else with you.

12           And Woodley says he is by himself.  Woodley then

13   responds, I'm with myself.  On my way there.

14           Sadeisha Johns says, Cig lady mayhem bitches

15   NayNays.

16      Q.   Next if you can turn to what has been marked as

17   Government's Exhibit Facebook 8.5.  And tell me, without

18   reading the contents of anything, do you recognize it?

19      A.   Yes, this is a Facebook page of William Steele.

20      Q.   And there are at least one of the comments a

21   number of responses.  Did you identify the person

22   responding there as being either a member or associate

23   of Rollin 60s Crips here in Detroit?

24      A.   It is, she is a member of the Rollin 60s Crips,

25   or was.

1          MR. CRALLE:  Your Honor, at this time we

2    would move to admit Steele 8.5 out of Government's

3    Exhibit 10.

4          THE COURT:  Any objection?

5          MR. NISKAR:  No objection.

6          MR. BERGER:  None, Your Honor.

7          THE COURT:  Very well, 8.5 is admitted of

8    Exhibit 10.

9    BY MR. CRALLE, CONTINUING:

10   Q.  If we can pull this up starting at the top.

11        Now agent Nether, before you read -- is this one

12   status post or a series of posts?

13   A.  It says series of posts.

14   Q.  And when we're looking at the screen here, we're

15   looking at status post, did you go in reverse

16   chronological order; in other words, the top is the most

17   recent than the oldest?

18   A.  Correct.

19   Q.  But I'm going to ask you to start of the top,

20   please, and just read down.  Can you read the first

21   status post.

22   A.  February 11, 2010, the status says, tracc goin

23   crazy this shit bump.

24        Then on February 10th, 2010, it says, money on my

25   mind like all the time and I love that, get it.  First

1    name last name.

2         And then February 8th, 2010, it says, baby girl

3    done let a nicca see the phone that's whats up my baby.

4    That's love trip rrr feel shit I want her really want

5    her I think I want here.  And then waaa like a kiss.

6    Q.  Let's scroll down to the comments.

7    A.  And then Steele makes a comment saying crip gang

8    blue devil maniac c 60.  And then another identified

9    Rollin 60s member at the time with the screen name alese

10   thingschangelovepalmer, the last four of the ID is 9786.

11   He says, all day crip cause c 318.

12        And then William Steele responds, it says, fasho

13   cu stand c 10.

14        And then Palmer responds, fasho cu stand c 10.

15   And then Alese Palmer responds, always wouldn't be any

16   other way.

17        And then Steele states, all day.

18        And then Alese Palmer states, yep yep yep.

19   Q.  The next status post?

20   A.  That is February 7th, 2010.  It says, I'm in

21   Lansing with my best friend, fittin to go back to the

22   hood.

23        And then February 3rd, 2010, it states, lately I

24   have been thinking about my ex luv LJ would come from

25   two different sides and I know we went through it all.

1    Why was it so hard to build but so easy to break apart

2    and I admit it.  I never had a love like that and

3    probably never will again.  I just wish she would have

4    heard me out before jumping to conclusions yours truly

5    Shotti.

6        Q.  And the next one.

7        A.  February 3rd, 2010, states got it all day nicca

8    at -- I'm not sure what that first words says.  It says

9    K U S X -- but keep it on the lo.  And then S H H H.

10            And then November 20th, 2009, says, stay on my

11   grizzy get at me.

12       Q.  And next if you could turn to what has been

13   marked as Government's Exhibits 9 and 9.2. Do you

14   recognize these two pages?

15            THE COURT:  Are these Facebook pages 9 and

16   9.2 of Exhibit 10?

17            MR. CRALLE:  That is correct, Your Honor.

18   They going together.

19            THE WITNESS: These are Facebook pages again

20   from William Steele's account.

21   BY MR. CRALLE, CONTINUING:

22       Q.  And specifically, there are a couple of people

23   that respond to this status update; is that right?

24       A.  That's correct.

25       Q.  And in this instance, are these people identified

1    members of the Rollin 60s Crips?

2       A.   No.

3            MR. CRALLE:  Your Honor, at this time we

4    would move to admit Government's Exhibits 9 and 9.2.

5    And I would note that this is not under the

6    co-conspirator exception, this would be in effect on

7    the speaker.  This is a rival, which would be what we

8    believe is a rival gang member and the effect of how

9    this is prompting Mr. Steele to respond.

10           THE COURT:  Mr. Niskar, do you want to be

11   heard on this?

12           MR. NISKAR:  No, thank you.  I don't think

13   it is my objection.

14           THE COURT:  Mr. Berger?

15           MR. BERGER:  No objection to the actual

16   document.

17           THE COURT:  9 and 9.2.

18           Very well, it's admitted.

19   BY MR. CRALLE, CONTINUING:

20      Q.   At the top, let's start with the status from

21   2009.

22      A.   On August 14th, 2009, the status states rich

23   rollin homey enough said.

24      Q.   Let's go down a little further, please.  Let's

25   start with the status update.

1    A.   That's August 6th, 2009. It states, pissed off

2   about some shit with my girl which I feel the whole

3   situation some bs.

4    Q.   And?

5    A.   And then there is a response from Karen Banks

6   with the last four of her ID is 4672 that states, what?

7         And then Marquis Elliott with the last four of

8   3387 writes, lolll.

9         And then --

10   Q.   Is that a common phrase or short for laugh out

11  loud?

12   A.   Yes.

13        And then William Steele responds, I guess you

14  can't read it.  And then he also says, cryptic code.

15        And then Marquis Elliott responds, you avoid

16  using blood.

17        And then William Steele asks, is that a question?

18        And then Marquis Elliott states, naw I'm saying I

19  know.

20        And Steele states, what all you know about this

21  Crip and Blood shit homey do you gang or do you bang.

22   Q.   Is bank a common phrase used for gang?

23   A.   For gang banging.

24   Q.   And without defining what that means, that is

25  just a term used by gang members?

1      A.   Yes, it is.

2      Q.   And if we can go to 9.2 and continuing the

3   conversation, please.

4      A.   So the -- I believe it was Elliott is his last

5   name, on the screen name, states, that's all I hang

6   around so I know.

7          And William Steele states, what type of Bloods

8   you hang around homey. A lot of these niccas false

9   claiming. You shouldn't feed into false lit.

10          And then Elliott states, I hang around BHB vice

11   lord and SCB and believe me I hate the false claiming

12   shit too.  That's why some niccas need they ass beat

13   because they ain't real.

14          William Steele states, 7654 BHB them my homies. E

15   I fucc with BL too, SBB in a real blood gang because

16   this shit ain't start in the B but I fucc with the

17   niccas too because they get it in.

18          Elliott states, hell yea but you cool with me my

19   nicca.

20      Q.   And then he used 7654, that's the alliance

21   between the Rollin 60s and the Bounty Hunter Bloods here

22   in Detroit?

23      A.   Yes.  As well as Black Mafia family.

24      Q.   Finally, if we can go to the status update at the

25   bottom?

1     A.   August 3rd, 2009, which states, the narcos always

2   on our dicks stop succcin.

3          And then a response from Free Rollin states, the

4   narcos always on our dicks stop succcin.

5          Then Steele says, fucc em with no orgasm.

6     Q.   So to be clear, are these all the examples of

7   instances using this sort of language within

8   Mr. Steele's Facebook account or just a representative

9   sample?

10    A.   This is just a representative sample.

11    Q.   In addition to looking for instance of Mr. Steele

12  using the language of the Crips, would you also look for

13  group posts with other suspected Rollin 60s?

14    A.   Yes, I did.

15    Q.   And by group post I mean specifically pictures

16  of Mr. Steele with other identified Rollin 60s  members?

17    A.   Yes, I did.

18    Q.   If you could, just to make this shorter, there

19  are two pages in front of you from Government's Exhibit

20  10.  These are Steele Facebook 18 and 19.  If you could

21  look through those.

22    A.   I see them.

23    Q.   Do you recognize Steele Facebook 18 and 19 from

24  Government's Exhibit 10?

25    A.   Yes, I do.

1     Q.   What are the items?   Without describing the

2     contents, just generally what is it?

3     A.   Photographs of William Steele and other Rollin

4     60s members.

5     Q.   From where is this?

6     A.   These are pictures on his Facebook page.

7          MR. CRALLE:   Your Honor, at this time we

8     would move to admit Steele Facebook 18 and 19 from

9     Government's Exhibit 10.

10         MR. NISKAR:   No objection.

11         MR. BERGER:   None, Your Honor.

12         THE COURT:  All right, they're admitted, 18

13    and 19 from Exhibit 10.

14    BY MR. CRALLE, CONTINUING:

15    Q.   Let's start with Exhibit 18, please, sub-exhibit

16    18.  What is depicted in this picture?

17    A.   This is a photograph of Rollin 60s members.

18    Starting from left to right is Anthony Weaver wearing a

19    blue bandana around his neck with blue beads utilizing a

20    gang sign.  Actually, that is the maniac gang sign for

21    the Rollin 60s Crips.  And then you have Darriyon Mills

22    holding what appears to be a shotgun.  And you have

23    William Steele utilizing a gang sign.  Darriyon Mills

24    also appears to be holding several bandanas.

25    Q.   If you can turn to Steele Facebook 19, please.

Case 2:16-cr-20062-DPH-RSW   ECF No. 467, PageID.3096   Filed 07/24/17   Page 114 of 215

114

1    And what is depicted here?

2       A.   That is a photograph of -- I've seen the

3    photograph.  It is on the left -- it is hard to see, but

4    I believe that is the one with the person with the

5    screen name Alese Palmer in the lower left-hand corner.

6    And then the top photograph is Anthony Weaver with a

7    blue bandana around his neck utilizing the neighborhood

8    two fingers and a thumb Crip sign as well as the C for

9    Crips.  And that is William Steele in the middle

10   utilizing the Rollin 60s Crips gang sign.

11      Q.   And in addition to photos in which William Steele

12   posed with other Rollin 60s Crips, and to be clear, is

13   this the exclusive, are these the only two pictures

14   that you found?

15      A.   No, this is just a small sample.

16      Q.   In addition to this sample of pictures where

17   William Steele is posing with other members of the

18   Rollin 60s, did you also look for instances where he was

19   tagged with items affiliated with the Rollin 60s?

20      A.   Yes, I did.

21      Q.   First let's start with what has been marked as

22   Steele Facebook 7 from Exhibit 10.

23      A.   Yes, I see it.

24      Q.   What is this item?  What is this Exhibit?

25      A.   This is a bandana with a Seattle Mariner's logo.

1    Q.  First, what is the exhibit?

2    A.   It's a photograph from William Steele's Facebook

3  account.

4              THE COURT:  This is 27, right?

5              MR. CRALLE:  That is correct, Your Honor.

6              At this time, Your Honor, we move to admit

7  Government's Exhibit 27 or Government's Exhibit 10,

8  Facebook 27.

9              THE COURT:  Any objection?

10             MR. NISKAR:  No objection?

11             MR. BERGER:  None, Your Honor.

12             THE COURT:  It is admitted.

13  BY MR. CRALLE, CONTINUING:

14    Q.  Now agent Nether, you were describing what is

15  depicted in this picture.  If we can zoom in on the

16  picture and the title, please.

17    A.  This is a photograph of a bandana with a Seattle

18  Mariner's insignia. Within the bandana, and it appears

19  it is the colors that the Seattle Mariners use, which is

20  kind or aqua bluish color.

21    Q.  And the Seattle Mariners is significant why?

22    A.  Because the Seattle Mariners is one of the --

23  it's actually the major sports team a lot of the Rollin

24  60s affiliate with but because S which stands for 60s.

25    Q.  And the title of this post is what?

1    A.   New flag custom made by at city tease at hashtag

2    neighborhood.   Hashtag rollin, hashtag king fatal,

3    hashtag mr. Smoke city at monty 60 at wi fi the new

4    commer at cane six owe.

5    Q.   So this is a supposed to apply to a bandana that

6    people can purchase or appears to be?

7    A.   Yes, appears to be.

8    Q.   And did you look at people tagged to this

9    particular item?

10   A.   Yes, I did.

11   Q.   And again, tagging means what?

12   A.   It means somebody posted a photograph and then

13   affiliated it or tagged other people so those other

14   people would know it would be a photograph of interest

15   to them.

16   Q.   So when a person logs in, they will see this on

17   their account?

18   A.   They will see it.   There will be some type of

19   notification that they have something they need to view.

20   Q.   If we could turn to the next page, please.   This

21   is the same exhibit, next page.   Looking at marked here,

22   the unredacted portions.   So what is depicted on this

23   screen without reading it.   First let's just explain it.

24   A.   It's individuals that would have been tagged in

25   that photograph.

1    Q.   So people would have been tagged by whoever

2    posted it?

3    A.   Correct.

4    Q.   And which users were tagged?

5    A.   Well, where it says subject name.  That is

6    actually the screen name. So Trigger Trueblue Foster

7    would be Deaires Foster.  Baby blue head bka big loc

8    head.  That would be Dennis Maxwell, Rollin 60s Crips

9    member as well.  And Curt Cobain would be Anthony Smith

10   who is also Rollin 60s.

11   Q.   Anthony Smith or --

12   A.   Or Charles Smith.

13   Q.   So these were all three people who were members

14   of the Rollin 60s?

15   A.   Correct.

16   Q.   Tagged with this particular post?

17   A.   Correct.

18   Q.   If we could go to Steele Facebook 27.3, the third

19   page of this sub-exhibit.  Who is tagged at the very

20   top?

21   A.   The subject name says Xaolin Inc master Coleman.

22   Q.   Again a member of the Rollin 60s?

23   A.   Which is Jermel Coleman.

24   Q.   And if we can go to the bottom, please.

25   A.   Also tagged is Mane Davis, which is Jerome

1   Hamilton, which is a member of the Rollin 60s.  And

2   Shotti got itsz hand down, which is William Steele.

3      Q.   And is there is one more there?

4      A.   Alamin Mr. Mac Woodley, which is Carlos Woodley,

5   member of the Rollin 60s.

6      Q.   So a number people tagged with that particular

7   photo?

8      A.   Correct.

9      Q.   Next if you could look at what has been marked as

10  Government's Exhibit 29 and just review it without

11  discussing it.

12     A.   Yes, I see it.

13               MR. CRALLE:  Your Honor, may I approach?

14               THE COURT: I have a copy.

15               MR. CRALLE:  There is actually a second

16  page.

17               THE COURT:  To 29?

18               MR. CRALLE: There is, so you don't have to

19  go through your book and find it.

20  BY MR. CRALLE, CONTINUING:

21     Q.   So agent Nether, you were reviewing what has been

22  marked as Steele Facebook 29 and 29.2.  These are two

23  pages from Government's Exhibit 10.  Do you recognize

24  this item?

25     A.   Yes, it's a photograph that is uploaded to the

1  page of William Steele.

2      Q.  So it is -- and below it are a series of people

3  doing what?  Or what is the bottom page of 1 and all of

4  page 2?

5      A.  I don't have page 2.

6      Q.  I'm sorry.

7      A.  But on page 1 it starts with people that are

8  tagged.

9              MR. CRALLE:  Your Honor, may I approach?

10             THE COURT: Yes, you may.

11             You gentlemen have seen 29 and 29.2?

12             MR. NISKAR:  Yes, Your Honor.

13             MR. BERGER:  Yes, Your Honor.

14             THE COURT:  Okay.

15             THE WITNESS: 29-2, the second page would

16 just continue with more people that are tagged in that

17 photograph.

18             MR. CRALLE:  Your Honor, we move to admit

19 Government's Exhibit 10, Facebook 29 and 29.2.

20             THE COURT: Any objection?

21             MR. NISKAR:  No objection.

22             MR. BERGER:  None.

23             THE COURT:  It is admitted.

24 BY MR. CRALLE, CONTINUING:

25     Q.  Let's pull this post up, please.  Starting at the

1   top, what is this?

2       A.   This is a photograph of a T-shirt that appears to

3   be available for purchase.   The front of the T-shirt

4   says, two fingers and a thumb til our bodies go numb.

5   And then the back appears to be say rollin.

6       Q.   And if we can scroll down and look at the title

7   and date, please?

8       A.   The title is, coming next month limited edition

9   60s teasz my new clothing line hashtag dope nasty

10  apparel.

11          Do you want me to continue with that?

12      Q.   When was this uploaded?

13      A.   This was uploaded, the date is February 1st,

14  2013.

15      Q.   Actually, the end of the title, there are a

16  series of hashtags; do you see those?

17      A.   Yes.

18      Q.   What is the last hashtag there?

19      A.   Hashtag NayNays.

20      Q.   Is that a common shorthand for --

21      A.   For the neighborhood Crips.

22      Q.   And if we can look at the bottom, please.   What

23  is at the bottom?

24      A.   These would be the screen names, the persons that

25  were tagged in this photograph.

1     Q.   And who was tagged right here on page 29?

2     A.   That is screen name Curt Coban which is Rollin

3   60s member Charles Smith.

4     Q.   And if we can be to 29.2, please.  Who is tagged

5   here?

6     A.   That would be screen name Bang em Tel, which is

7   Rollin 60s Martel Strong.

8     Q.   And if we could scroll down.  Who is tagged here?

9     A.   That is screen name Trigger True blue Foster,

10   which is Rollin 60s member Deaires Foster.  And below

11   that is Shotti gotz its hands down, which is Rollin 60s

12   William Steele.

13     Q.   And below that?

14     A.   That is Seven Mile Looni which is Rollin 60s

15   member Jonathan Barber.

16     Q.   Next in front of you are three pages marked

17   Government's Exhibits 30, 30.2 and 30.3.  These are all

18   from Government's Exhibit 10. If you can review those

19   please.

20           THE COURT: I'm sorry, 30, 32 and what?

21           MR. CRALLE:  It is three pages all with

22   Exhibit 30.  They're in the book in front of you if that

23   might be easiest.

24           THE WITNESS:  I recognize these.

25   BY MR. CRALLE, CONTINUING:

1     Q.   What do you recognize this item as?

2     A.   These are the pages from William Steele's

3   Facebook page.

4          MR. CRALLE: Your Honor, at this time we move

5   to admit Government's 30, 30.2 and 30.3 from

6   Government's Exhibit 10.

7          THE COURT: Do you have any objection?

8          MR. NISKAR:  No objection.

9          MR. BERGER:  None.

10         THE COURT:  Very well, it's admitted.

11   BY MR. CRALLE, CONTINUING:

12    Q.   If you can pull up the first page of this

13   Exhibit.  What is depicted in this post?

14    A.   It is a photograph of a T-shirt again that

15   appears possibly to be for sale.  On the front of the

16   T-shirt, it states, we're rollin RSC NayNays.  And on

17   the back is a name that says Lady Mayhem, which is the

18   Rollin 60s name for Sadeisha Johns.

19    Q.   Again, is there a hashtag at the end of the

20   title?

21    A.   Yes, it says hashtag NayNays.

22    Q.   And this was uploaded when?

23    A.   February 1st, 2013.

24    Q.   And if you scroll down to the very bottom who is

25   tagged in this post?

1     A.   The first person that I see tagged in this post

2   is screen name Bang em Tel which is Martel Strong

3     Q.   If you turn to the next page of this exhibit.

4          MR. NISKAR:   Your Honor, I'm going to object

5   at this point to the Agent's testimony that Mr. Strong

6   was a member.   Ultimately it's the jury's decision to

7   make that call.

8          THE COURT:   Well, you want to respond?

9          MR. CRALLE:   We can simply -- that's fine.

10          THE COURT: Okay, very good.   Sustained.

11          Pose your question.

12   BY MR. CRALLE, CONTINUING:

13     Q.   My question is who else is tagged in this post?

14     A.   That would be screen name Curt Cobain which is

15   Charles Smith; and screen name Mane Davis, which is

16   Jerome Hamilton.

17     Q.   And the next user.   You can scroll down or the

18   next page, I'm sorry.   Who is tagged here?

19     A.   This would be screen name Seven Mile Looni which

20   is Rollin 60s member Jonathan Barber.   Alamin Mr. Mac

21   Woodley, which is Rollin 60s Carlos Woodley.   And

22   Trigger True blue Foster, which is Rollin 60s Deaires

23   Foster.   And Shotti gotz its hands down which is William

24   Steele.

25          MR. CRALLE:   Your Honor, may I approach the

1    witness?

2              THE COURT:  Yes, you may.

3    BY MR. CRALLE, CONTINUING:

4      Q.  Agent Nether, you have been handed what has been

5    marked as Government's 32 and 32.2.  These are Facebook

6    pages sub-exhibits of Exhibit 10.  Do you recognize

7    these items?

8      A.  Yes, I do.  These are pages from William Steele's

9    Facebook page.

10              MR. CRALLE:  Your Honor, at this time we

11   move to admit these exhibits.  This is 32 and 32.2 from

12   Exhibit 10.

13              MR. NISKAR:  No objection.

14              THE COURT: I'm just looking at another

15   exhibit that looks just like it, but we can take that up

16   later.

17              32 and 32.2; is that right?

18              MR. CRALLE: That's correct.

19              THE COURT:  Any objection?

20              MR. NISKAR:  No objection.

21              THE COURT:  What about Mr. Berger?

22              MR. BERGER:  None, Your Honor.

23              THE COURT:  They're admitted.

24   BY MR. CRALLE, CONTINUING:

25     Q.  If we can pull this up . And just at the very

1    top, what do we see here?

2       A.   This is a photograph uploaded to on William

3    Steele's Facebook page and it contains the image of

4    several Rollin 60s members.

5       Q.   Who is at the bottom?

6       A.   That is Sadeisha Johns at the bottom.

7       Q.   And behind her?

8       A.   Behind her is William Steele off to the left a

9    little bit wearing black.   To the right of William

10   Steele is Rollin 60s member Timothy Price.

11      Q.   Is that the gentleman in glasses with his head

12   tilted back?

13      A.   Yes.

14      Q.   And to his right?

15      A.   To the right of him wearing what appears to be

16   some type of dark coat and Seattle Mariner's hat is

17   Jonathan Barber.   And to the right of him is Darriyon

18   Mills's brother.

19      Q.   To the left of Jonathan Barber within the

20   picture?

21      A.   Yes, to the left of him in the picture would be

22   Carlos Woodley, Rollin 60s member.   Not sure who the

23   person is directly to the left of Carlos Woodley, but

24   the person to the left of that unidentified person is

25   Darriyon Mills.   And to the left of Darriyon Mills in

1    the black skull cap, knitted hat is Anthony Weaver.

2       Q.   And in your view of Mr. Steele's Facebook

3    account, did you actually see the same photo on multiple

4    pages?

5       A.   Yes, I did.

6       Q.   And in fact, with this one, if you could flip in

7    your packet to what has been marked as Steele Facebook

8    14.   I'm sorry, if we could scroll down before we turn

9    ahead. I skipped this.

10           Still on Steele Facebook 32, who is tagged in

11   this photo.  And then first let's start with the title.

12      A.   The title is neighborhood west side rich rollin 6

13   by 10 head line.

14      Q.   And then this was uploaded when?

15      A.   January 25th, 2013.

16      Q.   And then if we scroll down, who is tagged in

17   this?  Perhaps on the next page, 32.2, who is tagged

18   here?

19      A.   That would be Rollin 60s members Curt Coban which

20   is Charles Smiths; Cig Thunder Head Rich Rollin LX which

21   is Carlos Woodley who is a Rollin 60s member.  Fatal

22   Rich Rollin who is Rollin 60s Darriyon Mills.

23      Q.   And below that?

24      A.   Seven Mile Looni which is Rollin 60s member

25   Jonathan Barber.  And then Shotti gotz its hands down

1    which is William Steele.

2        Q.   Now, I kind of jumped the gun there.  Did you

3    happen to see this photograph posted multiple places in

4    his account?

5        A.   Yes, I did.

6        Q.   And in fact if you can turn to Steele Facebook

7    14.  Do you recognize this item?

8        A.   Don't believe I have that up here.

9              MR. CRALLE:  Your Honor, may I approach the

10   witness?

11             THE COURT:  Yes, you may.

12             THE WITNESS:  Yes, I recognize this.

13   BY MR. CRALLE, CONTINUING:

14       Q.   Without commenting on this or just generally what

15   is this?

16       A.   This is a photograph updated or uploaded to

17   William Steele's Facebook page.

18             MR. CRALLE:  Your Honor, we move to admit

19   Government's 14.  There is a reason.  There is a

20   distinction between the two.

21             THE COURT:  Do you have any objection?

22             MR. NISKAR:  I don't on behalf of

23   Mr. Strong, no.

24             THE COURT:  Mr. Berger?

25             MR. BERGER:  I do not.

1           THE COURT: It's admitted as 14, FB 14 from

2   Exhibit 10.

3           MR. CRALLE:  That's correct.

4   BY MR. CRALLE, CONTINUING:

5     Q.  And if we can zoom on in this picture, what are

6   we seeing in this picture?

7     A.  This appears to be the same photo as the last one

8   except it is cropped to make sure the person to the far

9   right and the person to the far left are out of the

10  photograph.  And it also has street names for members

11  that are in this photograph.  And it also has the

12  Seattle Mariner's insignia in the top left-hand corner.

13    Q.  And in fact, did you see this same photograph on

14  other pages of suspected Rollin 60s members?

15    A.  Yes, I did.

16    Q.  Photograph perhaps a little bit easier to read?

17    A.  Yes.

18    Q.  If you can turn to the next page which would be

19  Johns Facebook 10.  This would be Government's Exhibit

20  15.  Johns Facebook 10 is the subname.  Do you recognize

21  this item?

22    A.  I don't believe I have that.

23           MR. CRALLE:  Approach the Witness, Your

24  Honor?

25           THE COURT:  Yes.

1  BY MR. CRALLE, CONTINUING:

2    Q.  Do you recognize this item?

3    A.  Yes.

4    A.  It appears to be the same photograph cropped a

5  little differently. It seems to go further down, but it

6  is a photograph that is uploaded to Sadeisha Johns's

7  Facebook page.

8         MR. CRALLE:  Your Honor, I would move to

9  admit Government's Exhibit 15, Johns Facebook 10.

10         THE COURT:  Any objection?

11         MR. NISKAR:  No objection.

12         MR. BERGER:  I do object, Your Honor.  It is

13  about the eighth time we have seen this picture.

14  Redundant.  It's enough. It's cumulative.

15         MR. CRALLE:  The only reason to admit this

16  is so we can actually see all of the picture.  As you

17  can see, the one on the screen is cropped in such a way

18  it is difficult to see.  Otherwise, I agree, it would be

19  cumulative.

20         THE COURT:  So do you think the one that --

21  I would agree that it is cropped differently, do you

22  have any other copy of it that's --

23         MR. CRALLE:  Already admitted?

24         THE COURT:  Well, you had like four copies

25  already admitted, but do you have any that are cropped

1   this way that are already admitted?

2            MR. CRALLE:  No, Your Honor.  And the

3   additional relevance to this would be to show other

4   members of the picture all having uploading this.

5            THE COURT:  I'm going to allow it because it

6   is cropped differently.

7            Thank you, Mr. Berger.

8            Mr. Niskar, do you have any objection?

9            MR. NISKAR:  No objection.

10           THE COURT:  Your objection is noted and

11   preserved for the record.

12           Anything else about this?

13           MR. CRALLE:  If we could just view the

14   photograph.

15           Is it admitted, Your Honor?

16           THE COURT:  It is admitted.

17   BY MR. CRALLE, CONTINUING:

18   Q.  If we can pull this up and zoom in a little bit

19   to see the wording of the cropping that is different.

20       You were describing the labels that had been

21   attached to this photograph?

22   A.  Correct.  The upper left-hand corner has the

23   Seattle Mariner's insignia.  Towards the middle of the

24   page on the left side it says 60s.  And all the way at

25   the bottom it says two fingers and a thumb which is the

1    neighborhood gang Crips sign which every person in this

2    photograph appears to be utilizing the neighborhood gang

3    Crip sign.

4        Q.  So these are all the photographs that we were

5    looking at and the tagging, these were all examples of

6    this you found on William Steele's Facebook as well as

7    other peoples; is that right?

8        A.  That's right.

9            THE COURT:  Mr. CRALLE, we're going to stop

10   here.  I know it is a little sooner than 12:30, but I'm

11   going to send the Jury to lunch.  Remember that you're

12   not permitted to talk about the case among yourselves or

13   with anyone else during the lunch period.

14           If you go out, please come back in time to

15   come out at 2 o'clock.  So you need to come back about

16   five or 10 of 2.  And if you come back early, you can go

17   in the jury room.

18           You may step down.

19           (Whereupon the Jury was excused at 12:25

20   p.m.)

21           Please be ready to come back at 2 o'clock,

22   okay.

23           (Whereupon proceedings recessed.)

24           * * * * * * * * * * * *

25           At approximately 2:12 p.m.

1                    THE COURT:  Let's bring out the jury.  Are

2       we ready to do that?

3                    Now, are these documents documents already

4       in the big notebook?

5                    MR. CRALLE: No, they're ones that I realized

6       were not already in there.

7                    THE COURT: To they say Facebook number

8       whatever but they don's have an exhibit number in there.

9                    MR. CRALLE: That whole section is Jonathan

10      Barber's.

11                   THE COURT:  It doesn't help me.

12                   MR. CRALLE: It doesn't.

13                   THE COURT: And Foster is?

14                   MR. CRALLE:  Barber is 14 and Foster is 17.

15                   THE COURT:  But they're not in the big book.

16                   MR. CRALLE: Unfortunately, not.

17                   THE COURT: Does that mean the defense didn't

18      have them?

19                   MR. CRALLE:  They had them but they didn't

20      have all the specific ones.  Those are for Mr. Barber

21      tomorrow.

22                   MR. NISKAR:  And I'm going to introduce Mr.

23      Antone with your permission.

24                   THE COURT:  I think we met him the first

25      day.

1              (Whereupon the jury was brought in at 2:14

2    p.m.)

3              THE COURT:  Are you satisfied the Jury is

4    present and properly seated?

5              MR. CRALLE:  Yes, Your Honor.

6              MR. NISKAR:  Yes, Your Honor.

7              MR. BERGER:  Yes, Your Honor.

8              THE COURT:  Mr. Niskar, you want to

9    introduce a new person with you at counsel table?

10             MR. NISKAR: I do.  Joseph Niskar on behalf

11   of and with Mr. Strong.  And also at the table with us

12   is  Christopher Antone, who is our IT slash discovery

13   coordinator.

14             THE COURT:  Special agent Nether is still on

15   the stand and you're still under oath.

16             THE WITNESS:  Yes, Your Honor.

17   BY MR. CRALLE, CONTINUING:

18     Q.  Good afternoon.

19     A.  Good afternoon.

20     Q.  So this morning we spent a little bit of time

21   going through Mr. Steele's Facebook page.

22     A.  That's correct.

23     Q.  Specifically things that you had identified from

24   the results of search warrants returns; is that right?

25     A.  That's correct.

1    Q.   Did you ever examine his public Facebook page for

2   any items of evidentiary value?

3    A.   Yes, I did.

4    Q.   Did you find anything?

5    A.   Yes.

6    Q.   What?

7    A.   I found a video of Mr. Steele claiming his

8   alliance to the Rollin 60s.

9    Q.   And what did you do with this video?

10    A.   I downloaded it from Facebook and placed it on

11   evidence.

12             MR. CRALLE:  Your Honor, may I approach?

13             THE COURT: You may.

14   BY MR. CRALLE, CONTINUING:

15    Q.   Agent Nether, I just handed you what has been

16   marked as Government's 10-A.  Do you recognize this

17   item?

18    A.   Yes, I do.

19    Q.   And what is it?

20    A.   It is the video that I was just talking about

21   that contains the image of William Steele in a video

22   claiming his allegiance to the Rollin 60s.

23    Q.   Now, when you say this is the video, did you have

24   to use a special tool to record that or did you just

25   download the file?  How did that process work?

1    A.  I found a search engine that anybody can find on

2  the Internet that takes the URL, the actual code that's

3  used for this specific video and actually put it in this

4  download search engine type thing and it just downloaded

5  it for me.  It wasn't very hard.

6    Q.  Basically the video you saw there was downloaded?

7    A.  Yes.

8         MR. CRALLE: Your Honor, at this time we

9  would move to admit Government's Exhibit 10-A.

10        MR. NISKAR:  No objection.

11        MR. BERGER:  No objection.

12        THE COURT: Very well, it's admitted as 10-5.

13        Is that how it's --  is the the only label

14  it has, 10-A.

15        MR. CRALLE: Yes.

16        THE COURT:  Okay. Thank you.

17  BY MR. CRALLE, CONTINUING:

18    Q.  And before we start, is this, agent Nether,

19  before we play the video, is this the video you were

20  referring to or the beginning of it if you will?

21    A.  Yes.

22         (Whereupon the video was played in open

23  court.)

24    Q.  Agent Nether, just to make sure that wasn't lost

25  because of the pausing, was there a specific portion you

1   were referring to?

2      A.   Right.   Right before the pause, William Steele

3   states shout out to all his hoodstas in Detroit.   And he

4   was actually showing up the neighbor gang sign, two

5   fingers and a thumb.

6      Q.   So that's sort of what you were talking about?

7      A.   Yes.

8      Q.   Turning to Martel Strong.   Did you review this

9   Facebook account for any use of the distinctive words,

10  phrasing or spellings that you identified related to the

11  Rollin 60s?

12     A.   Yes.

13          MR. CRALLE: Your Honor, now is the time I'm

14  going to start using it again.

15          THE COURT:   Okay.

16  BY MR. CRALLE, CONTINUING:

17     Q.   Agent Nether, before you is what has been marked

18  as Government's Exhibit 16.   Specifically, this is

19  Mills's Facebook 9.   Do you remember this item?   Do you

20  have it in front of you?   Would it be easier if I hand

21  you a copy?

22     A.   Yes.

23          MR. CRALLE:   May I approach the witness,

24  Your Honor?

25          THE COURT: You may.

1              THE WITNESS:  Yes, I recognize it.

2    BY MR. CRALLE, CONTINUING:

3      Q.  And what is it?

4      A.  It is a Facebook posting from Darriyon Mills that

5    I receive from Facebook from the search warrant.

6      Q.  And this is from two suspected members?

7      A.  It is a message between the screen name Fatal

8    Rich Rollin which is the screen name for Rollin 60s

9    member Darriyon Mills, and he is messaging the screen

10   name Bang em Tel which is Martel Strong.

11             MR. CRALLE:  Your Honor, at this time we

12   would move to admit Government's Exhibit 16, Facebook

13   9.

14             THE COURT:  Any objection, Mr. Niskar.

15             MR. CRALLE: I'm sorry, Mills --  yes, 16

16   Mills-9.

17             MR. NISKAR:  No objection.

18             THE COURT:  Mr. Berger, any objection?

19             MR. BERGER:  Yes, Your Honor.   It does not

20   pertain to my client.

21             THE COURT:  Okay. Thank you.  So noted.

22             You may proceed.

23   BY MR. CRALLE, CONTINUING:

24     Q.  Can we pull it up.

25             THE COURT: So it is admitted.

1          MR. CRALLE: Thank you.

2          And Your Honor, can I inquire if the Jury

3   can see the other screen.

4          THE COURT:  Approach the sidebar.

5          MR. CRALLE:  Yes, Your Honor.

6          MR. NISKAR:  Yes, Your Honor.

7          MR. BERGER:  Yes, Your Honor.

8          (Whereupon a conversation was held out of

9   the hearing of the Court Reporter.)

10          THE COURT:  You may proceed.

11   BY MR. CRALLE, CONTINUING:

12    Q.  Agent Nether, on the screen is what has been

13   admitted as Mills Facebook 9.  What is this?

14    A.  This is a Facebook message between Fatal Rich

15   Rollin, the screen name, which is the screen name for

16   Rollin 60s member Darriyon Mills; and a conversation he

17   is having with screen name Bang Em Tel, which is Martel

18   Strong, and it is November 29th, 2009.

19    Q.  Please read the top line.

20    A.  Hey cuz, all B words write with bk bitch b never

21   put c then k, never cc fucc, brit feel me.

22    Q.  Agent Nether, in front of you are parts of

23   Government's Exhibit 8; specifically, Strong Facebook 4,

24   Strong Facebook 5, Strong Facebook 6.  Please review

25   these items.

```
1                    THE COURT: And this is Exhibit 8?

2                    MR. CRALLE:  That is correct, Your Honor.

3                    THE COURT:  Okay.   Thank you.

4                    THE WITNESS: You said 4, 5?

5                    MR. CRALLE: 4, 5 and 6.

6                    THE WITNESS: I see them.

7    BY MR. CRALLE, CONTINUING:

8        Q.  Agent Nether, what are these items without

9    reading them?

10       A.  This is a -- these are all pages from Martel

11   Strong's Facebook page of conversations between him and

12   other Facebook users.

13       Q.  These are messages to him?

14       A.  Correct.

15                   MR. CRALLE:  Your Honor, at this time we

16   would move to admit Government's exhibits Strong

17   Facebook 4, Strong Facebook 5 and Strong Facebook 6.

18                   THE COURT:  Any objection?

19                   MR. NISKAR:  No objection.

20                   THE COURT: Very well, they're admitted.

21   BY MR. CRALLE, CONTINUING:

22       Q.  If we can pull --

23                   MR. BERGER:  Your Honor, I do have an

24   objection and that is it does not pertain to my client.

25                   THE COURT:  Okay.
```

1                You aren't expecting to use these against

2     his client, are you?

3                MR. CRALLE: No, Your Honor.

4                THE COURT: So his objection is sustained.

5                MR. CRALLE: Thank you.

6                THE COURT: And it is admitted as to

7     Mr. Strong.

8                MR. CRALLE:  Thank you.

9     BY MR. CRALLE, CONTINUING:

10      Q.  Agent Nether, can you read Strong Facebook 4?

11      A.  Yes.  This is a message from wi fi the new commer

12    which is a screen name for Rollin 60s Timothy Price.  He

13    is writing to screen name Bang em Tel, which is Martel

14    Strong, and this is August 3rd, 2011.   It states, happy

15    C-day loc this maniac and Tizzy said the same.  Hit me

16    up asap 3139490659.

17      Q.  So the name C-day and loc there?

18      A.  C-day would be happy b-day, as in happy birthday,

19    but they exchange the b for the c.  Loc is how Crips

20    refer to each other.

21      Q.  And if you can turn to Strong Facebook 5, same

22    question, what is this?

23      A.   This is a Facebook message from screen name

24    Chase Atkins to Bang em Tel, who is Martel Strong, and

25    the message to Martel Strong is happy C-day Crip.

1       Q.   And Strong Facebook 6?

2       A.   This is a message from screen name Fatal Rich

3  Rollin, which is Rollin 60s member Darriyon Mills, to

4  screen name Bang em Tel, which is Martel Strong.  The

5  message is August 3rd, 2011, and the message states,

6  happy C-day cuz cuz wild out for me Rich Rollin.

7            And then Martel Strong responds fasho cuzo.

8       Q.   Turning to the next three exhibits, if we can

9  look at Strong Facebook 7, Facebook 8 and 55.  If you

10  can look at those and in the packet in front of you.

11      A.   I see them.

12      Q.   And without reading the posts, what are these

13  items?

14      A.   These are more pages that were recovered from

15  Martel Strong's Facebook page, subsequent search

16  warrant, and again, they're messages sent to Martel

17  Strong.

18            MR. CRALLE:  Your Honor, at this time we

19  would move to admit all parts of Government's Exhibit 8;

20  specifically Strong Facebook 7, Facebook 8 and Facebook

21  55.

22            THE COURT:  Any objection, Mr. Niskar?

23            MR. NISKAR:  One second.

24            No objection.

25            THE COURT:  All right, Mr. Berger, you have

1   no objection?

2              MR. BERGER:  I do object.  They don't

3   pertain to my client.

4              THE COURT:  Are you going to use these only

5   as to Mr. Strong?

6              MR. CRALLE:  Yes, Your Honor.

7              THE COURT:  Then his objection is sustained

8   and they're admitted only as against Mr. Strong.

9              MR. CRALLE:  Thank you.

10  BY MR. CRALLE, CONTINUING:

11     Q.  If we could turn to Strong Facebook 7, please.

12  And zoom in on the post.

13         What is this?

14     A.  This is a message from screen name that is

15  Staccz, which is Rollin 60s member Jerome Hamilton.  And

16  he sent to message to Martel Strong stating happy C-day

17  where you at.

18     Q.  And again, this is on August 3rd; that is Martel

19  Strong's birthday?

20     A.  Yes, it is.

21     Q.  What is the year of this post?

22     A.  This is August 3rd, 2014.

23     Q.  Turn to Strong Facebook 8, and if we could start

24  at the top and work our way down.  What are these items?

25     A.  These are posts, status updates by Martel Strong.

1    Q.   Starting at the top, what do you see?

2    A.   On August 3rd, 2013, the status states chillin.

3  On August 3rd, 2013, the status states, I'm on feelin

4  good it's my b-day.

5    Q.   And was there a response to it?

6    A.   Yes, there were a couple responses.  Backwoods

7  Bugs stated fasho, abd that is Staccz, which is Jerome

8  Hamilton, stated happy C-day loc.  And then Bang em Tel,

9  which is a screen name for Martel Strong stated back to

10  Jerome Hamilton, fasho loc.

11       And then Charles Smith responded using screen

12  name chucc Smith, happy C-day cuz.  And then Strong

13  responded to Charles Smith with screen name Curt Cobain,

14  good looks loc.

15    Q.   If we can turn to Strong 55, please.  What is

16  this?

17    A.   This is a private message between Rollin 60s

18  member with a screen name CJ Rollocks northcross, and

19  Martel Strong using Bang em Tel screen name.

20       The message that is sent to Strong states, you

21  don't bang no mo.  And then Strong responds, Rollin 60s

22  for life cuzz.

23    Q.   And much like we did this morning with

24  Mr. Steele, did you also look through Martel Strong's

25  Facebook for pictures of him with other suspected Rollin

1  60s members?

2     A.  Yes.

3     Q.  Did you find any?

4     A.  Yes, several.

5     Q.  Agent Nether, if you can look at in the packet in

6  front of you Strong Facebook 21, Facebook 39 and

7  Facebook 40.

8              THE COURT:  And these are all part of

9  Exhibit 8?

10             MR. CRALLE: That is correct, Your Honor.

11             THE WITNESS: 21, 39 and 40?

12  BY MR. CRALLE, CONTINUING:

13     Q.  That's correct.

14     A.  Yes, I have them.

15     Q.  Do you recognize these items?

16     A.  Yes, I do.

17     Q.  And what they?

18     A.  They are photographs from Martel Strong's

19  Facebook page.

20             MR. CRALLE:  At this time I would move to

21  admit as part of Government's Exhibit 8, Facebook 21,

22  Facebook 39 and Facebook 40.

23             THE COURT:  Any objection, Mr. Niskar?

24             MR. NISKAR:  May I just see the Government's

25  original one more time?

1          MR. CRALLE:  Absolutely

2          MR. NISKAR:  No, objection.

3          THE COURT:  Mr. Berger?

4          MR. BERGER:  This does not pertain to my

5   client, I object to that.

6          MR. CRALLE:  Agreed.

7          THE COURT:  Do any of these pertain to his

8   client?

9          MR. CRALLE:  No, Your Honor, they do not.

10          THE COURT:  Very good.  Then they're

11   admitted only as to Mr. Strong.

12          That objection is sustained.

13   BY MR. CRALLE, CONTINUING:

14   Q.  If we can start with Facebook 21, please.  What

15   is this item?

16   A.  This is a photograph starting left to right, that

17   would be Rollin 60s member Timothy Price, a/k/a Tizzy.

18   In the middle is Martel Strong utilizing the

19   neighborhood Crip gang sign, wearing a white shirt with

20   blue letters that has the word "Rollin" on it.

21          And on the right, that is Darriyon Mills, a/k/a

22   Fatal wearing a white T-shirt with blue beads around his

23   neck.  And appears to have a bandana draped around his

24   shoulder.

25   Q.  Let's turn to exhibit Facebook page 39.  What is

1   that?

2      A.   This is a photograph also on Martel Strong's

3   Facebook page of several Rollin 60s members.

4          On the far left is Martel Strong.  Also pictured

5   in the middle wearing a blue shirt with a blue bandana

6   over his shoulders around his neck is Darriyon Mills.

7   To the right of him wearing what appears to be maybe a

8   green shirt holding a dark blue bandana, that is

9   Jonathan Barber, which is a Rollins 60 member.

10         To the far right wearing the white undershirt,

11  that's Anthony Weaver also utilizing a gang sign.

12         The below image, that is also an identified

13  member of the Rollin 60s as well.  And to the left, that

14  is an identified member of the Rollin 60s utilizing a

15  gang sign and wearing a bandana.

16     Q.   If we can zoom in on the title and focus on the

17  title of the album and the names below.

18         What is the title of this post?

19     A.   The title is, u a loc I no plus Looni.

20     Q.   And the album name?

21     A.   Me and my locs.

22     Q.   Are there other people tagged in this photograph?

23     A.   Yes.  Strong, Martel Strong, Rollin 60s member

24  Jonathan Barber with a screen name Seven Mile Looni.

25     Q.   And if you turn to the next page, are there

1   people tagged in this photo?

2      A.   I don't have that page.

3            THE COURT:  I don't either.

4            It is 39 something?

5            MR. CRALLE: 39.2.

6            THE WITNESS: I see a screen name Fatal Rich

7   Rollin, which is a screen name for Rollin 60s member

8   Darriyon Mills is also tagged.

9   BY MR. CRALLE, CONTINUING:

10      Q.   Is there a comment on those?

11      A.   There are comments.  There is a screen name of

12   champagne he keeps a smile on my face Campbell, who is

13   an identified Rollin 60s member, and she stated aww look

14   at my locs in Big Homey Fatal bk all day post

15   mutherfuckin Crip grrip.  And that is September 2nd,

16   2009.

17      Q.   If we can turn to page Strong -- is that Exhibit

18   Strong Facebook 40.

19            THE COURT:  So 39.2 we're going to make sure

20   everybody gets a copy of that?

21            MR. CRALLE:  They do have a copy.

22   Apparently we didn't give you a copy, but they do have a

23   copy.

24            And 40 also has a second page.

25            THE COURT:  So when you get an opportunity,

1   you can give me the second page if you think I don't

2   already have it.

3          MR. CRALLE:  I think it is your binder, not

4   in the excerpt I gave you.

5          THE COURT:  It is 39.2.

6          MR. CRALLE: Correct, Your Honor.

7   BY MR. CRALLE, CONTINUING:

8   Q.   Agent Nether, what is Strong Facebook 40?

9   A.   This is another image.  I believe it appears to

10  be taken at the same time.  Just of another photo of

11  several Rollin 60s members.

12         On the upper-left is Martel Strong.

13  Q.   With his hat backwards?

14  A.   With his hat backwards.

15  A.   Below him is a Rollin 60s member.  To the right

16  of Martel Strong, I'm not sure who that is with his face

17  covered with the bandana.  To the right of that person

18  wearing the blue shirt which appears to be two different

19  colored bandanas around his neck, that is Darriyon

20  Mills. To the right of Darriyon Mills appearing to wear

21  a green shirt holding a bandana is Jonathan Barber.

22         There seems to be somebody behind Darriyon Mills

23  but I can't ses that person.

24         And to the far right, wearing a white undershirt,

25  is Anthony Weaver, a Rollin 60s member.  And below him

1   on the ground is another Rollin 60s member.

2      Q.   And again, if we could look at the title, the

3   album name and the individuals tagged in this photo?

4      A.   The title is the Maniacs.

5      Q.   Is there a significance to that name?

6      A.   The Maniacs is the line; is a line of Rollin 60s

7   members.

8      Q.   And is that a -- we haven't talked about lines

9   very much.  Is that something unique to Detroit or is

10  that throughout the country?

11     A.   That is throughout the country.  But that Maniac

12  line is specific to Detroit.

13     Q.   And the album to this post?

14     A.   Me and my locs.

15     Q.   And who is tagged in this post?

16     A.   That would be Martel Strong with a screen name

17  Bang em Tel. You have Seven Mile "Looni", which is

18  Rollin 60s member Jonathan Barber.  And you have Fatal

19  Rich Rollin, which is a screen name for Rollin 60s

20  Darriyon Mills.

21            THE COURT:  So is that on a different page?

22            MR. CRALLE:  That is on a different page and

23  that is the other page that is also there in your

24  binder.  That would be 40.2.

25            THE COURT:  I don't have either one of them.

 1              MR. CRALLE:  You don't have 40 or 40.2?

 2              THE COURT:  I don't have 40.2 and I don't

 3    have 40, but you don't have to worry about it today,

 4    just make sure I get it eventually.

 5              Or perhaps they are in the wrong place.

 6    BY MR. CRALLE, CONTINUING:

 7       Q.  Agent Nether, how many lines or how many rounds

 8    of search warrants did you do for Martel Strong?

 9       A.  I believe there were two rounds that were done

10    for Martel Strong.

11       Q.  When was the second one?

12       A.  The second one was done I believe after his

13    arrest I believe in 2016.  Or it may have been right

14    prior to his arrest.

15              MR. CRALLE:  Your Honor, may I approach the

16    witness?

17              THE COURT:  You may.

18              And you're approaching with what?

19              MR. CRALLE:  I'm approaching Agent Nether

20    with what has been marked Government's Exhibits 56

21    through 56.7.  There are eight pages there.  This is all

22    part of Government's Exhibit 8.

23    BY MR. CRALLE, CONTINUING:

24       Q.  Do you recognize those items?

25       A.  Yes. These are Facebook pages from Martel

1    Strong's Facebook search warrant that I did.  This was a

2    second warrant that I did on this page covering the

3    dates of August 1st, 2013 up until February 1st, 2016.

4              MR. CRALLE:  Your Honor, at this time I

5    would move to admit Government's Exhibit all parts of

6    Government's Exhibit 8.  This would be specifically

7    Facebook 56, 56.3, point 4, point 5 and point 6 and

8    point 7.

9              And these are all in the binder in front of

10   you, but I will hand you the agent's copy if you like.

11             THE COURT:  I don't have to have them, but

12   do you think they're in the second binder?

13             Okay.  But they should be in 8, right?

14             MR. CRALLE:  They're part of the CD 8, yes.

15   Or Government's Exhibit 8.

16             THE COURT:  I have 56, 56 point 3, 56 point

17   5.

18             MR. CRALLE:  Point 4 as well --  I'm sorry,

19   you're saying what you don't have?

20             THE COURT: I don't have point 4 and I don't

21   have point 6.  So when you get a chance, you can give me

22   those.

23             MR. CRALLE:  We will give them first thing

24   in the morning.

25             THE COURT:  You may proceed.

1                    Do you have any objection?

2                    MR. NISKAR:  No objection.

3                    THE COURT:  What about you, Mr. Berger?

4                    MR. BERGER:  The same objection in that it

5    does not pertain to my client.

6                    THE COURT:  Okay.

7                    MR. CRALLE:  Your Honor, he is mostly right.

8    The very last one does have a comment that Mr. Steele

9    makes on the post and there is a response.

10                   THE COURT:  And that is 56 point 6?

11                   MR. CRALLE:  Yes, Your Honor.

12                   THE COURT:  Okay.  Have you reviewed that

13   one?

14                   MR. BERGER:  Your Honor, I modify my

15   objection to exclude the last page.

16                   THE COURT: Okay.  So 56 point 6 will be

17   admitted against everyone; and then 56 through I guess

18   it is what, 3, 4 and 7?

19                   MR. CRALLE:  I believe that's right, Your

20   Honor.

21                   THE COURT: 3, 4, 5 and 7.

22                   MR. CRALLE:  Yes.

23                   THE COURT:  Are against Mr. Strong only?

24                   MR. CRALLE:  Correct.

25                   THE COURT:  They're admitted.

 1   BY MR. CRALLE, CONTINUING:

 2     Q.  If we can pull up Government's exhibit Facebook

 3   56.  And zooming in on this portion, this is showing

 4   what?

 5     A.  This is showing the Facebook page that I received

 6   subject to a search warrant for Facebook ID 500285417

 7   which is a Facebook page for Martel Strong.

 8     Q.  And this is showing the more recent date range

 9   than the one we looked at earlier today?

10     A.  Correct.

11     Q.  If we can turn to 56 point 4, please.  -- I'm

12   sorry, point 3.

13         And if we can zoom in on the photo.  What is

14   depicted here?

15     A.  This is a photograph of several Rollin 60s

16   members.  Starting left to right would be Rollin 60s

17   member Brandon Kennedy, then it would be Timothy Price

18   in the white shirt.  And in the dark shirt would be

19   Jerome Hamilton.  Behind him would be Tre Tigner.  To

20   the right of Tre Tigner will be Darriyon Mills.  And to

21   the right of Darriyon Mills would be Martel Strong

22   wearing the aqua colored shirt.  And Martel Strong is

23   utilizing the two fingers and a thumb neighborhood gang

24   sign.  As well as Darriyon Mills, Jerome Hamilton is

25   utilizing the 60s gang sign by having 6 fingers up.  And

1   Brandon Kennedy is also utilizing, on the far left, the

2   two fingers and the thumb, neighborhood Crip gang sign.

3        Q.   Two fingers and a thumb or is that the west side?

4        A.   On the far left?

5        Q.   Yes?

6        A.   It appears to be two fingers and a thumb to me.

7        Q.   If we can turn to the next page, 56 point 4.

8   What is the title of this picture?

9        A.   The title is day one rns maniac nh 20-20.

10       Q.   When was this uploaded?

11       A.   This was uploaded August 6th, 2015.

12       Q.   And who was tagged in this photo?

13       A.   The persons tagged in the photo were screen name

14   Bang em Tel, which is Martel Strong; screen name wi fi

15   the new commer, which is Rollin 60s Timothy Price.  Also

16   Tre Tigner, which is a screen name for Rollin 60s member

17   Tre Tigner.  Is that Staccz, which is the screen name

18   for Jerome Hamilton.  And Brandon don't cuff rats, which

19   is a screen name for Brandon Kennedy.

20       Q.   And what line was Martel Strong in?

21       A.   The Maniac line.

22       Q.   If we can turn to Government's Exhibit 8, Strong

23   Facebook 56 point 5.  And what is depicted in this

24   picture on the screen?

25       A.   That is another photograph of Rollin 60s members.

1    From the left we have Martel Strong.  To the right of

2    him -- in the photograph to the right of him would be

3    Timothy Price a/k/a Tizzy.  To the right of him would be

4    Darriyon Mills a/k/a Fatal.  And to the right of Mills

5    would be Brandon Kennedy a/k/a seeham.

6        Q.   Please continue.

7        A.   And Brandon Kennedy appears to be utilizing the

8    neighborhood Crips gang sign.

9             The picture is hard to tell who else it might be.

10       Q.   Can we go to the next page, please, 56 point 6.

11   What is the title of this post?

12       A.   The title states, luv my day one maniac until its

13   over, nh for neighborhood, west 7.

14       Q.   And who is tagged in this photo or tagged to this

15   photo rather?

16       A.   That would be Martel Strong, screen name Bang em

17   Tel; Brandon Kennedy with screen name Brandon don't cuff

18   rats. WiFi the new commer, which was the screen name for

19   Timothy Price.  And neighborhood Fatal, which is screen

20   name for Darriyon Mills.

21       Q.   And in addition to the people tagged in this

22   photo, did anyone comment on it?

23       A.   Yes, there appears to be a comment by screen name

24   Shotti gotz it, which is a former screen name for

25   William Steele.

1           And then after that, there is nothing in the text

2      box.  Next to that, Darriyon Mills on the screen name

3      neighborhood Fatal states, one of my other day ones

4      20-20 Shotti, ly, for love you, brodi.

5           Q.  And what is the response to that?

6           A.  Yes, William Steele responded, luv ya two, bro

7      bro, all of yall I think you forgot me doe.

8           Q.  Now, in addition to photographs in which Martel

9      Strong was depicted with other suspected Rollin 60s

10     members, did you also look in his Facebook account to

11     see where he was tagged with other members associated

12     with Rollin 60s?

13          A.  Yes.

14          Q.  In front of you is what is marked as Government's

15     8, Strong Facebook 24.  Please look through that.

16          A.  You said 24?

17          Q.  24, please?

18          A.  It is a two-page exhibit?

19          Q.  Do you have one or two?

20          A.  I haven't found any yet.

21               MR. CRALLE:  Your Honor, may I approach the

22     witness?

23               THE COURT:  You may.

24               THE WITNESS:  I have one page.  It is in the

25     binder.  Page 24.

```
 1                    THE COURT:  I have 24 and 24-2.
 2                    MR. CRALLE:  That is correct, Your Honor.
 3  BY MR. CRALLE, CONTINUING:
 4     Q.  Do you recognize these, Agent Nether?
 5     A.  Yes, this is a Facebook page that came from
 6  Martel Strong's Facebook with an uploaded image of a
 7  photograph.
 8                    MR. CRALLE:  We move to admit Exhibit 8,
 9  Strong Facebook 24 and 24 point 2.
10                    THE COURT:  Any objection?
11                    MR. NISKAR:  No objection.
12                    THE COURT:  Very well, Mr. Berger?
13                    MR. BERGER:  I object in that it doesn't
14  pertain to my client.
15                    THE COURT:  That is sustained, unless you're
16  going to use it against his client.
17                    MR. CRALLE:  We do not plan to.
18                    THE COURT:  So only entered as to
19  Mr. Strong.
20  BY MR. CRALLE, CONTINUING:
21     Q.  If we call pull up Strong Facebook 24, please.
22  And what is depicted in Strong Facebook 24?
23     A.  This is the image of the Michigan Department of
24  Corrections image of Darriyon Mills a/k/a Fatal, a
25  Rollin 60s member.
```

1      Q.   And were there a number of people tagged to this

2   photo?

3      A.   Yes, screen name big loo.

4      Q.   If we can go to 24.2.  Do you have people tagged

5   there?

6      A.   This is Strong actually responding to the

7   message.

8      Q.   I'm sorry?

9      A.   Responding to the photograph.

10      Q.   So it is a comment rather than a tag is what

11   you're saying?

12      A.   Correct.

13      Q.   What does Mr. Strong say?

14      A.   Mr. Strong states, hell yea you know what it is.

15      Q.   And when was this comment made?

16      A.   This is April 18th, 2012.

17      Q.   And scroll down.  What is the next comment?

18      A.   And big loo, which is a screen name for Rollin

19   60s member Lewis Perry.  It states -- oo fo real come to

20   my hood and say that lol.

21      Q.   And if we can scroll down further.  What are the

22   comments here?

23      A.   There is a screen name of Too much that states,

24   free my nig Fatal sn.  And then sup tel.

25           Then chucc Smith, which is screen name for Rollin

1  60s member Charles Smith, states, free my hoodsta.

2     Q.  Agent Nether, is it common when there is someone

3  incarcerated for there to be posts or messages saying

4  free and in the individual's name?

5     A.  That is very common.

6     Q.  And finally at the bottom, is there a comment

7  from Mr. Strong?

8     A.  Yes, he sends a text which stays RIH Candy, which

9  stands for rest in heaven.

10     Q.  Next if we can turn Strong Facebook 33, which is

11  all part of Exhibit 8.  There are three pages to this.

12              THE COURT:  33 what?

13              MR. CRALLE: 33.2, 33.3.  And this does

14  pertain to Mr. Steele as well.

15              THE COURT:  Any objection, gentlemen?

16              MR. NISKAR:  No objection.

17              MR. BERGER:  No objection, Your Honor.

18              THE COURT: Very well, 33, 33.2 and 33.3; is

19  that right?

20              MR. CRALLE:  That's right, Your Honor.

21              THE COURT:  They're admitted.

22  BY MR. CRALLE, CONTINUING:

23     Q.  Agent Nether, what is that depicted in

24  Government's exhibit Strong Facebook 33?

25              If we can zoom in on the photograph first.

1     A.   This is a photograph that was on Martel Strong's

2     Facebook page, and it is Crip paraphernalia that appears

3     to be something that you could purchase as a photograph

4     of the different type of Crip beads you could purchase

5     or appear to purchase.

6     Q.   If you could read the title, please?

7     A.   The title says, I'm creating limited edition

8     beads for all the 60s for the locs under my new clothing

9     line hashtag dope nasty apparel, $3.00 for the necc and

10    $5.00 for necc with the s.  And it continues on

11    describing what you can purchase.

12    Q.   And it is a hashtag?

13    A.   Yes.  Again, at the end is a hashtag which says

14    NayNay which is short for neighborhood.

15    Q.   If we can turn to 33.2.  Were there individuals

16    tagged to this post?

17    A.   Yes. Lady amped head, I dog hos and fucc bitchs

18    feelings six owe, neighborhood crip.  That would be a

19    screen name for Sadeisha Johns, who is a Rollin 60s

20    member.  She is tagged, as well as screen name chucc

21    Smith, which is Charles Smith, and Trigger True blue

22    Foster, which is a screen name for Rollin 60s member

23    Deaires Foster.

24    Q.   If we can turn to Strong Facebook 33.3.  Who are

25    the individuals tagged on this page?

1      A.   Also tagged are screen name Mane Davis, which is

2   Jerome Hamilton, a Rollin 60s member; William S. Steele,

3   which is a screen name for William Steele.  Also, Bang

4   em Tel screen name for Martel Strong.  And Carlos alamin

5   Woodley, which is a screen name for Rollin 60s member

6   Carlos Woodley.

7      Q.   Agent Nether, next is what has been marked as

8   Strong -- this is Government's Exhibit 8, Strong

9   Facebook 35, 35.2 and 35.3.

10              MR. CRALLE:  Approach the witness, Your

11   Honor?

12              THE COURT: You may.

13              And you've got 35 and 35 point 2 and 3?

14              MR. CRALLE:  That's right, Your Honor.

15              THE COURT:  Okay.

16   BY MR. CRALLE, CONTINUING:

17      Q.   Do you recognize these items?

18      A.   Yes, I do.

19      Q.   What are they?

20      A.   These are pages from Martel Strong's Facebook

21   page and it's an image of a flyer.

22              MR. CRALLE:  Your Honor, we move to admit

23   Strong Facebook 35, 35.2 and 35.3.

24              THE COURT:  Any objection?

25              MR. NISKAR:  No objection.

1               THE COURT:  Mr. Berger?

2               MR. BERGER:  None, Your Honor.

3               THE COURT:  Very well, they're admitted.

4    BY MR. CRALLE, CONTINUING:

5       Q.  If we can pull up 35, please.  And focusing on

6    the top first.  You say this is a flyer of some sort?

7       A.   It appears to be a flyer uploaded regarding a

8    birthday slash barbecue for the birthdays of Rollin 60s

9    Anthony Weaver on the left; and on the right, Jonathan

10   Barber.  And it appears to be for Rollin 60s members at,

11   and it has a location at Tracey Park off Seven Mile.

12      Q.   And the name of the party is what?

13      A.   The name at the top is six owe, barbecue slash

14   C-day crash party.

15      Q.   And the lower left-hand corner of the flyer?

16      A.   It says 60s, and underneath that is the Seattle

17   Mariners insignia.

18      Q.   And if we can go to the screen and starting with

19   the title.  What is the title of this post?

20      A.   The title is, tag all 60s if you're not already

21   tagged.  Thanks.

22      Q.   And on this page, who is tagged to this posting?

23      A.   The first person I see is William Steele and

24   using screen name William S. Steele.  Below that is

25   screen name baby blue head BK, bka big loc head, which

1    is D-locc, which is Dennis Maxwell.

2       Q.  And just for purposes of the court reporter, how

3    do you spell d-locc?

4       A.  D-L O C C.

5       Q.  And is there a third person at the bottom that's

6    tagged?

7       A.  Gerrod Lewis, which is the screen name for Gerrod

8    Lewis a/k/a C-nice.

9       Q.  If we can turn to 35.2, and at the top -- I'm

10   sorry, if we can move a little farther down the screen.

11          Who else is tagged here?

12      A.  Martel Strong using screen name Bang em Tel.

13      Q.  Anyone else further down?

14      A.  Mane Davis, screen name for Rollin 60s Jerome

15   Hamilton.  And Trigger True blue Foster which is screen

16   name for Deaires Foster.

17      Q.  And if we turn to the next page, 33.3, are there

18   two people here tagged?

19      A.  Yes, the screen name, it starts lady amped up

20   head, and neighborhood six owe.  That would be the

21   screen name for Sadeisha Johns, a Rollin 60s member.

22   And also there is a screen name of Seven Mile Looni,

23   which is a screen name for Rollin 60s member Jonathan

24   Barber.

25      Q.  Agent Nether, I'm getting ready to hand you what

1    is marked as part of Government's Exhibit 8, Strong

2    Facebook 36, 36.2 and 36.3.

3              May I approach the witness, Your Honor?

4              THE COURT: Yes, you may.

5    BY MR. CRALLE, CONTINUING:

6      Q.  Do you recognize these items?

7      A.  Yes, I do.  They're pages from Martel Strong's

8    Facebook page that I received from a search warrant, and

9    it is an image of a photograph that is uploaded to the

10   page.

11             MR. CRALLE:  Your Honor, I move to admit 36,

12   36.2 and 36.3.

13             THE COURT:  Any objection?

14             MR. NISKAR:  No objection.

15             THE COURT:  How about you, Mr. Berger?

16             MR. BERGER:  No objection.

17             THE COURT:  Very well, it's admitted.

18   BY MR. CRALLE, CONTINUING:

19     Q.  If we can put up the photograph, please.  And

20   agent Nether, what is depicted here?

21     A.  This is an image of several Rollin 60s members

22   taken near some gang graffiti that is Rollin 60s

23   related.

24             The images, it is hard to see, but the far left

25   is the image of Martel Strong utilizing the neighborhood

1    Crip gang sign.

2        Q.   If we can look a little lower at the album name?

3        A.   The album name is me and my locs.

4        Q.   And the individual tagged here?

5        A.   Big loo, which is a screen name for Rollin 60s

6    Lewis Perry.

7        Q.   And the next one?

8        A.   That would be Wacco head, which is a screen name

9    for an out-of-state Rollin 60s member.

10       Q.   If we can turn to 36.2.  Who's tagged here?

11       A.   Seven Mile Looni, which is a screen name for

12   Rollin 60s Jonathan Barber.

13       Q.   Next person tagged?

14       A.   William S. Steel, which is a screen name for

15   William Steele.

16       Q.   Next?

17       A.   Fatal Rich Rollin, which is a screen name for

18   Rollin 60s Darriyon Mills.

19       Q.   And below Mr. Mills?

20       A.   That is Mane Davis, which is a screen name for

21   Rollin 60s member Jerome Hamilton.

22       Q.   If we can flip to the next page, 36.3.  Starting

23   at the top, who is tagged here?

24       A.    Screen nae usk neighborhood cheese, which is

25   Rollin 60s member Tre Tigner, anthony six owe, which is

1   a screen name for an identified Rollin 60s member

2   Anthony Potts.

3           And below that is Martel Strong with a screen

4   name Bang em Tel.

5     Q.  And below that, are there comments to the post?

6     A.  Yes, there is a juan trevor herd, that is a

7   screen name that responds nh, for neighborhood.  There

8   is a Laura Elizabeth, who is an identified Rollin 60s

9   member that says, I fuccin luv my locs.  Seven Mile

10  Looni, which is a screen name for Rollin 60s Jonathan

11  Barber that states, turn up.  And there is Fatal Rich

12  Rollin, which is a screen name for Darriyon Mills, which

13  states, we Rich roll six owe shit hood.

14          And you have Laura Elizabeth that responds again,

15  hey Fatal whats cracing loc.

16          And you have the out-of-state Rollin 60s member

17  Wacco stating hk.

18    Q.  Agent Nether, I'm getting ready to hand you what

19  has been marked as Strong Facebook 41, 41.2 and 41.3

20  which is all part of Government's Exhibit 8.  Do you

21  recognize these items?

22    A.  Yes, these are pages from Martel Strong's

23  Facebook page that I received after a search warrant.

24          MR. CRALLE:  Your Honor, we would move to

25  admit Strong Facebook 41, 41.2 and 41.3.

1            THE COURT:   Any objection?

2            MR. NISKAR: No objection.

3            MR. BERGER:  No objection.

4            THE COURT: They're admitted.

5    BY MR. CRALLE, CONTINUING:

6     Q.   Please pull this post up and start with the

7    picture.  What is depicted here?

8     A.   This is a gang graffiti.  This is a Rollin 60s

9    that shows a two fingers and a thumb neighborhood Crip

10   gang sign.  Above it says loc, which is what Crips refer

11   to themselves as.

12           And at the bottom, you can see they're using the

13   -- one of the fingers and they have a six next to it to

14   create six owe for 60.

15    Q.   Farther down the page, what is the title to this

16   post?

17    A.   The title is Rollin 60s free cane, free staccz,

18   Rollin 60s.

19    Q.   And who is tagged in this photo or to the photo,

20   rather?

21    A.   That would be a screen name of dizzle new hip

22   crip hoodsta. Usk neighborhood cheese, which is a screen

23   name for Tre Tigner.

24    Q.   If you can turn to 41.2.

25    A.   The individuals tagged would be Martel Strong

1    using Bang em Tel screen name. You have a screen name of

2    chucc Smith, which is for Rollin 60s member Charles

3    Smith.  You also have Seven Mile Looni, which is a

4    screen name for Jonathan Barber.  And you have William

5    S. Steele, which is a screen name for William Steele.

6        Q.  And who is tagged on this page 41.3?

7        A.  That would be screen name Fatal Rich Rollin,

8    which is a screen name for Rollin 60s Darriyon Mills.

9        Q.  And were there comments to this post?

10       A.  Yes.  Darriyon Mills utilizing that same screen

11   name stated, two fingers and a thumb all in your face

12   yeah brody.

13       And then usk neighborhood cheese, which is Tre

14   Tigner, stated, yea nigga this my work, indicating that

15   he is the one that did the graffiti.

16       And then chucc Smith, screen name for Charles

17   Smith, just stated, rollin.

18       And then Carletta Marie Hicks, which is a screen

19   name for Rollin 60s member, that states, thats whats

20   crackin Rollin 60s.

21       And then Sean bluelace menefee, which is an

22   identified Rollin 60s member down in the eastern Texas

23   area, states, two fingas n a thumb bitch who wants sum.

24       Q.  Let's switch gears a little bit and talk about

25   the Rollin 60s as a whole.

1          Were members of the Rollin 60s expected to pay

2    money or dues if you will to the gang?

3    A.   Yes.

4               MR. CRALLE:  Your Honor, may I approach the

5    witness?

6               THE COURT:  You may.

7    BY MR. CRALLE, CONTINUING:

8    Q.   Agent Nether, I have just handed you what has

9    been marked as Mills Facebook 11, and this is part of

10   Government's Exhibit 16.  Do you recognize this item?

11   A.   Yes, it is a page from Darriyon Mills's Facebook

12   page.  It is a discussion between two members.

13              MR. CRALLE:  Your Honor, we move to admit

14   Mills Facebook 11.  It is still a part of Government's

15   Exhibit 16.

16              THE COURT:  Any objection?

17              MR. NISKAR:  May I see it one more time,

18   please?

19              MR. CRALLE:  Absolutely.

20              MR. NISKAR:  I have no objection to Mills

21   Facebook 11.

22              MR. CRALLE:  Your Honor, I misspoke, there

23   is also a second page, Facebook 11.2, which is a

24   continuation.

25              THE COURT:  Mr. Berger, do you have any

1   objection?

2          MR. CRALLE: I need to hand him the second

3   page, Your Honor.

4          THE COURT:  There is just one page out here

5   11.2.

6          MR. CRALLE:  That is correct, Your Honor.

7          MR. BERGER:  No objection.

8          THE COURT: Very well, it's admitted.

9   BY MR. CRALLE, CONTINUING:

10   Q.  If we can pull up Mills Facebook 11 starting with

11   that one.  Agent Nether, what is this exhibit?

12   A.  This is a private message between screen name

13   Fatal Rich Rollin, which is Darriyon Mills, and another

14   screen name that starts D-locc, which is a Rollin 60s

15   member DeAngelo Green.  And this is June 26th, 2009.  It

16   is a conversation between them two.

17   Q.  Can you please read this.

18   A.  Mills states, what's cracking cuz I don't see no

19   bk after that b you write and hit me up.

20          And then Green states, shit whats crackin loc

21   it's all gud over here loc.  And then Mills says, shit

22   don't forget the loc pot due on the 1st and put a k

23   after every b, right.

24          Green states, what's the loc pot. And I'm out of

25   state cuz.

1          And then Mills states, cuz I'm not going to keep

2    telling put a k after your b becuz bang bitch bot been

3    bat.

4        Q.   And turning to the next page, 11.2?

5        A.   Then Mills states, you got to put $10.00 in by

6    the first.

7          And Green states, and for what if I might ask.

8    Green, it's a repeated statement, and for what if I

9    might ask.

10         Then Mills states, money for the set you don't

11   put in that's a violation.

12       Q.   Next I'm going to hand you what has been marked

13   as Government's Exhibit 15; specifically Johns Facebook

14   23 and 23.2.

15         Approach the witness?

16              THE COURT: Yes, you may.

17   BY MR. CRALLE, CONTINUING:

18       Q.   Do you recognize these items?

19       A.   Yes, these are pages from Sadeisha John's

20   Facebook page that I received after a search warrant,

21   and this is a message between two Rollin 60s members.

22              MR. CRALLE:  Your Honor, I move to admit

23   Government's Exhibit 15, Johns Facebook 23 and 23.2.

24              THE COURT:  Any objection?

25              MR. NISKAR:  No objection.

1                  THE COURT:  Mr. Berger?

2                  MR. BERGER:  None.

3                  THE COURT:  Very well, it's admitted.

4       BY MR. CRALLE, CONTINUING:

5          Q.  We'll start with 23, and starting that the top,

6       what is this?

7          A.  This is a private message between Sadeisha Johns

8       using the screen name Dee Dee Johns, and the screen name

9       alize things change love palmer, who is also an

10      identified Rollin 60s member.

11               And this is on June 26th, 2011.

12         Q.  Please read it.

13         A.  The Facebook screen name starting with alize

14      states, hey, and Sadeisha Johns states, what's crackin.

15      Alize states, shit, what's good with you.

16               Johns states, a lot but are you coming to the

17      C-day going away party.

18               Alize states, I should be why what's up.

19               Johns states, we collectin dues at the party.

20      Alize then states, when we start back doing that.

21         Q.  Can we turn to the next page, 23.2.  Please

22      continue.

23         A.  So then Johns says, the men been doing that it's

24      the females snooze been slackin but lady Wacco head been

25      on my head about it.

1           And then Johns states, and it's going to be

2     $10.00 every 16th of the month.

3           And alize states hk.

4     Q.  And hk means okay?

5     A.  It means okay.

6               MR. CRALLE:  Your Honor, may I approach the

7     witness?

8               THE COURT:  Yes.

9     BY MR. CRALLE, CONTINUING

10    Q.   Agent Nether, continuing with Government's

11    Exhibit 15, I'm handing you what has been marked as

12    Johns Facebook 24.

13              THE COURT:  Is it one page?

14              MR. CRALLE:  This is one page, Your Honor,

15    yes.  Thank you.

16    BY MR. CRALLE, CONTINUING:

17    Q.  Do you recognize this item?

18    A.  Yes, this is another Facebook page from Sadeisha

19    John's page after I received the search warrant.  And

20    this is a private message between two Rollin 60s

21    members.

22              MR. CRALLE:  And I'm sorry, move to admit

23    Government's Exhibit 15, Johns Facebook 24.

24              THE COURT:  Any objection?

25              MR. NISKAR:  No objection.

1           MR. BERGER:  None, Your Honor.

2           THE COURT:  Very well, it's admitted.

3    BY MR. CRALLE, CONTINUING:

4    Q.  Would you please identify what that is?

5    A.  This is a message, private message between screen

6    name Dee Dee Johns, which is Rollin 60s member Sadeisha

7    Johns and screen name Anthony si oh, which is Rollin 60s

8    member Anthony Potts.

9           Johns writes, oh yea I'm trying to get the

10   C-day cake for these niggas to I'm trying to get $3.00

11   from everybody whose up under their line up so I can

12   since I'm takin care of everything else myself.

13   Q.  Is that everybody or anybody?

14   A.  It says, anycady which means anybody.

15   Q.  Please continue.

16   A.  Johns states hk, which means okay, I gotcha hood.

17   Q.  Agent Nether, I'm handing you what has been

18   marked as Government's Exhibit 18, specifically Weaver

19   Facebook 23.

20          Approach the witness, Your Honor?

21          THE COURT: Yes.

22   BY MR. CRALLE, CONTINUING:

23   Q.  Do you recognize this item?

24   A.  Yes, this is a page from Anthony Weaver's

25   Facebook page with a search warrant.

1          MR. CRALLE:  Your Honor, I move to admit

2    Weaver Facebook 23.

3          THE COURT:  Any objection?

4          MR. NISKAR:  No objection.

5          THE COURT:  Mr. Berger?

6          MR. BERGER:  None, Your Honor.

7          THE COURT:  All right, it is admitted.

8          It is only one page?

9          MR. CRALLE: It is only one page.

10          I believe a copy is --

11          THE COURT:  Yes, I have a copy, I just want

12   to make sure.

13   BY MR. CRALLE, CONTINUING:

14     Q.  Agent Nether, what's Weaver Facebook 23?

15     A.  This is a private message between screen name

16   Trigger True blue Foster, who is Rollin 60s member

17   Deaires Foster, and screen name fly crippin big homey

18   cane or cig homey cane, which is Rollin 60s member

19   Anthony Weaver.

20          This is on July 31st, 2011, and Anthony Weaver is

21   stating, meetin on the first at 5 o'clock bring dues.

22   Tell everybody.

23     Q.  And we have talked a little bit about it, but in

24   addition to paying dues, did the Rollin 60s also have

25   meetings from time to time?

1      A.  Yes, they did.

2                MR. CRALLE: Your Honor, might I approach the

3      Witness?

4                THE COURT: Yes, you may.

5      BY MR. CRALLE, CONTINUING:

6      Q.  Agent Nether, I'm handing you what's been marked

7      as Government's Exhibit 18.  This is Weaver Facebook 24

8      and 24.2.  Do you recognize these items?

9      A.  Yes, this is a private message between Anthony

10     Weaver and another Rollin 60s member.  These are pages

11     from Anthony Weaver's Facebook page.

12                MR. CRALLE:  Your Honor, I move to admit

13     Weaver Facebook 24 and 24.2.

14                MR. NISKAR:  No objection.

15                MR. BERGER:  No objection, Your Honor.

16                THE COURT:  It is admitted, and it is

17     exhibit number what?

18                MR. CRALLE:  This is 18, Weaver 24 and 24.2.

19                THE COURT:  Okay. They're admitted.

20     BY MR. CRALLE, CONTINUING:

21     Q.  If we can start at the top there.  What is this?

22     A.  So this is a private message between screen name

23     flag cripin cig homey cane, which is Anthony Weaver, and

24     Rollin 60s member screen name starting dlo.  It is

25     DeAngelo Green.

1        And this is on July 22nd, 2011, and Weaver

2    states, I'm about to fucc with the powder.

3    Q.   Turn to 24.2.

4    A.   Then you have Green that replies, hey cuz get how

5    ya live I can't handle the weight but I can protect.

6        And then Weaver states, feel that.

7        And then Green states, you got the organization

8    all you need is to get fronted and you rollin.

9        And then Weaver states, yea you left.

10       And then Green states, fasho thang just save the

11   loc pot and front yoself from a reliable plug homey, get

12   the whole set moving in motion, yall might fucc around

13   and hit gang land and cause a lot of gud and unnecessary

14   attention but you already know that's just a part of

15   this banging shit.

16   Q.   Agent Nether, when were these messages?  What is

17   the time period generally?

18   A.   These are July 22nd, 2011.

19   Q.   Agent Nether, we have just gone through a number

20   of posts, but were these -- out of all the Facebook

21   messages that you reviewed, were these all the

22   references to paying dues or anything of that nature?

23   A.   No, this is just a small sample.

24   Q.   Now, we have also talked about the ways that a

25   person can join the Rollin 60s and was one of the ways,

1    I believe you mentioned was to put in work?

2       A.   Yes.

3       Q.   Agent Nether, I'm handing you what has been

4    marked as Government's Exhibit 17; specifically Foster

5    Facebook 15.

6            Your Honor, may I approach?

7                 THE COURT:  Yes.  And it is exhibit number

8    17?

9                 MR. CRALLE:  Yes, Your Honor.

10   BY MR. CRALLE, CONTINUING:

11      Q.   Do you recognize this item?

12      A.   Yes.  This is a private message between two

13   Rollin 60s members that was obtained through a search

14   warrant from Deaires Foster's Rollin 60s Facebook page.

15                MR. CRALLE:  Your Honor, I move to admit

16   Foster 15 from Government's Exhibit 17.

17                THE COURT:  And what --  it is Exhibit 17

18   page 15?

19                MR. CRALLE:  That is correct.

20                THE COURT:  All right.

21                MR. NISKAR:  No objection.

22                MR. BERGER:  None, Your Honor.

23                THE COURT: It's admitted.

24   BY MR. CRALLE, CONTINUING:

25      Q.   Starting at the top.

1      A.   So this is a private message between Trigger True

2    blue Foster, which is Deaires Foster, and screen name

3    Curt Cobain, which is Charles Smith.  And Foster states,

4    lmao, laugh my ass off, I don't know about that nigga

5    pat so I can't agree or disagree but hey I put in work

6    for the hood so I'm certified.

7           Then Smith replies, I feel you, what work has he

8    put in who knew him before he was a 60 cause I was

9    around way before this shit.

10          And then Foster states, well shit sound like he

11    got hot head on his team.

12          And then Smith states, I just talked to hot head

13    for about an hour. Hot head just called him a bitch too

14    so it's a wrap.

15          Foster stated, how you know he not playing both

16    sides of the fence he did that with amy.

17      Q.   Agent Nether, I'm handing you what has been

18    marked as Government's Exhibit 17.  This is Foster

19    Facebook 21.

20          Approach the Witness, Your Honor?

21               THE COURT:   You may.

22    BY MR. CRALLE, CONTINUING:

23      Q.   Do you recognize this item?

24      A.   Yes, this is a status update that was taken from

25    Deaires Foster's Facebook page through a search warrant.

1          MR. CRALLE:  Your Honor, I move to admit

2    Foster 17.

3          THE COURT:  Any objection?

4          MR. CRALLE:  I'm sorry, this is Government's

5    Exhibit 17, Foster 21.

6          MR. NISKAR:  No objection.

7          THE COURT:  Mr. Berger?

8          MR. BERGER:  None, Your Honor.

9          THE COURT: It's admitted as Exhibit 17,

10   Facebook 21; is that right?

11   BY MR. CRALLE, CONTINUING

12      Q.  And I'll just have you read it, agent Nether, I

13   don't think we can pull that up on the screen.

14      A.  This is on March 5th, 2010.  This is Deaires

15   Foster giving a status update, and he is stating, if you

16   want to Crip come fucc with me.  If you a fake Crip you

17   are more than welcome to come and be real.  It's only 60

18   seconds into all my true blues R R S N H R 20 my avalon

19   Gs 97 neighborhood keep your head up locs.

20      Q.  And is that a reference to the other way to join

21   the gang through what I believe you described a loc-in

22   or put on?

23      A.  Yes, this would be Foster telling people that

24   they would only have to, it would take 60 seconds.  He

25   is referencing how long it would take to fight to get

1    into the gang.

2                    THE COURT:  Let's take a short break.  The

3    Jury may step down.  Remember that you are not permitted

4    to talk about the case among yourselves or with anyone

5    else.   We'll take about 10 minutes, okay.

6                    Please rise for the Jury.

7                    (Whereupon the Jury was excused at 3:42

8    p.m.)

9                    * * * ** * * * * * *

10                   (Whereupon the Court was back in session at

11   3:57 p.m.)

12                   THE COURT:  Are you satisfied the Jury is

13   present and properly seated?

14                   MR. CRALLE:  Yes, Your Honor.

15                   MR. NISKAR:  Yes, Your Honor.

16                   MR. BERGER:  Yes, Your Honor.

17                   THE COURT:  Agent Nether, you're still under

18   oath.

19                   THE WITNESS: Yes, Your Honor.

20                   THE COURT:  Let's proceed.

21   BY MR. CRALLE, CONTINUING:

22      Q.  Agent Nether, before the break, we were talking

23   about various ways to join the gang, and one of which I

24   believe you mentioned was a put-on or loc-in?

25      A.  Yes.

 1     Q.   And now in the course of your investigation, and

 2   we spent much of the day talking about Facebook.  Did

 3   you ever examine any other social media sites in

 4   addition to Facebook, Instagram and those things we

 5   talked about?

 6     A.   Yes, I also looked at YouTube.

 7     Q.   Now, just for purposes of the record, what is

 8   YouTube?

 9     A.   YouTube is a website where individuals can create

10   pages and upload videos for the public to see.

11     Q.   And did you find videos on YouTube relative to

12   your investigation of Rollin 60s here in Detroit?

13     A.   Yes, I did.

14               Approach the witness, Your Honor?

15               THE COURT: Yes.

16   BY MR. CRALLE, CONTINUING:

17     Q.   Agent Nether, I'm handing you what has been

18   marked as Government's Exhibit 63.  Do you recognize

19   this item?

20     A.   Yes, I do. It's a DVD containing InstaGram

21   videos and YouTube videos that are Rollin 60s related.

22     Q.   These are videos that you saw on the Internet?

23     A.   Yes.

24     Q.   And you downloaded?

25     A.   Yes.

1    Q.   Logged into evidence?

2    A.   Yes, I did.

3              MR. CRALLE:   Your Honor, at this time I

4    would move to admit Government's Exhibit 63.  I guess it

5    will be 63 would be the actual video.

6              THE COURT:  Any objection?

7              MR. NISKAR:   I do, Your Honor.  Unless there

8    is some foundation in relation to these Defendants, I

9    don't see how a general search of Rollin 60s on YouTube

10   has any relevance to Mr. Strong.

11             MR. CRALLE: I can go further, Your Honor.

12             THE COURT:  Please.

13             MR. CRALLE:  Well, perhaps it can be best if

14   I inquire further as to the topic of the video and then

15   that can provide additional foundation.

16             THE COURT:  I think he's asking you to

17   provide additional foundation.

18             MR. CRALLE:  That's what I'll do.

19   BY MR. CRALLE, CONTINUING:

20   Q.   Specifically, agent Nether, was there a YouTube

21   video that you found relating to the Rollin 60s that

22   pertains to a put-on or a loc-in?

23   A.   Yes.  All the videos that I downloaded and put on

24   evidence were related to the Detroit set of Rollin 60s.

25   Q.   And specifically, was there a video of a put-on

1    that you saw?

2      A.  Yes.

3      Q.  And were there members of the Rollin 60s here in

4    Detroit that you have identified that were part of that

5    video?

6      A.  Yes, several.

7      Q.  Specifically whom?

8      A.  Anthony Weaver was in the video.  Jonathan Barber

9    was in the video.  Gerrod Lewis was a deceased member,

10   C-Nice, was in the video.  Torrian Brinson, who is T

11   Murda or T Murk, he was in the video.  He is a deceased

12   member.  Torrell Lewis goes by "Vicious", he was in the

13   video as well.

14        And there were also a couple other members.  I

15   believe Two Hood, who is DeAngelo Williams.  And another

16   unidentified number who went by Heavy Hands, but I don't

17   know who he actually is.

18     Q.  And that is the YouTube video we were discussing?

19     A.  Yes.

20            MR. CRALLE:  Now I move to admit

21   Government's Exhibit 63.

22            MR. NISKAR:  No objection.

23            MR. BERGER:  None, Your Honor.

24            THE COURT:  Very well, it's admitted.

25            MR. CRALLE:  Can we pull 63 up, please.

1                    (Whereupon video was played in open court.)

2    BY MR. CRALLE, CONTINUING:

3        Q.   Agent Nether, the video we just watched, does

4    that appear to be an example of the put-on we have been

5    talking about the last few minutes?

6        A.   Yes, it is.

7        Q.   And if you could put a title to that video, it

8    was a loc-in or put-on for C-Nice; is that right?

9        A.   Yes.  I believe it is at a C-down which is the

10   same thing.

11       Q.   And C-Nice, did you identify him as a member of

12   Rollin 60s?

13       A.   Yes, he was Gerrod Lewis.

14       Q.   He was a member for about a year?

15       A.   Yes, until I guess he got shot and killed during

16   a robbery.

17                    MR. CRALLE:  Your Honor, may I approach the

18   witness?

19                    THE COURT: Yes, you may.

20   BY MR. CRALLE, CONTINUING:

21       Q.   Agent Nether, I just handed you what's been

22   marked as Barber Exhibit 54.  This is all part of

23   Government's Exhibit 14. Do you recognize this item?

24       A.   Yes, this is a private message between two Rollin

25   60s members that was recovered from Jonathan Barber's

 1   Facebook page with a search warrant.

 2            MR. CRALLE:  Your Honor, I move to admit

 3   Government's Exhibit 14, Barber Facebook 54.

 4            THE COURT:  Any objection?

 5            MR. NISKAR:  No objection.

 6            THE COURT:  Is it one page?

 7            MR. CRALLE: It is, Your Honor.

 8            THE COURT:  Mr. Berger, any objection?

 9            MR. BERGER:  None, Your Honor.

10            THE COURT:  All right, it's admitted.

11   BY MR. CRALLE, CONTINUING:

12       Q.  Agent Nether, you said this was a message?

13       A.  Yes.  The author of this message was screen name

14   Seven Mile Looni, which was Rollin 60s member Jonathan

15   Barber, and he is sending a message to screen name fly

16   crippin sig homey cane, which is Anthony Weaver, and the

17   message states, yea I'm at one thing and tell mayhem

18   take them fuckin videos off YouTube niggas got my fasc

19   all in the camera rollin up and shit I keep tellin yall

20   don't put that shit on fuckin YouTube and Facebook but

21   yo loc ain't listening.  I been calling her since

22   yesterday and I ain't gettin no answer.  This shit is

23   pissing me off niggas that's a fuccing indictment video

24   that's on there cause niggas done edited the video with

25   music with niggas names and shit and music I'm starting

1    to think niggas ain't takin me serious cause they keep

2    fucckin puttin this shit up.  Do you know how fuccin

3    stupid we look with that bullshit on the internet cause

4    what the fucc is mayhem doing shaking my head.

5        Q.  Now, agent Nether, that is not the only example

6    of a put-on that you found, was it?

7        A.  No, I found some others.

8        Q.  Now, earlier we talked a little bit about lines

9    and how the Rollin 60s here in Detroit were organized

10   into respective lines?

11       A.  Correct.

12       Q.  And, in fact, during your investigation, did you

13   learn of a line called the Head line?

14       A.  Yes.

15       Q.  What is the Head line?

16       A.  The Head line was at one point the line that all

17   of the members in Detroit were actually under.  It was

18   the overall line that was an out-of-state line that the

19   Detroit members affiliated themselves with.

20       Q.  Agent Nether, I'm handing you what has been

21   marked Government's Exhibit 16.  This is specifically

22   Mills Facebook 10.

23           May I approach the witness?

24              THE COURT: Yes, you may.

25   BY MR. CRALLE, CONTINUING:

1     Q.   Agent Nether, do you recognize this item?

2     A.   Yes, this is a Facebook page from Darriyon Mills

3   Facebook after I received a search warrant.  So this was

4   a page from the results.

5        This was a private message between two Rollin 60s

6   members, Darriyon Mills, and the other person he is

7   having a conversation with is William Steele.

8             MR. CRALLE:  Your Honor, I move to admit

9   Government's Exhibit 16, Mills Facebook 10.

10            THE COURT:  Any objection?

11            MR. NISKAR: No objection.

12            MR. BERGER:  None, Your Honor.

13            THE COURT: It's admitted.

14  BY MR. CRALLE, CONTINUING:

15    Q.   Agent Nether, what is Government's exhibit Mills

16  Facebook 10?

17    A.   This is a private message between Shotti gotz its

18  hands down, which is William Steele, and Fatal Rich

19  Rollin, which is Darriyon Mills.  The author is Steele,

20  and he states, so it would be little fatal head hka big

21  shotti head. And it's a question mark.

22        And then Mills follows it up, hey, I'm little

23  Fatal hear hkme shotti head.

24        Hk me or hka is like also known as.

25        And these are all on February 10th, 2011.

1          Then Darriyon Mills states, hood doe hka big

2    shotti head I'm gonna get the knowledge together for you

3    too.

4      Q.   Agent Nether, I'm handing you what has been

5    marked as Government's Exhibit 62.  This is specifically

6    Hamilton Facebook page 4.

7          Approach the witness, Your Honor?

8               THE COURT: Yes.

9    BY MR. CRALLE, CONTINUING:

10     Q.   Do you recognize this item?

11     A.   Yes, this is a Facebook page --  this is a page

12   from Jerome Hamilton's Facebook page that I received

13   subsequent to a search warrant.  And this is a

14   conversation between two Rollin 60s members.

15               MR. CRALLE:  Your Honor, at this time I

16   would move to admit Government's Exhibit 62,

17   specifically Hamilton Facebook 4.

18               MR. NISKAR:  No objection.

19               MR. BERGER:  None, Your Honor.

20               THE COURT:  It's admitted.

21   BY MR. CRALLE, CONTINUING:

22     Q.   And if we could start at the top.

23     A.   So this is a message between Carl the realest

24   wright, which is a Rollin 60s member Carl Wright, and

25   Mane Davis, which is Jerome Hamilton, both Rollin 60s

1   members.

2       Carl Wright is stating, all right loc so let me

3   know what's crackin so its all hood homey.

4       And then Carl Wright further states, maniac head

5   hka bka pot head hka bk danger head.

6       And this would be a line of individuals.

7       And to keep going, underneath Maniac, which would

8   be the top of the line, then you would have lil Fatal,

9   and you would have baby D loc.  And then you would have

10  the tiny rank, which would be Tizzy loc.  And then you

11  have the infant rank, which would be ceasar.

12      Underneath that is another line which is headed

13  by bk pot head.  Underneath that is the lil rank, which

14  would be spike.  Then there's the baby rank, which is

15  bang em, which the "b" is replaced with a "c" or cane

16  em.  And then there would be the tiny rank, which is K

17  Swiss.  And the infant rank which is Tree.

18      Q.  Please continue.

19      A.  Then there is another line which the head of that

20  line would be fatal head hka head crusher.  Under that

21  is lil and it says shitty.  And there is a baby rank

22  which is bk.  And there is a tiny rank, which is cheese.

23  And an infant, which is c-rocc.

24      Q.  Agent Nether, are these various lines within the

25  Rollin 60s here in Detroit?

1     A.  Yes.

2     Q.  And are the ranks within a line typically Big,

3   Homey, Lil Homey, Baby, Tiny, Infant, and Martel Strong

4   is ranked a baby within that line?

5     A.  That's correct.

6     Q.  And is Shotti identified as Lil underneath Fatal?

7     A.  Yes, I believe it is misspelled.  It says shitty

8   but I believe it is Shotti.

9     Q.  And based on your investigation you've otherwise

10   identified him as a rank of lil?

11     A.  A Lil, yes.

12     Q.  Now, we've talked a bit about a variety of topics

13   from dues to ranks to Put Ons.

14         In the course of your investigation, did you also

15   learn of Rollin 60s members here in Detroit having

16   disputes with other groups, other gangs?

17     A.  Yes.

18     Q.  And in fact I believe you have identified some of

19   the primary rivals, right?

20     A.  Yes.

21     Q.  Agent Nether, I'm handing you what has been

22   marked as Government's Exhibit 17; specifically, Foster

23   Facebook page 19.

24         Approach the witness, Your Honor?

25             THE COURT:  Yes.  Tell me the Exhibit Number

1    again, please.

2                MR. CRALLE:  Seventeen.

3    BY MR. CRALLE, CONTINUING:

4       Q.  Agent Nether, do you recognize this item?

5       A.  Yes, this is a Facebook page from Deaires

6    Foster's Facebook that I obtained through a search

7    warrant.  It is a message between two Rollin 60s

8    members.

9                MR. CRALLE:  Your Honor, at this time I move

10   to admit Government's Exhibit 17, Foster Facebook 19.

11               MR. NISKAR:  No objection.

12               MR. BERGER:  None, Your Honor.

13               THE COURT: Very well, it's admitted. And it

14   is Facebook page number 19?

15               MR. CRALLE: It is 19, yes.

16               THE WITNESS:  So it's a Facebook message

17   between Trigger True blue Foster, which is Deaires

18   Foster, and Fronks Blue Chukk, which is a deceased

19   Rollin 60s member Damon Watson.  And Foster starts the

20   message with, you hood loc.  And then Watson states, yea

21   cuz,  I'm hood just hot as fucc.  And then Foster

22   states, west hood.  And Foster further follows it up

23   with west crackin loc, which is on a different date.

24   The first message was September 17th, 2011 or September

25   3rd, 2011.  Then it went to September 17th, 2011.  And

1    now, we're at September 21st, 2011, where Foster states,

2    what's crackin, loc.  And on September 22nd, 2011,

3    Foster follows that up with, I'm fittin to ride on some

4    slobs called SOS.  Slob is a derogatory term for a

5    Bloods gang member.

6         And Watson states, where and when?  And then

7    Foster states, in my apartments and when I see this

8    niccas alone one-by-one.

9    Q.  Agent Nether, I'm handing you what has been

10   marked as Government's Exhibit 15.  This is Johns

11   Facebook page 9.

12            May I approach, Your Honor?

13            THE COURT: Yes, you may.

14   BY MR. CRALLE, CONTINUING:

15   Q.  Do you recognize this item?

16   A.  Yes, it's an image photograph from the Facebook

17   page of Sadeisha Johns that I received after a search

18   warrant.

19            MR. CRALLE:  Your Honor, I would move to

20   admit Government's Exhibit 15, Johns Facebook 9.

21            THE COURT:  Any objection, Mr. Niskar?

22            MR. NISKAR:  No objection.

23            THE COURT: Mr. Berger.

24            MR. BERGER:  Objection as to relevancy.

25            THE COURT: How is it relevant?

1          MR. CRALLE: Your Honor, it goes to the

2     enterprise.  Part of the proof that the Government has

3     to offer is that there was an enterprise, being the

4     Rollin 60s, and that that enterprise consisted of an

5     association of members.  And one way to show that is

6     that members as a whole had a dispute with rival

7     organizations.

8          THE COURT:  Do you want to respond to that,

9     Mr. Berger?

10         MR. BERGER:  No, Your Honor.

11         THE COURT:  Very well, the Court finds it

12    may be relevant and I'm going to admit it.  Overruled.

13    BY MR. CRALLE, CONTINUING:

14    Q.  Agent Nether, what do we see in this Exhibit?

15    A.  This is an image of Sadeisha Johns wearing blue

16    and some other color beads.  And she is burning a red

17    bandana. And the words actually say, let that shit burn

18    Rollin NayNays.

19    Q.  And I believe you mentioned, is red a color

20    predominantly used by the rival Bloods gang?

21    A.  Yes, it is.

22    Q.  And if we turn to the title of this post, what is

23    the post?

24    A.  The title is fucc slobs bitch bk pk all day let

25    that shit burn hashtag NayNays.

1     Q.   Agent Nether, I'm handing you what has been

2  marked as Government's Exhibit 18, Weaver Facebook 10.

3              May I approach, Your Honor?

4              THE COURT: Yes, you may.

5  BY MR. CRALLE, CONTINUING:

6     Q.   Do you recognize this item?

7     A.   Yes, this is a message conversation between

8  multiple people.  It is from Anthony Weaver's Facebook

9  page.

10             MR. CRALLE: Your Honor, at this time I move

11  to admit Government's Exhibit 18, Weaver Facebook 10.

12             THE COURT:  Any objection?

13             MR. NISKAR:  No objection.

14             THE COURT: Mr. Berger?

15             MR. BERGER:  Relevancy, Your Honor.

16             THE COURT:  How is it relevant?

17             MR. CRALLE: Your Honor, it is relevant

18  because it shows a desire by members of the Rollin 60s

19  to -- essentially to attack rival members of another

20  gang.

21             THE COURT:  For the same reason it might be

22  relevant to show enterprise and I will allow it at this

23  point.

24             MR. CRALLE:  Thank you, Your Honor.

25  BY MR. CRALLE, CONTINUING:

1     Q.   Agent Nether, starting at the top, what is

2   stated?

3     A.   This is a post by Anthony Weaver on May 22nd,

4   2011, which states, man I promise I'm bringing hell to

5   these streets this summer.  Playboy 33rd 187 skyline diru

6   1887 pis stain 187, slob 187, abk.

7     Q.   Agent Nether, is 187 a term or a code for

8   anything?

9     A.   Yes, 187 is a code in Los Angeles that would mean

10  a murder.  Slob is a derogatory term for a Bloods.

11    Q.   And specifically, just to, and sorry to

12  interrupt, but 187 is extremely common used in music and

13  not just in LA --

14              MR. BERGER:  Objection, leading.

15              THE COURT:  It is leading.  Rephrase your

16  question.

17  BY MR. CRALLE, CONTINUING:

18    Q.   Is 187 a commonly known code?

19    A.   Yes, it is used all over the place.  I mean, I've

20  heard everybody using 187; different gangs here in

21  Detroit, different non-gang members.  I mean, it's just

22  a common term to mean a murder.

23    Q.   So this is not something unique to the Rollin

24  60s?

25    A.   No.

1      Q.   Please continue to the comments on this post.

2      A.   Well, the Playboys 33rd is the Playboy Gangster

3   Crips.  The Skyline Diru is actually Piru, it's just a

4   derogatory way of saying who they are.  Pis stains is

5   also a derogatory term to say to a Skyline, a Bloods

6   member.  And Slob is derogatory term for a Bloods member

7   and abk is anybody killed.

8      Q.   So in other words, this is just a way of

9   indicating an intention to attack rival gangs?

10     A.   Yes, this is stating different gangs that are

11   rivals to the Rollin 60s and saying they need to be

12   killed.

13     Q.   Does anyone respond to this post?

14     A.   Yes, Rollin 60s member Trigger, Tre Tigner, he

15   actually responds, all day long homey.

16          And then you have screen name I am too tall boze.

17   He is actually a Skyline Piru member.  He responds and

18   says, dog, your whole set should just bow down to us.

19   You niccas aint got no heart and yall just Facebook

20   thugs.

21          And then Anthony Weaver on Fly Crippin Big Homey

22   Cane said, but steady ain't tellin me where you want

23   your dirt nap at. Bow down 60s don't bow down to shit.

24   Yall ain't even thiccc enough rooster.

25          And Tre Tigner responds, Cane niccas don't want

1  no smoke homey they know where we at.

2       And then Weaver states, hell yeah, everybody do.

3  These niccas pussy.

4    Q.   Now, specifically we talked about how the Playboy

5  Gangsters are the primary rivals for the Rollin 60s; is

6  that right?

7    A.   The primary rivals for the Playboys are the

8  Rollin 60s?  Yes.  Vice versa.

9    Q.   The Rollin 60s's primary rival were the Playboy?

10   A.   Playboy Gangster Crips, yes.

11   Q.   Thank you for the correction.

12       Agent Nether, I'm handing you what is marked as

13  Government's Exhibit 14, and specifically Facebook 52

14  and 52.2.

15           May I approach the witness, Your Honor?

16           THE COURT:  Yes, you may.

17  BY Mr. Cralle, CONTINUING

18   Q.   Do you recognize this item?

19   A.   Yes, this is a Facebook conversation that happens

20  on Jonathan Barber's Facebook page and this is between

21  multiple gang members.

22           THE COURT:  And it is what numbers?

23           MR. CRALLE:  52 and 52.2.

24           THE COURT:  Any objection?

25           MR. NISKAR:  No, objection?

1          MR. BERGER:  None, Your Honor.

2          THE COURT:  Very well, you may proceed. It's

3    admitted.

4    BY MR. CRALLE, CONTINUING:

5      Q.  If we can start at the top.  There is a lot of

6    text here.

7      A.  It says, smokey robinson, which is Javon

8    Clements, who is the leader of the Playboy Gangster

9    Crips.  He is having a conversation with Seven Mile

10   Looni, which is Rollin 60s Crip Jonathan Barber.  And

11   Clements states, 33rd is some tre shit. Like I said I'm

12   not bout to net bang with you.

13         And then Alize, who is the Rollin 60s that is her

14   screen name, states wtf, which is what the fuck, why

15   toon?

16         And Toon is the street name for Javon Clements.

17         Then Clements states, what do you mean noon ain't

18   do shit?  I just asked your Big Homey a question and he

19   started nuttin up. Now this flag jumping thug want to be

20   tough talkin he gonna kill me.

21         Alize stated, shaking my head.  Just drop it

22   damn.  Is all of this called for.

23         Then Clements states, shit, they the ones

24   calling beef.  I'm 'posed to not worry about shit he

25   called the 187 and I heard some -- some of the ones did

1    too.  So what's good.  Yall want to call up the troops

2    I'm going to make some calls on 3's.

3          Then Jonathan Barber on Seven Mile Looni stated,

4    it's been a wrap no rancor. And that's on Crips.

5          Then Clements states, man shut yo weak ass up you

6    talk too much and word was you were a traitor.

7          Alize stated, all right.  Alize then states,

8    toon, stop the dumb shit.

9          And then Clements states, man you see him coming

10   at me.

11         And Alize states, okay be a bigger person.

12         And then another Facebook user states, freakin

13   foolin yall crazy.

14   Q.  Can you turn to Exhibit 52.2.

15   A.  Then Alize states, ain't shit crazy about this

16   it's real.

17         And then Barber states, I'm weak nicca every

18   nicca you know about -- I don't know what the next word

19   is.  It says, you fuckin pussy boy like big homey said,

20   it's 187 on toon. I ain't never heard of yo lame ass til

21   five duce told me you was snitching you fuccin phony.

22   Fucc playboy you discontinued ass nicca it's only five

23   of yall niccas that claim that shit with yo no point

24   having ass.  When I see you you dead.

25         I don't know what the last word is.

1        And then Clements states, words to the wise

2   gangster don't talk homey especially when they not

3   tough. I do my bangin on my own but call the team in

4   when I need some you dependent a baby, a weaklin, a flag

5   jumper, you don't scare me and I'm not worried and you

6   say you from the hood, what part of the mile.

7        And then it is actually repeated again, the exact

8   same thing.

9        And then Alize states, yall.

10       And then britten again states yall crazy.

11       And Alize then states, yea but it is gettin

12   there.

13   Q.   Agent Nether, we talked about a number of Rollin

14   60s members for which you obtained search warrants.  Did

15   you also obtain one for a DeAngelo Green?

16   A.   Yes.

17   Q.   And is DeAngelo Green another Rollin 60s?

18   A.   Yes, he is.

19   Q.   Handing you what has been marked Government's

20   Exhibit Number 69.  Is that one of the other CDs for

21   Facebook accounts that you got?

22   A.   Yes, this is one of the CDs where I downloaded

23   Facebook pages to include DeAngelo Green, who I actually

24   meant to say at this time he was a member of the Rollin

25   60s, he has since put on Facebook on multiple occasions

1    that he is no longer affiliated with the Rollin 60s.

2       Q.   Agent Nether, I'm handing you what has been

3    marked as Government's Exhibit 69, specifically Green

4    Facebook 1 and 1.2.

5            May I approach, Your Honor?

6            THE COURT:  Do I have these?

7            MR. CRALLE:  I apologize, you don't have a

8    copy of that, but I will get one.  I misspoke.

9            THE COURT:  Do you gentlemen have these, Mr.

10   Niskar and Mr. Berger?

11           MR. NISKAR:  We don't.  We have not seen

12   these before.

13           THE COURT:  Do you have it now?

14           MR. NISKAR: I don't think so.

15           THE COURT:  Go to something else and see

16   whether they have an objection.

17   BY MR. CRALLE, CONTINUING:

18      Q.   Agent Nether, in that long string that you were

19   just reading --

20           THE COURT:  On what exhibit?

21   BY MR. CRALLE, CONTINUING:

22      Q.   In the Barber Facebook that you were reading,

23   there were two individuals having some sort of dispute?

24      A.   Correct.

25      Q.   Who were those individuals?

1     A.   That was Jonathan Barber, Rollin 60s member,

2     having a dispute with Javon Clements.

3     Q.   And in the course of your investigation, did you

4     learn whether anything happened to Javon Clements?

5     A.   Yes.  Javon Clements was walking down Seven Mile

6     when he ran into Rollin 60s members Anthony Weaver and

7     Terrell Lewis, who goes by "Vicious", both Rollin 60s,

8     and Terrell Lewis shot Javon Clements three times.

9     Q.   Did he survive?

10    A.   Javon Clements did survive.  He was in critical

11    condition and he was in a wheelchair for a period of

12    time.

13    Q.   Now, as a member of the Rollin 60s, would there

14    be an expectation or underlying assumption that other

15    members would come to your aid if you needed help?

16    A.   Absolutely.  That is what part of being in the

17    gang is all about.

18    Q.   Agent Nether, I'm handing you what has been

19    marked as Government's Exhibit 10. This is Steele 8.4.

20              THE COURT: 8.4?

21              MR. CRALLE: Yes.

22              May I approach, Your Honor?

23              THE COURT:  Yes, you may.

24    BY MR. CRALLE, CONTINUING:

25    Q.   Do you recognize this item?

1     A.   Yes, this is a message or a status update where

2   multiple gangs or multiple gang members respond.  It is

3   a page from William Steele's Facebook page that I got

4   from a search warrant.

5            MR. CRALLE:  Your Honor, I move to admit

6   Government's Exhibit 10, Steele Facebook page 8.4.

7            THE COURT: Any objection?

8            MR. NISKAR:  Similar to previous objections

9   by Mr. Berger, I don't believe this relates to

10  Mr. Strong.

11           THE COURT:  And do you think it does, Mr.

12  Cralle?

13           MR. CRALLE: I don't think it relates

14  directly.  I think it could be evidence of the

15  enterprise, but we will not be using it for Mr. Strong.

16           THE COURT:  Okay.  It is admitted only

17  against Mr. Steele.

18           Your objection is sustained.

19           Do you object to this document, Mr. Berger?

20           MR. BERGER:  We dispute the contents

21  thereof, which is not an objection, we'll argue that to

22  the Jury.

23           THE COURT:  Yes, that is weight.  It's

24  admitted against Mr. Steele.

25  BY MR. CRALLE, CONTINUING:

1    Q.   Agent Nether, starting at the top, what is this

2    post?

3    A.   This is a status update by William Steele on

4    January 21st, 2013, that says, February 23rd it's a

5    fight in Jackson snoo rollin it's that time like my

6    status if you want to go.  Hashtag I'm on that tip

7    hashtag.

8    Q.   Are there comments to the status update?

9    A.   Yes, William Steele responds to the status update

10   that states, my niccas my thunder and fatal let's get

11   it.

12        Thunder is Rollin 60s Carlos Woodley and Fatal is

13   Rollin 60s member Darriyon Mills.

14        And then Steele further states, at Fatal you up

15   on game of why this fight so important.

16        And then Dee Dee Johns, who is Sadeisha Johns,

17   says, who is it cuz.

18        And then Steele states, what you mean loc?

19        And then Johns states, whose fighting.

20        And then Steele states, my girl's brother but

21   it's a whole other tip for this.  I got jumped last time

22   there.

23        And then Steele states, I'ma do the fool.

24        And then the screen name that ends in hoodsta,

25   who is an identified Rollin 60s member, stated, let's

1  get it crackin, I'm down loc.

2       And then Steele states, all day.

3  Q.  Agent Nether, I'm handing you what has been

4  marked as Government's Exhibit 10, Steele Facebook 8.3.

5       Approach Your Honor?

6       THE COURT:  I'm story, Facebook 8 point?

7       MR. CRALLE:  Three. It is part of Exhibit

8  10.

9       THE COURT:  Okay. Very good.

10 BY MR. CRALLE, CONTINUING:

11 Q.  Do you recognize this item?

12 A.  Yes, this is another message from William

13 Steele's Facebook page where again it is a status update

14 and there are multiple responses to this status update.

15      MR. CRALLE:  Your Honor, I move to admit

16 Government's exhibit Steele Facebook 8.3 as part of

17 Exhibit 10.

18      THE COURT:  Any objection, Mr. Niskar?

19      MR. NISKAR:  No objection.

20      MR. BERGER:  None, Your Honor.

21      THE COURT: Very well, it's admitted.

22 BY MR. CRALLE, CONTINUING:

23 Q.  Starting at the top?

24 A.  On January 21st, 2013, Steele stated, looks ima

25 be bangin over 20 muthafuckers myself.  Fucc I came out

1   on my own two feet and ima stand on them.  Fucc it I'm

2   get it crackin.

3        And then there is a response from Ciara doing

4   her, which is somebody who was in a relationship with

5   William Steele at the time, which states, I got you

6   baby.

7        And then screen name Bang em Tel, which is Martel

8   Strong, stated nicca you know I'm coming, I got to show

9   you how to lay these niccas down you feel me.

10       And then there is another message from it appears

11   to be Ciara's brother Joshua that states, this ain't a

12   good look homey you on 20 lol.

13       And then Steele states, lol you crazy Josh.

14       And then Steele states, at bang em I already now

15   you Rollin.

16   Q.  So this is an example of someone -- how someone

17   would reach out for assistance via Facebook?

18   A.  Yes.  Both of these are examples of putting

19   something on Facebook and then gang members responding

20   that they will come to the aid of their fellow gang

21   member.

22   Q.  Is it fair to say just because something is on

23   Facebook, doesn't mean it's true, correct?

24   A.  That's correct.

25   Q.  In the course of your investigation, you see

1   numerous examples and you tried to verify as many as

2   possible?

3       A.   Correct.  I mean, right.  Any time you see

4   something that's put out there where it looks like

5   something could happen, I do try to verify it.

6       Q.   Now, in the course of your investigation, did you

7   also learn of something called Hood Day?

8       A.   Yes.

9       Q.   And what is Hood Day?

10      A.   Hood Day is the national holiday for a gang.  So

11  the Hood Day for the Rollin 60s would be June 10th every

12  year, because six times 10 equals 60.  So that is the

13  day once a year that they celebrate their gang.

14      Q.   Agent Nether, handing you Government's Exhibit

15  18, Weaver Facebook 9.

16              May I approach, Your Honor?

17              THE COURT:  Yes, you may.

18  BY MR. CRALLE, CONTINUING:

19      Q.   Do you recognize this item?

20      A.   Yes, this is a status update from Anthony

21  Weaver's Facebook page on June 10th, 2011.  And the

22  status states as -- sorry.

23              MR. CRALLE:  Your Honor, at this time I move

24  to admit Weaver Facebook 9 as part of Government's

25  Exhibit 18.

1                    THE COURT:  Do you have any objection, Mr.

2    Niskar?

3                    MR. NISKAR:  No objection.

4                    THE COURT:  How about you, Mr. Berger?

5                    MR. BERGER:  Object as to relevancy.

6                    THE COURT: How is it relevant, Counsel?

7                    MR. CRALLE: Well, the relevance is it goes

8    to existence of an enterprise.

9                    THE COURT: I will allow it.  Your objection

10   is overruled.  And it's admitted.

11   BY MR. CRALLE, CONTINUING:

12     Q.  Now Agent Nether, you were starting at the top of

13   this post?

14     A.  Correct.  The status by Weaver states, six times

15   10 bitch happy hood day to my motha fuckin locs 60s only

16   cuz that's our day. 35 years strong.  Shout out to my

17   big homey Wacco head and hot head west side nh r 60s.

18   Infant wacco head hka big cane head hka big stone head

19   hka big head stone hka a lil head honcho, hka big nuckle

20   head c's up we turn up in Detroit today.

21     Q.  Agent Nether, I'm handing you what has been

22   marked as Weaver's Exhibit 17.

23                    May I approach, Your Honor?

24                    THE COURT: You may.

25                    THE WITNESS: This is a page from Sadeisha

1   John's Facebook page where she uploaded a video.

2   BY MR. CRALLE, CONTINUING:

3       Q.   What is the title of that video?

4       A.   The title is Hood Day.  And the description is

5   Hood Day 6.10 point 2K 12 hashtag we rollin.

6       Q.   And did you happen to find a video relating to

7   the day on Sadeisha John's web page?

8       A.   Yes, I did.

9       Q.   Did you download it?

10      A.   Yes, I did.

11              MR. CRALLE: Your Honor, may I approach?

12              THE COURT: Yes, you may.

13   BY MR. CRALLE, CONTINUING:

14      Q.   Agent Nether, I have handed you what is marked as

15   Government's Exhibit 15-A.  What is this item?

16      A.   This is a DVD containing the uploaded video from

17   Sadeisha Johns' Facebook page.  It is of the Hood Day.

18      Q.   It is the Hood Day that was referenced in that

19   packet we just saw?

20      A.   Yes.

21      Q.   And did you watch this video?

22      A.   Yes.

23      Q.   Were you able to identify people depicted in this

24   video?

25      A.   Yes, I was.

1     Q.   Who were some of the examples?

2     A.   William Steele was in the video. Jonathan Barber

3   is in the video.  Carlos Woodley.  Anthony Weaver.

4   Rodereck Perry. Jermel Coleman.  Robert Morris.

5     Q.   And these are all people that are suspected

6   members of Rollin 60s here in Detroit?

7     A.   Yes.

8              MR. CRALLE: Your Honor, I move to admit

9   Government's Exhibit 15-A at this time.

10             THE COURT:  Any objection?

11             MR. NISKAR:  No objection.

12             MR. BERGER:  None, Your Honor.

13             THE COURT: Very well, it's admitted.

14   BY MR. CRALLE, CONTINUING:

15     Q.   If we can pull up 15-A, please.

16             (Whereupon the video was played in open

17   court.)

18   BY MR. CRALLE, CONTINUING

19     Q.   Is that the end of the video?

20     A.   No.

21     Q.   It keeps going?

22     A.   Yes.

23             THE COURT:  Come back tomorrow and try that

24   video, okay.

25             I'm going to send the Jury home.  Remember

1    that you're not permitted to talk about the case among

2    yourselves or with anyone else until I tell you it is

3    time to deliberate.  Don't do any research about

4    anything involved in the case or anybody involved in the

5    case in any form.  And if you see any news reports about

6    the case, don't look at them.

7                    (Whereupon Jury was excused at 5:01 p.m.)

8                    Do you all have any matters you need to take

9    up?

10                   MR. NISKAR:  None, Your Honor.

11                   THE COURT:  Except they don't have some

12   exhibits like 69.  I don't have all of them either.  But

13   I have some stacks that you gave me, but I have some

14   that are out of order in the book.  But any that you

15   think they don't have, it would be good if you could

16   provide it to them.

17                   And also if you intend to use it.  And also,

18   do I need to have an updated exhibit list?

19                   MR. CRALLE:  Yes, I thought we provided one

20   to your Clerk earlier today.  I'm sorry.

21                   THE COURT:  I just haven't seen it today.

22                   MR. CRALLE:  We came back from lunch with

23   one for everyone.

24                   MR. NISKAR:  We don't have the Green

25   exhibit.

1            THE COURT:  Do you have any other matters

2   you need to take up with me.

3            MR. CRALLE:  No, Your Honor.

4            MR. NISKAR:  No, thank you.

5            THE COURT: Do you need me to have IT come in

6   the morning?

7            MR. CRALLE: No, I think Mr. Carroll was able

8   to figure them out.

9            (Proceedings concluded)

10            *  *  *  *  *  *  *  *  *  *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          C E R T I F I C A T I O N

2          I, CHERYL E. DANIEL, Official Federal Court

3  Reporter, after being first duly sworn, say that I

4  stenographically reported the foregoing proceedings held

5  on the day, date, time and place indicated.  That I

6  caused those stenotype notes to be translated through

7  Computer Assisted Transcription and that these pages

8  constitute a true, full and complete transcription of

9  those stenotype notes to the best of my knowledge and

10 belief.

11         I further certify that I am not of counsel

12 nor have any interest in the foregoing proceedings.

13

14

15

16         /C/ CHERYL E. DANIEL,

17

18

19         CHERYL E. DANIEL,

20         FEDERAL OFFICIAL COURT REPORTER

21

22 DATED:  JULY 19, 2017

23

24

25

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25